UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| CIRIACO PUCILLO,<br>Plaintiff<br><br>v.<br><br>METSO PAPER, INC. AND<br>VALMET CONVERTING, INC.,<br>Defendants | C.A. _____<br><br>03 CV 12359 MLW |

**VALMET CONVERTING, INC.'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE 7.1(a) AND LOCAL RULE 7.3(A)**

Now comes Valmet Converting, Inc., a defendant in this matter, and hereby discloses to the Court, pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3 that its parent is Metso Company USA Business Trust, and that Metso Oyj, a publicly traded Finnish corporation, indirectly owns ten (10) percent or more of the stock of Valmet Converting, Inc.

November 21, 2003.                    VALMET CONVERTING, INC.,
                                       By its attorneys

                                       _____
                                       R. Mark Petersen
                                       BBO# 396840
                                       490 Shrewsbury Street
                                       Worcester, MA 01604
                                       (508) 791-0300
                                       (508) 791-0325 (Facsimile)

## CERTICFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2003, a copy of Valmet Converting Inc.'s Corporate Disclosure Statement was sent by first class mail, postage prepaid to:

>Maureen Counihan, Esq.
>Green & Hoffman, P.C.
>125 Summer Street, 14th Floor
>Boston, MA 02110

*[signature]*
R. Mark Petersen

3103valmetdisclosure