UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| **CIRIACO PUCILLO**<br>**Plaintiff** | )<br>)<br>) |
| v. | )    C.A. NO. 03-CV-12359 MLW |
| | ) |
| **METSO PAPER INC. AND**<br>**VALMET CONVERTING, INC.**<br>**Defendants** | )<br>)<br>) |

NOTICE OF WITHDRAWL

To The Clerk of The Above Named Court:

    Please take notice that Greene & Hoffman, P.C. withdraw their appearance for the Plaintiff, Ciriaco Pucillo, in the above captioned matter.

.

                                      Respectfully submitted,

                                      */s/ Maureen Counihan*
                                      Maureen Counihan, Esq.
                                      BBO# 549098
                                      Greene & Hoffman, P.C.
                                      125 Summer Street, 14th Floor
                                      Boston, MA  02110
                                      (617) 261-0040

Dated March 15, 2004

    I hereby certify that a true copy of the above-captioned document was served upon the attorney of record for each party by mailing same first class mail, postage prepaid, on 03/15/2004

                                        */s/ Maureen Counihan*
                                        Maureen Counihan, Esq.