UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| **CIRIACO PUCILLO** ) <br> **Plaintiff** ) <br> ) <br> v. ) <br> ) <br> **METSO PAPER INC. AND** ) <br> **VALMET CONVERTING, INC.** ) <br> **Defendants** ) | C.A. NO. 03-CV-12359 MLW |

NOTICE OF APPEARANCE

To The Clerk of The Above Named Court:

Please enter my appearance as counsel for the Plaintiff, Ciriaco Pucillo, in the above captioned matter.

Respectfully submitted,

*/s/ Maureen Counihan*
Maureen Counihan, Esq.
BBO# 549098
Law Offices of Maureen Counihan, P.C.
67 South Bedford Street, Suite 400 West
Burlington, MA  01803
(781) 229-5884

Dated March 15, 2004

I hereby certify that a true copy of the above-captioned document was served upon the attorney of record for each party by mailing same first class mail, postage prepaid, on 03/15/2004

*/s/ Maureen Counihan*
Maureen Counihan, Esq.