R. MARK PETERSEN
mpetersen@rmplegal.com

# R. MARK PETERSEN
ATTORNEYS AT LAW
490 SHREWSBURY STREET
WORCESTER, MASSACHUSETTS 01604-1607
(508) 791-0300
FAX (508) 791-0325

MICHELLE M. HANSEN
mhansen@rmplegal.com

March 25, 2004

Civil Filing Clerk
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

VIA FEDERAL EXPRESS  8456 0996 5850

    Re:  Pucillo v. Metso Paper, Inc. and Valmet Converting, Inc.
       U.S. District Court C.A. 03 CV 12359 MLW

Dear Sir or Madam:

    Enclosed for filing please find certified copies of the records and proceedings in the Massachusetts Superior Court.

    If you have any questions or concerns, please do not hesitate to contact me. Thank you for your assistance.

Very truly yours,

Michelle M. Hansen