```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

CIRIACO PUCILLO
        Plaintiff        CIVIL ACTION
                           NO. 03-12359-MLW
   V.

METSO PAPER, INC.
        Defendants


CANCELLATION/RESCHEDULING NOTICE

WOLF, D.J.

    PLEASE TAKE NOTICE that the SCHEDULING CONFERENCE scheduled for **JUNE 8, 2004 at 3:30 p.m.** has been CANCELLED.  It has been RESCHEDULED for **JUNE 21, 2004 at 3:30 p.m.** before Judge WOLF in Courtroom #10 on the 5th.


                                           TONY ANASTAS, CLERK


May 20, 2004                     By:  /s/ Dennis O'Leary
Date                                Deputy Clerk


Notice mailed to:

(notice.frm - 10/96)                                                    [ntchrgcnf.]