```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

CIRIACO PUCILLO
            Plaintiff              CIVIL ACTION
                                   NO. 03-12359-MLW
        V.

METSO PAPER, INC.
            Defendants


CANCELLATION/RESCHEDULING NOTICE

WOLF, D.J.

PLEASE TAKE NOTICE that the STATUS CONFERENCE scheduled for **JUNE 21, 2004 at 3:30 p.m.** has been CANCELLED. It has been RESCHEDULED for **AUGUST 11, 2004 at 4:00 p.m.** before Judge WOLF in Courtroom #10 on the 5th. Counsel shall file the joint statement required by local rule 16 by August 4, 2004.

                                        TONY ANASTAS, CLERK


June 17, 2004                    By: /s/ Dennis O'Leary
Date                                  Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                              [ntchrgcnf.]