UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

FILED
CLERKS OFFICE

2004 JUN 15 P 12: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| CIRIACO PUCILLO )<br>    Plaintiff )<br>)<br>v. )<br>)<br>METSO PAPER INC. AND )<br>VALMET CONVERTING, INC. )<br>    Defendants ) | C.A. NO. 03-CV-12359 MLW |

### PLAINTIFF'S CERTIFICATION - LR 16.1(D)(3)

The Plaintiff and his counsel hereby certify that they have conferred:

(a)  with a view to establishing a budget for the costs of conduction the full course - and various alternative courses - for the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

                Plaintiff,
                By his Attorney,

                */s/ Maureen Counihan*
                Maureen Counihan, Esq.
                BBO# 549098
                Law Offices of Maureen Counihan, P.C.
                67 South Bedford Street, Suite 400 West
                Burlington, MA  01803
                (781) 229-5884

Dated June 10, 2004

    I hereby certify that a true copy of the above-captioned document was served upon the attorney of record for each party by mailing same first class mail, postage prepaid, on

                */s/ Maureen Counihan*
                Maureen Counihan, Esq.