UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

2004 JUL 28 P 12: 25

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| **CIRIACO PUCILLO**<br>     **Plaintiff** | )<br>)<br>) |
| v. | ) C.A. NO. 03-CV-12359 MLW |
| **METSO PAPER INC. AND**<br>**VALMET CONVERTING, INC.**<br>     **Defendants** | )<br>)<br>)<br>) |

NOTICE OF APPEARANCE

To The Clerk of The Above Named Court:

    Please enter my appearance as counsel for the Plaintiff, Ciriaco Pucillo, in the above captioned matter.

                                                                Respectfully submitted,

                                                                */s/ Maureen Counihan*
                                                                 Maureen Counihan, Esq.
                                                                BBO# 549098
                                                                Law Offices of Maureen Counihan, P.C.
                                                                67 South Bedford Street, Suite 400 West
                                                                Burlington, MA 01803
                                                                (781) 229-5884

Dated: July 26, 2004

    I hereby certify that a true copy of the above-captioned document was served upon the attorney of record for each party by mailing same first class mail, postage prepaid, on 7/26/2004

                                                                 */s/ Maureen Counihan*
                                                                  Maureen Counihan, Esq.