UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| **CIRIACO PUCILLO** )<br>    **Plaintiff** )<br>  )<br>v.  )<br>  )<br>**METSO PAPER INC. AND** )<br>**VALMET CONVERTING, INC.** )<br>    **Defendants** ) | C.A. NO. 03-CV-12359 MLW |

PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE
FOR THE FILING OF AMENDMENTS TO THE PLEADINGS

Now comes the Plaintiff in the above entitled action and respectfully requests that the deadline by which amendments to the pleadings, including any effort to add additional parties, are to be filed be extended from December 17, 2004 to February 18, 2005, or such other date as determined by the Court.

In support of this Motion, the Plaintiff submits the attached Memorandum.

Respectfully Submitted,

Maureen Counihan, Esq. (B.B.O. #549098)
Law Offices of Maureen Counihan, P.C.
67 South Bedford Street
Suite 400 West
Burlington, MA  01803
(781) 229-5884

*Attorney For Plaintiff Ciriaco Pucillo*

Dated: December 14, 2004