UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIRIACO PUCILLO,    )
       Plaintiff,    )
       )
v.    )    Case No. 03-CV-12359 MLW
       )
METSO PAPER INC. AND    )
VALMET CONVERTING, INC.    )
       Defendants.    )

## DEFENDANTS' RESPONSE TO PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR AMENDMENTS TO PLEADINGS

Defendants Metso Paper Inc. and Valmet Converting, Inc. inform the Court that Defendants do not object to Plaintiff's motion to extend the deadline for the filing of amendments to the pleadings.

Dated:    December 16, 2004

Respectfully submitted,

David L. Kelleher, Esq. (B.B.O. #543912)
Thelen Reid & Priest, LLP
701 Pennsylvania Ave, NW Suite 800
Washington, DC 20004
(202) 508-4000

and

Mark Petersen, Esq. (B.B.O. #396840)
Michelle Hansen, Esq. (B.B.O. #561477)
Law Offices of Mark Petersen
490 Shrewsbury Street
Worcester, MA 01604
(508) 791-0300

*Attorneys for Defendants Metso Paper Inc. and Valmet Converting, Inc.*

DC #182541 v1