UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

FILED
IN CLERK'S OFFICE

2005 FEB 18  P 3: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CIRIACO PUCILLO )<br>   Plaintiff )<br>)<br>v. )<br>)<br>METSO PAPER INC. AND )<br>VALMET CONVERTING, INC. )<br>   Defendants ) | C.A. NO. 03-CV-12359 MLW |

**PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

Now come the Plaintiff, Ciriaco Pucillo, and respectfully requests that this Honorable Court grant him leave to file the attached Amended Complaint, pursuant to Fed.R.Civ.Pr. 15.

As grounds therefore, the Plaintiff states that discovery has revealed an evidentiary basis to add an additional Defendants, as more fully set forth in the attached Memorandum in Support of Plaintiff's Motion to Amend Complaint.

Respectfully Submitted,

*[signature]*
Maureen Counihan, Esq. (B.B.O. #549098)
Law Offices of Maureen Counihan, P.C.
67 South Bedford Street
Suite 400 West
Burlington, MA 01803
(781) 229-5884

*Attorney For Plaintiff Ciriaco Pucillo*

Dated: February 18, 2005