UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

FILED
IN CLERK'S OFFICE

2005 FEB 18  P 3: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CIRIACO PUCILLO )<br>  Plaintiff )<br> )<br>v. )<br> )<br>METSO PAPER INC., VALMET )<br>CONVERTING, INC., ATLAS )<br>CONVERTING EQUIPMENT )<br>LIMITED, f/k/a VALMET ATLAS PLC, )<br>f/k/a ATLAS GROUP AMERICAS LTD, )<br>ATLAS GROUP AMERICAS f/k/a )<br>ATLAS CONVERTING EQUIPMENT, )<br>AND BOBST SA d/b/a BOBST GROUP )<br>USA INC. )<br>  **Defendants** ) | C.A. NO. 03-CV-12359 MLW |

## PLAINTIFF'S CERTIFICATION - LR 7.1

The Plaintiff hereby certifies that that counsel on behalf of the Plaintiff, Ciriaco Pucillo, and Defendants, Metso Paper Inc. and Valmet Converting Inc., have conferred with respect to the Plaintiff's Motion to Amend the Complaint, Memorandum in support thereof, and Amended Complaint. Plaintiff's counsel further certifies that the parties have attempted in good faith to resolve or narrow the issues

Plaintiff,
By his Attorney,

*/s/ Maureen Counihan*
Maureen Counihan, Esq.
BBO# 549098
Law Offices of Maureen Counihan, P.C.
67 South Bedford Street, Suite 400 West
Burlington, MA 01803
(781) 229-5884

Dated: February 18, 2005

## CERTIFICATE OF SERVICE

I, Maureen Counihan, hereby certify that on February 18, 2005, I served a copy of the foregoing:

PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

PLAINTIFF'S CERTIFICATION - LR 7.1

by mailing, first class, postage prepaid, a copy of same directed to:

David L. Kelleher, Esquire
Thelen, Reid & Priest, LLP
701 Pennsylvania Avenue, NW Suite 800
Washington, DC  20004

Michelle Hanson, Esquire
490 Shrewsbury Street
Worcester, MA  01604

/s/ Maureen Counihan
Maureen Counihan, Esquire
BBO#: 549098