**EXHIBIT B**

```
 1                                    Volume I
                                      Pages 1 to 69
 2                                    Exhibits 1 to 6

 3              UNITED STATES DISTRICT COURT

 4               DISTRICT OF MASSACHUSETTS

 5   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
     CIRIACO PUCILLO,
 6              Plaintiff(s),

 7       v.                           Civil Action
                                      No. 03-CV-12359 MLW
 8   METSO PAPER INC., AND
     VALMET CONVERTING, INC.,
 9              Defendant(s).

10   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11

12      DEPOSITION OF GREG HAGOPIAN, a witness called by

13   counsel for the Plaintiff, taken pursuant to the

14   applicable rules, before Diane L. McElwee, Registered

15   Merit Reporter and Notary Public in and for the

16   Commonwealth of Massachusetts, at the Offices of

17   Proma Technologies, 24 Forge Park, Franklin,

18   Massachusetts, on Friday, February 4, 2005,

19   commencing at 1:10 PM.

20

21

22                      _____

23              JAMES GIBBONS & ASSOCIATES
                     617-428-0402
24
```

```
 1   PRESENT:

 2       Maureen Counihan, Esq.
         67 South Bedford St., Suite 400 West
 3       Burlington, MA 01803
         for the Plaintiff
 4
         David L. Kelleher, Esq.
 5       THELEN, REID & PRIEST, LLP
         701 Pennsylvania Ave., N.W., Suite 800
 6       Washington, DC 20004-2608
         for the Defendants
 7

 8

 9

10   Also present:

11       Frank H. Sereno, President, Proma Technologies

12       Nancy P. Johnson, PHR, Human Resources Manager,
             Proma Technologies
13

14

15

16

17

18

19

20

21

22

23

24
```

1   A   No.

2              MS. COUNIHAN:  I have nothing

3   further.

4

5              CROSS EXAMINATION

6   BY MR. KELLEHER:

7   Q   Mr. Hagopian, my name is David Kelleher.  I

8   represent Metso Paper and Valmet Converting.  I have

9   a few follow-up questions for you.

10          I know the table is a little awkward,

11  but I am going to ask you questions, and the court

12  reporter still needs to be able to hear, so if you

13  can face the middle of the table so she and I can

14  hear.  Other than that you can stay right where you

15  are.

16          I would like get an understanding of

17  what your role is with regard to the electrical

18  systems on the machines at Van Leer and Proma

19  Technologies.  As I understand your testimony from

20  this afternoon, there are four other licensed

21  electricians currently employed at Proma

22  Technologies; is that right?

23  A   Yes.

24  Q   Mr. Peavey, Mr. Costello, Mr. Price and

```
 1   Mr. Garrish, right?
 2        A    Yes.
 3        Q    You are not a licensed electrician, but you
 4   are a degreed electrical engineer, correct?
 5        A    Yes.
 6        Q    It sounds to me -- correct me if I am wrong,
 7   but the role that's played here at Proma
 8   Technologies, the first responders to an electrical
 9   problem or trouble-shooting matter are the licensed
10   electricians, and then they bring you in if
11   additional analysis needs to be done?  Is that how it
12   works?
13        A    That's correct.
14        Q    So on a day-to-day matter you do not
15   interact with the machines in terms of preventive
16   maintenance, correct?
17        A    Not on a day-to-day basis, no.
18        Q    You are not a first responder for repairs
19   for electrical systems?
20        A    Correct.
21        Q    Those are done by the licensed electricians?
22        A    Yes.
23        Q    Do you have to be a degreed electrician to
24   get a license, do you know?  I am trying to sort out
```