**Company Details**



**Company Details**

Name & Registered Office:
**ATLAS CONVERTING EQUIPMENT LIMITED**
WOLSELEY ROAD
KEMPSTON
BEDFORD
MK42 7XT
**Company No. 01276725**

**Status**: Active
**Date of Incorporation**: 10/09/1976
**Country of Origin**: United Kingdom
**Company Type**: Private Limited Company
**Nature of Business (SIC(92))**:
2924 - Manufacture of other general machinery
**Accounting Reference Date**: 31/12
**Last Accounts Made Up To**: 31/12/2002  (FULL)
**Next Accounts Due**: 31/07/2004 OVERDUE
**Last Return Made Up To**: 31/05/2004
**Next Return Due**: 28/06/2005
**Last Members List**: 31/05/2004
**Previous Names:**

| Date of change | Previous Name |
| --- | --- |
| 01/03/2004 | VALMET ATLAS PLC |
| 01/12/1999 | ATLAS CONVERTING EQUIPMENT PLC |

**Branch Details**
There are no branches associated with this company.
**Oversea Company Info**
There are no Oversea Details associated with this company.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIRIACO PUCILLO,        )
                          )
        Plaintiff,   )
                          )
vs                    )   CASE NO. 03-CV-12359 MLW
                          )
METSO PAPER, INC., and   )
VALMET CONVERTING, INC.,  )
                          )
        Defendants.  )
_____)

**DEPOSITION**

**OF**

**RICKY K. HOWE**

Taken by Plaintiff
Charlotte, North Carolina
February 8, 2005

Reported by:  Colleen J. Cain, CSR

*Cain & Crane Court Reporters, LLC*
*Post Office Box 23833*
*Charlotte, North Carolina  28227*
*Phone (704) 545-3510 * Fax (704) 545-3950*

1        A. Yes.

2        Q. Do you know whether the Atlas slitter

3    which is in the Proma facility, currently in

4    Franklin, Massachusetts, was built in the United

5    States?

6        A. No, it was built in England.

7        Q. So that particular model was not built

8    here?

9        A. Right.  We didn't build machines over

10   about three years.  Those machines are larger.

11       Q. I can eliminate that whole group of

12   questions --

13       A. I'm trying to help you.

14       Q. Now, once you stopped manufacturing

15   equipment in the United States, it's my

16   understanding that you then went into more of a

17   customer service position?

18       A. That's correct.

19       Q. And you oversaw spare parts?

20       A. That's correct.

21       Q. What do you mean when you say you

22   oversaw spare parts?

23       A. Well, you can imagine a company in

24   England trying to do business in the United

25   States.  We needed to be able to manufacture

1    parts and find local parts to be able to sell

2    to -- just to respond quicker to the customers.

3    That was the job they created to keep me, more or

4    less.

5        Q. So customers who would have Atlas

6    slitters in the United States that would need

7    replacement parts would get those through you?

8        A. Yeah.

9        Q. When I say "you," I mean in general,

10   Atlas.

11       A. Right.

12       Q. But specifically that would be part of

13   your job responsibility?

14       A. Yes.

15       Q. And what would you do to obtain the part

16   that they needed?

17       A. Well, it just depended.  If it was a

18   mechanical part, you looked at the drawings.  If

19   it was something that was capable of being

20   manufactured here without a lot of trouble, we

21   manufactured the parts here.  Parts that I

22   thought were a little risky to manufacture here,

23   I would just have them built in the UK.

24       Q. The parts that were manufactured here,

25   are they still being manufactured here?

1    sales manager, but at the same time, he was more

2    or less the manager for the Atlas machines.

3    Again, these time frames, I'm trying to remember.

4         Q. That's okay.

5         A. I'm doing my best with it.  I didn't do

6    a lot of study for this.

7         Q. I understand.  It's my understanding

8    that Bobst Group is now a sales and service

9    facility?

10        A. Yes.

11        Q. And that they have a physical office in

12   Charlotte; is that correct?

13        A. Yes.

14        Q. And that there is no more manufacturing

15   involved or storage of equipment; is that

16   correct?

