**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **CIRIACO PUCILLO** | **CIVIL  CASE NO. 03-12359-MLW** |
| **V.** | |
| **METSO PAPER, INC., et al** **Defendant(s)** | |

**WOLF, D.J.**     **NOTICE OF RESCHEDULING/CANCELLATION**

The **STATUS CONFERENCE** previously scheduled for **MAY 12, 2005** at **4:00 P.M.** before Judge **Wolf**, has been CANCELLED.

               **SARA A. THORNTON
               CLERK OF COURT**

**May 11, 2005**                         By:     /s/ Dennis O'Leary
Date                                             Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                               [ntchrgcnf.]