UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIRIACO PUCILLO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METSO PAPER, INC. AND )<br>VALMET CONVERTING, INC. )<br>)<br>Defendants. )<br>) | Case No. 03-CV-12359 MLW |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective immediately the offices and mailing address of the undersigned counsel for Defendants Metso Paper, Inc. and Valmet Coverting, Inc. have changed to the following:

    Thelen Reid & Priest LLP
    701 Eighth Street, N.W., Suite 800
    Washington, D.C. 20001-3721

The telephone number (202-508-4106), fax number (202-654-1832) and email address (dkelleher@thelenreid.com) remain the same.

DATE: June 30, 2005

                                                  Respectfully submitted,

                                                  _____
                                                  David L. Kelleher, Esq. (B.B.O. #543912)
                                                  Thelen Reid & Priest LLP
                                                  701 Eighth Street, N.W., Suite 800
                                                  Washington, D.C. 20001-3721
                                                  (202) 508-4106

                                                  *Counsel for Defendants Metso Paper, Inc.*
                                                  *and Valmet Converting, Inc.*

## CERTIFICATE OF SERVICE

I, David L. Kelleher, hereby certify that on June 30, 2005, I served a copy of the foregoing Notice of Change of Address by first class mail, postage prepaid, to the following:

> Maureen Counihan, Esq.
> Law Offices of Maureen Counihan, P.C.
> 67 South Bedford Street
> Suite 400 West
> Burlington, MA 01803
> *Counsel for Plaintiff*

_____
David L. Kelleher