17        A. Right.  We're office only.

18        Q. And prior to that, Valmet had had some

19   plant facility; is that correct?

20        A. We had a warehouse and a small workshop,

21   but we didn't manufacture any equipment.

22        Q. Did you keep an inventory of spare

23   parts?

24        A. Sure.

25        Q. Do you recall whether Valmet had an

1    inventory of the Infranor drive boards?

2         A. We didn't inventory new drive boards --

3    I'm trying to think -- there was a time period in

4    the early goings when we may have kept a board.

5    But eventually customers, more or less, they

6    bought one or two drives, and they just didn't

7    have to have them right away anymore.  They

8    generally had a supply on hand.  They may be

9    replacing a drive that had failed.  We drive

10   these arms.  Typically they had several on a

11   machine.  So if one was to go bad, they could

12   just take a drive and run that arm.  It wasn't

13   going to stop the equipment.  The way we tried to

14   manage the business was to try to have parts on

15   hand that the machine would stop if we couldn't

16   produce a part real quick.

17        Q. Am I correct that Bobst services several

18   different Atlas slitter models?

19        A. Sure.

20        Q. Are you familiar with the Atlas slitter

21   model that was involved in this particular

22   incident?

23        A. Basically, yes.

24        Q. If I were to suggest to you the model

25   CSE1250R, does that sound correct?

1         Q.  If the owners of one of the other Atlas
2    slitter rewinders out there in the United States
3    has a problem with their machine, do they call
4    you or do they call Bobst?
5         A.  Call us and ask for a technician, yes.
6         Q.  And if they need a replacement part,
7    does that go through you as well?
8         A.  Yes.
9         Q.  I'm just going to skim through some
10   questions here to make sure I don't need to ask
11   you these questions so I can make this a little
12   bit quicker.
13        A.  Sure.
14        Q.  Are you familiar with how the Atlas
15   slitter rewinder works?
16        A.  A little bit.
17        Q.  Is that something that's within your job
18   responsibility, to be familiar with the actual
19   workings of the machine?
20        A.  Not to where I come to work every day
21   and my responsibility is to know how that machine
22   works.  But for what I do every day and having
23   been around it so much, I know something about
24   them, yes.
25        Q.  Let me just say, we have already deposed

1    whatever drive they ask for.  But as commonplace,

2    we don't use the Infranor drives anymore.

3        Q.  What about with customers that have

4    older pieces of equipment that have been using

5    the Infranor drives; are they still continuing to

6    use the Infranor drives?

7        A.  Yes, replacement drives.

8        Q.  For example, Proma, we know have the

9    Infranor drives, correct?

10       A.  Right.

11       Q.  And if they were to call you and say, "I

12   need a new drive," that would be an Infranor

13   drive, correct?

14       A.  Well, you have to be specific on your

15   machine model and serial number.  The records are

16   kept in the UK on all of that.  So we would take

17   that and go back and tell England, this is what

18   we're looking for.

19       Q.  Let's focus in on the recordkeeping on

20   the serial numbers.  What recordkeeping is kept

21   with respect to each order of a replacement

22   drive?

23       A.  A copy of the sales order, a copy of the

24   purchase order to the UK, any sort of fax,

25   correspondence, quotations, anything like that,

1    every arm, that sort of thing.

2         Q. Do you know how many arms there are on

3    that particular model?

4         A. No.  It could be a lot.  A customer

5    tells you what he wants for the machine, if he

6    wants four pairs of arms, six pair of arms.  It

7    depends on what he's going to do with the

8    equipment.

9         Q. And are the drive boards modified in

10   order to accommodate the need of the customer?

11        A. I wouldn't know about that particular

12   drive.

13        Q. Do you know whether there were any

14   modifications made to the Infranor drive boards

15   specifically for Proma's application?

16        A. No.

17        Q. That's not something you would be

18   involved with?

19        A. No.

20        Q. If Proma were to call you and say, "We

21   need a new drive," is that something you would

22   handle?

23        A. Sure.

24        Q. And what would you do in order to get

25   them the new drive?

1          A. Serial number.  Generally we'd --

2     because of the records we kept in England, it

3     would tell if there was any sort of special setup

4     on anything on any of the drives.

5          Q. The serial number that you're referring

6     to is a serial number for the Atlas slitter,

7     correct, not the Infranor drive board?

8          A. That's right.

9          Q. So that would be your first level of

10    inquire, would be, what is the serial number of

11    the machine that this is going into; is that

12    correct?

13         A. We'd start there, right.

14         Q. And you would communicate with Atlas UK

15    in England, and they would be able to tell you

16    particular to that serial number what

17    modifications need to be made to the board?

18         A. Right.

19         Q. And am I correct that they then purchase

20    the board from Infranor?

21         A. Yes.

22         Q. Are you involved with the process by

23    which Infranor provides Atlas UK with the board?

24         A. No.

25         Q. Do you know whether Atlas communicates

 1    with Infranor the modifications that need to be

 2    made to the board?

 3         A.  I don't know that, no.

 4         Q.  But at some point, modifications are

 5    made to the board that are unique to that

 6    particular serial number, correct?

 7         A.  I don't know that for certain.

 8         Q.  Let's assume hypothetically that that

 9    particular serial number does have modifications

10    required for that particular serial number.  Do

11    you know whether the Proma serial number, the

12    92036, does that have any indication that

13    modifications are going to be made to those

14    boards?

15              MR. KELLEHER:  Objection.

16              You can answer the question, if you can.

17         A.  I don't know that, no.

18         Q.  So if somebody from Proma calls you, you

19    get the serial number, you call Atlas UK, and you

20    say:  I need an Infranor drive board for that

21    serial number, correct?

22         A.  That's correct.

23         Q.  You don't say anything about

24    modifications, correct?

25         A.  To England?

1       Q. To England.

2       A. No.

3       Q. So somewhere in England then, Atlas UK

4  sends you back a board, correct?

5       A. Sure.

6       Q. Do you assume that that board that has

7  come to you has any modifications done to it that

8  needed to be done to it?

9       MR. KELLEHER: Objection.

10      A. I don't have to assume anything at that

11  point in time. There wouldn't be a reason to

12  assume anything. I have done what we've

13  portrayed needed to be done correctly. So

14  there's not an assumption one way or the other.

15  That's the reason I went to England to buy it in

16  the first place. I don't assume the drive is

17  modified. I don't assume anything. I go there

18  and buy that drive because it's the place to go

19  and get it. If any modifications have to be

20  made, or whatever, they would do it there.

21      Q. That's what I'm saying. It's your

22  understanding that any modifications that need to

23  be made are done there, correct?

24      MR. KELLEHER: Objection.

25      A. Right.

1        MR. KELLEHER:  He's already testified he
2    doesn't know if modifications need to be done.
3    How can he assume they were done if he doesn't
4    know they have to be done?
5        BY MS. COUNIHAN:
6        Q. Let's just take it in general.  Are
7    there any circumstances where a customer orders a
8    board from you that you know that modifications
9    are made to that board?
10       A. Yes.
11       Q. Do any of those involve the Proma
12   Infranor boards?
13       A. That I absolutely know that there's
14   modifications?  No.
15       Q. The customers that you do know that
16   there are modifications to be made, where are
17   those modifications made?
18       A. Are you talking Infranor?
19       Q. Yes.
20       A. I would buy them from the UK.
21       Q. Are there any circumstances by which you
22   would do modifications to a board sent to you
23   from Atlas UK before it's sent out to the
24   customer?
25       A. From Infranor?

1       Q. Right now, I'm just talking about

2   Atlas UK.  Are there any boards that you get from

3   Atlas UK that you then modify before you send

4   them to the customer?

5       A. There are some printed circuit boards,

6   not drives, but some printed circuit boards, that

7   we add some resistors to.

8       Q. Are there any drives that you get from

9   Atlas UK that you modify before they're sent to

10   the customer?

11       A. Just Infranor?

12       Q. Just drives.

13       A. It would be what your definition is.

14   Because there are drives that we get that are

15   generic drives for smaller machines -- I'm taking

16   you from the grass roots -- that we would end up

17   putting the software into the drive.  You're not

18   modifying the drive though.  There are other

19   things you do to it.  You just put the software

20   into it.  But these drives that you're talking

21   about, the Infranor drives, don't have software

22   installed in them.  They're just drives.  We

23   don't modify any of those.

24       Q. Just so that I can have a single

25   question with respect to the Infranor drive

1    boards, am I correct that Bobst Group, Valmet,

2    and prior to that, Atlas, does not make any

3    modifications to Infranor drive boards once

4    they're received from Atlas UK?

5         A. That's correct.

6         Q. So if I'm understanding this and

7    following this, if Proma calls you and asks for a

8    new board, you simply call Atlas, and whatever

9    takes place in Europe takes place in Europe, but

10   you don't do anything to those boards before you

11   send them back to Proma?

12        A. That's correct.

13        Q. Do you keep any physical records at the

14   North Carolina facility that would indicate

15   whether or not there are any modifications made

16   to the Infranor drive boards before they go to

17   Proma?

18        A. I don't know.

19        Q. Who would have custody of those records?

20        A. Well, the guy you just had here would

21   have been able to answer those questions. I'm

22   not going to guess at this point in time. I'm

23   going to tell you what I know. The salespeople

24   sell the drive, it comes in, and we ship it.

25        Q. When it comes in, do you do any

1    inspection of the drive before you ship it?

2        A. No.

3        Q. So you don't check to see if the

4    switches are set, or anything of that nature?

5        A. No.

6        Q. Do you unwrap them at all to visually

7    inspect them before you ship them?

8        A. Only if -- and this would be for any

9    part -- only if there was obvious damage to the

10   box or obvious -- peanuts are falling out of one

11   end of it, or it's smashed flat or something,

12   would we open it up and inspect it.  Because

13   generally coming from the UK, everything is

14   bubble wrapped and put into a nice box.  It came

15   in, we looked at it, put a new label on it, and

16   forwarded it on.

17       Q. Am I correct that Bobst/Valmet/Atlas

18   charges more money to Proma for those boards than

19   they pay to Infranor for the boards?

20           MR. KELLEHER:  Objection.

21       A. I don't know what they pay for the

22   boards.  I don't know.

23       Q. I guess what I'm trying to decide is,

24   why is it that the purchase of a board goes

25   through your facility?

1           MR. KELLEHER:  Objection.

2           A. Well, if you had a piece of equipment

3    like a big Atlas slitter and something as

4    important as a driver, if I was the customer, I

5    would want to buy it from the manufacturer.

6           Q. But isn't the manufacturer Infranor?

7           A. I'm talking about the machine

8    manufacturer.  I would want to come to the

9    factory to buy something like that.  I would.

10          Q. Can a customer call Infranor directly

11   and give them the serial number and get the same

12   board?

13          A. They could.

14          MR. KELLEHER:  Objection.

15          BY MS. COUNIHAN:

16          Q. So Infranor, to the best of your

17   knowledge, has the information relative to that

18   particular serial number's modifications, if any?

19          A. Not to Atlas.  You wouldn't call up and

20   say:  I want to buy an Infranor board for my

21   Atlas slitter from Infranor.  You would want to

22   call up and say:  I want a -- you would look on

23   it and get the number right off the end of the

24   drive and see if you can buy it direct from

25   Infranor.

1           A. That's correct.

2           Q. And if there was to be a setting done on

3      a switch on the daughter board, would that have

4      been done before it gets to you?

5           A. Sure.

6           Q. And you don't keep any records or have

7      any records that would indicate what settings

8      that switch should be at?

9           A. No.

10          Q. When a board comes in for repair, is

11     that something that you're involved with?

12          A. Yes.

13          Q. That's completely different than

14     somebody calling and ordering a new board,

15     correct?

16          A. Correct.

17          Q. Is it fair to say that if Proma, for

18     example, has a problem with their machine and

19     they can't figure out whether the board has

20     degraded to the point that it's no longer

21     working, they can send it to you for diagnostics?

22          A. Not for diagnostics.

23          Q. What would they send it to you for?

24          A. Not for diagnostics at our facility.

25     They would send it to us, and the intention was

1   to return it to the UK.

2        Q. So you don't perform the repairs on the

3   boards in the United States?

4        A. No.

5        Q. Do you keep records of what boards are

6   sent to the UK for repair?

7        A. Off and on we did.

8        Q. Let me show you some documents and ask

9   you, can you identify those two documents?

10       A. These are -- this is just printed off of

11  one of our computer screens.

12       Q. That being the first page, correct?

13       A. Right. The second one is a document

14  from Van Leer that would have come with the board

15  when it came in.

16       Q. The documents that would come in from

17  Van Leer, would you keep a copy of those in your

18  facility, or would that be sent on to Atlas UK

19  with the board?

20       A. It was done differently through the

21  years. But typically the UK would get a copy of

22  this. At one period of time, we would have kept

23  a copy of this stapled to a repair order, and

24  that changed in and out through the years.

25            MS. COUNIHAN: Can we mark this, please.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIRIACO PUCILLO,            )
                           )
        Plaintiff,     )
                           )
vs                     )   CASE NO. 03-CV-12359 MLW
                           )
METSO PAPER, INC., and    )
VALMET CONVERTING, INC.,  )
                           )
        Defendants.   )
                           )

COPY

**DEPOSITION**

**OF**

**RONALD DEAN PURCELL**

Taken by Plaintiff
Charlotte, North Carolina
February 8, 2005

Reported by:  Colleen J. Cain, CSR

*Cain & Crane Court Reporters, LLC*
*Post Office Box 23833*
*Charlotte, North Carolina  28227*
*Phone (704) 545-3510 * Fax (704) 545-3950*

1    purchase, would that include a new drive board?

2        A. No.

3        Q. In addition to Proma sending boards to

4    Atlas/Valmet/Bobst for repair, under some

5    circumstances, a representative from Atlas,

6    Valmet, or Bobst would go up to the facility in

7    Massachusetts to repair or troubleshoot a

8    problem, correct?

9        A. Correct.

10       Q. Under what circumstances would someone

11   make the trip up to troubleshoot a problem?

12       A. A customer calls and says:  We would

13   like to have a technician come up and help us

14   with this problem.

15       Q. Is that type of service what you

16   primarily do?

17       A. Yes.

18       Q. So the bulk of your time is spent

19   traveling around to customers' machines at their

20   request to service problems?

21       A. It's a substantial part of my time, yes.

22       Q. How is the rest of your time spent?

23       A. Installations, new machines going in.

24   Basically we're split between those two things,

25   installation and commissioning and service.

1    unhooked, would that be noted somewhere?

2         A. I can't say for sure.

3         Q. If you were to be doing an inspection of

4    the piece of equipment at the Proma facility and

5    you looked at the drive board, would you know

6    that the switch was unhooked?

7         A. Yes.

8         Q. By looking at it?

9         A. Yes.

10        Q. And would you correct it?

11        A. Yes.

12            MR. KELLEHER:  Objection.

13            BY MS. COUNIHAN:

14        Q. I'm just talking in general.  I guess

15   what my question is is, are the

16   Atlas/Valmet/Bobst technicians trained to

17   recognize when that switch is not in its proper

18   position?

19        A. I can't say.

20        Q. How did you learn of the proper position

21   of that switch?

22        A. It just seems like something I've always

23   known.  I don't know when I picked up that

24   information.

25        Q. Is it fair to say that you had that

1    if you just -- let's just take out that last page

2    since it does not pertain to this case at all.

3    We will remove that one.

4           Am I correct then, for the record, that

5    the first three pages relate to a service call in

6    September of 2000?

7           A. Yes.

8           Q. And am I correct that it appears that

9    John Brook did this service call, as well?

10          A. Yes.

11          Q. And can you tell me, please, on the

12   second page, what the service call was for?

13          A. Service call to troubleshoot and

14   calibrate drive system on Atlas slitter.

15          Q. Can you tell me what that means?

16          A. No.

17          Q. Does it have anything to do with the

18   Infranor drive boards?

19          A. Possibly.

20          Q. What other possible explanations are

21   there for what that particular repair would

22   entail?

23          A. It could be the unwind drive system,

24   like we were discussing earlier.  It could be

25   main drive drive system like we didn't discuss

1        A. Yes.

2        Q. The only reason I asked that is if you

3   were at different rates, it might be possible to

4   tell which technician was there based on the rate

5   that was paid.

6        A. No.

7        Q. And on the second page, it indicates:

8   Service call to troubleshoot drive problems on

9   Atlas slitter, correct?

10       A. Correct.

11       Q. Is it fair to say that we can't tell

12  without speaking to Mr. Brook what the drive

13  that's being referred to there is?

14       A. That's correct.

15       Q. Either by speaking to him or finding a

16  note, correct?

17       A. Correct.

18       MS. COUNIHAN:  Let's mark that one as

19  Exhibit 5.  And that would be, for my file, PUC

20  0594 and 0596.

21       (Plaintiff's Exhibit Number 5 was marked

22  for identification.)

23       BY MS. COUNIHAN:

24       Q. Can you take a look at that package,

25  please.

1          A. (Witness reviewed documents.)

2          Q. Is it fair to say that these two

3    documents pertain to a service visit by John

4    Brook on the Atlas slitter on November 14 to 16,

5    2001?

6          A. Yes.

7          Q. And that's contained on the first page

8    about halfway through, correct?

9          A. Yes.

10         Q. And on the second page, once again, it

11   indicates:  Service call for technician to

12   troubleshoot drives on Atlas slitter, correct?

13         A. Correct.

14         Q. And without speaking to Mr. Brook or

15   reviewing a visit report, you don't know what

16   that drive pertains to, correct?

17         A. Correct.

18         Q. Do you have any memory of speaking to

19   Mr. Brook about the problems in 2000 or 2001 with

20   the drives on the Atlas slitter?

21         A. No.

22         MS. COUNIHAN:  Let's mark that one as

23   Exhibit 6, and for my file, 0541 and 0542.

24         (Plaintiff's Exhibit Number 6 was marked

25   for identification.)

1              BY MS. COUNIHAN:

2         Q. Are these types of service calls the

3    same type of service call you would do as well?

4         A. Yes.

5         Q. And in the course of doing your service

6    calls, if you were to notice that a switch was in

7    an incorrect position or unhooked, would you

8    correct it?

9         A. Yes.

10        Q. Would you point that out to anyone at

11   the customer's facility?

12        A. Yes.

13        Q. Do you recall whether that was ever done

14   at the Proma facility prior to this accident?

15        A. I don't recall.

16        Q. Do you have any information from any

17   source that that was done at the Proma facility

18   prior to this accident?

19        A. No.

20        Q. The final set of documents pertaining to

21   service calls, if you could just take a look at

22   that.

23        A. (Witness reviewed document.)

24           Wooh.

25        Q. Was the "wooh" because of the price they

1          Q. It's not like a light bulb, where it

2    just goes out and then you know you need to

3    replace it, right?

4          A. Sometimes it is, sometimes it's not.

5          Q. Does Atlas/Valmet provide any training

6    to the electricians at any of the customers'

7    facilities with respect to troubleshooting?

8          A. General troubleshooting, yes, sometimes.

9    We assume that the customer employs capable

10   people who are capable of troubleshooting.  We

11   don't teach troubleshooting skills.

12         Q. And in the event that the electricians

13   are not able to correct it, that's when they

14   would either send it back to you or have you come

15   up, correct?

16         A. It could happen that way.

17         Q. What other way could it happen?

18         A. Well, normally, there's another tier of

19   support in a facility like Proma.  Not everybody

20   has that extra level of support where they call

21   Greg Hagopian to come out and lend a hand.

22         MS. COUNIHAN:  Off the record.

23         (There was a discussion off the record.)

24         BY MS. COUNIHAN:

25         Q. Physically, can you walk me through, how

1    do you change an Infranor drive board?

2         A.  There are two circuit breakers.  You

3    turn off the two circuit breakers.  And then

4    generally, there is a small screw in the top of

5    the front cover and the bottom of the front

6    cover.  You just loosen those two screws.

7    They're captive screws; they stay in the cover.

8    Then you just slide the drive out, and then put

9    the new drive in, in the reverse.  Slide the new

10   drive in, tighten the two screws, turn the

11   circuit breakers back on.

12        Q.  Does that process involve any type of

13   visual inspection of the drive board that comes

14   out?

15        A.  It's possible.

16        Q.  What about of the drive board that goes

17   in?

18        A.  It's possible.

19        Q.  Are there any written materials that

20   would indicate that that should or should not be

21   done?

22        A.  Not that I'm aware of.

23        Q.  In your experience with the Atlas

24   slitters, this particular 92036 at Proma, did

25   some of the drives need to be replaced or

1    repaired more often than others?

2        A.  I don't know.

3        Q.  And you said you don't know how long a

4    drive generally lasts, correct?

5        A.  No.

6        Q.  When one board needs to be replaced, you

7    don't replace all of them, correct?

8        A.  No.

9        Q.  Is any training given to -- was any

10   training given to Van Leer or Proma employees

11   with respect to any visual inspection that should

12   be done prior to installing a new drive?

13       A.  I don't know.

14       Q.  Who from Atlas or Valmet would have been

15   responsible for that type of training?

16           MR. KELLEHER:  Objection.

17       A.  I'm not sure.  I'm not sure.

18       Q.  But that's nothing that falls within

19   your job description of training operators and

20   maintenance people?

21       A.  It could.  Especially during this time,

22   there were, like I said earlier, people coming

23   over from the UK.  So I don't know specifically

24   who did the training on that machine.

25       Q.  Prior to March of 2002, with this

1    accident, do you have any memory of ever telling

2    anyone at Van Leer or Proma that the switch

3    needed to be checked before a new board was

4    installed?

5         A.  No.

6         Q.  Do you have any information that anyone

7    from Atlas/Valmet told any employee of

8    Van Leer/Proma that the switch on the daughter

9    card needs to be inspected prior to installing a

10   new board?

11        A.  I don't have any knowledge either way.

12        Q.  As of March of 2002, did you believe

13   that the Proma electricians were checking the

14   switch prior to installing a new board?

15            MR. KELLEHER:  Objection.

16        A.  Yes.

17        Q.  Where did you get that belief, based on

18   what information?

19        A.  No information.  Just assuming that when

20   you replace a component, you do a comparison, the

21   one you took out, the one you put in.  If they're

22   not the same, then you find out why they're not

23   the same.

24        Q.  How big is the switch on the daughter

25   board?

1    your independent knowledge.

2         A. Reading from my report, we focused

3    initially on the drive for controlling arm

4    2 left.  That particular drive had the switch in

5    the neither position, neither armature voltage

6    feedback nor tachometer feedback.

7         Q. How does it appear when it's in neither

8    position?  Hanging straight down?

9         A. No, it sort of sticks up at an angle,

10   because it has tension on it.  So that when you

11   hook it, it's trying to pull up, but it can't,

12   because it's hooked under the hook.  So when it's

13   not in either position, it sort of points up at

14   an angle.

15        Q. Okay.

16        A. And from there, once we found that that

17   one was incorrect, I just went through all the

18   rest of the drives and checked every daughter

19   board on every drive.  And then --

20        Q. Before we get to "and then," what did

21   you find on the inspection of the other drives?

22        A. Reading from my report, 2 left, the

23   switch was in the neither position.  2 right was

24   correct.  1 left was in the wrong position.  4

25   right was in neither position.  And 5 left was in

139

1    neither position.  All the rest were correct.

2         Q. How would a switch get into the wrong

3    position?

4         MR. KELLEHER:  Objection.

5         A. I don't know.

6         Q. How can a switch -- or what are the

7    possible explanations for a switch being in

8    neither position?

9         MR. KELLEHER:  Objection.

10        A. Well, you could say there are several

11   possibilities for that happening.  With someone

12   handling the drive, you could accidentally unclip

13   it from the hook.  In shipping, being wrapped in

14   bubble wrap, the bubble wrap could put pressure

15   down on the switch and cause it to snap out of

16   the hook.  I don't know how Proma stores things

17   like this in their maintenance storage, but you

18   could have one drive sitting on top of the other

19   drive, and the heat sink could actually pop it

20   loose.  So there's a lot of possibilities.

21        Q. Could the vibration from the machine

22   itself cause it to unhook?

23        A. No.

24        Q. Do you know if any testing was done to

25   determine that, or is that based on your own

1    personal opinion?

2          A.  Personal opinion.

3          Q.  Is there any indication to the operator

4    of the machine when a switch becomes unhooked?

5    Would that cause the fault LED light to light?

6          A.  No.

7          Q.  Is there any indication other than the

8    fault LED light that would indicate to an

9    operator that a switch had been unhooked?

10         A.  The fault LED won't indicate that the

11   switch has been unhooked.

12         Q.  Is there anything that would indicate

13   that a switch was unhooked?

14         A.  No.

15         Q.  So there's no way of knowing if a switch

16   is unhooked other than looking at it?

17         A.  To my knowledge, yes.

18         Q.  Is it your understanding that the

19   switches are set in the correct position before

20   they're sent to Proma?

21         A.  Yes.

22         Q.  And that would be done by either

23   Atlas UK or Infranor?

24         A.  Correct.

25         Q.  But you don't know who does it?

1         Q. Oh, okay.

2         A. US, we call them jumpers.  UK calls them

3    links.

4         Q. So when you say standard operating

5    procedures is to check the switches, jumpers, and

6    links, that doesn't mean particularly to this

7    Infranor drive board, correct?

8         A. No, this is a general, for anything

9    electronic.

10        Q. And the standard operating procedures,

11   is that a written procedure?

12        A. No.

13        Q. You indicated earlier that the arms

14   lifted up prior to the core being ejected,

15   correct?

16        A. Correct.

17        Q. Were you able to determine the cause of

18   the arms lifting up?

19        A. No.

20        Q. If the speed control switch had been set

21   correctly, would the arms have lifted up?

22        A. No, the two are not related at all.

23        Q. If the speed control switch had been set

24   properly, though, would the core have been

25   ejected?

1       A. No.

2       Q. Because I'm correct that the core was

3  ejected because the speed control switch was set

4  inappropriately or incorrectly, correct?

5       A. That, and the combination of the arms

6  lifting off the winding drum.

7       Q. But I'm just trying to decide, the arms

8  lifting off the winding drum, were you ever able

9  to figure out the cause of that?

10      A. No, we never saw it again, couldn't make

11  it happen again.

12      Q. And if the speed control switch had been

13  set correctly, the fact that the arms lifted up

14  would not have caused the core to eject, correct?

15      A. Correct.

16      Q. Were you able to verify that the machine

17  had reset from the job prior to Mr. Pucillo's

18  job?

19      A. When I got there, it appeared that

20  everything had reset to be ready for the next

21  order.

22      Q. So were you able to eliminate that as a

23  cause of this accident?

24      A. Right.

25      Q. Were you able to determine the precise

1    cause of the accident?

2            MR. KELLEHER:  Is that different than

3    the other two causes he's talked about already?

4            MS. COUNIHAN:  That's what I'm trying to

5    figure out.

6            BY MS. COUNIHAN:

7        Q. I know that the arms went up, but that

8    wasn't necessarily the cause of the accident,

9    correct?

10       A. Right.

11       Q. The speed control switch was not set

12   properly, and that was a cause of the accident,

13   correct?

14       A. Correct.

15       Q. Were there any causes other than the

16   speed control switch being improperly set, that

17   you were able to determine?

18       A. No.

19       Q. After returning to North Carolina, did

20   you have any meetings with anyone from Valmet

21   with respect to your findings at this particular

22   investigation?

23       A. Not that I recall.

24       Q. Were any changes made to the procedure

25   by which Proma would obtain their boards as a