# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**CIRIACO PUCILLO**                                  CIVIL  CASE
                                                     NO. 03-12359-MLW

                    **V.**


**METSO PAPER, INC., et al**
          **Defendant(s)**


                **NOTICE OF RESCHEDULING/CANCELLATION**
**WOLF, D.J.**


    The **STATUS CONFERENCE** previously scheduled for **MAY 12, 2005** at **4:00 P.M.**

before Judge **Wolf**, has been RESCHEDULED for AUGUST 4, 2005 at 4:30 PM.




                                       SARA A. THORNTON
                                       CLERK OF COURT


**May 11, 2005**                      By:    /s/ Dennis O'Leary
**Date**                              Deputy Clerk


**Notice mailed to:**

**(notice.frm - 10/96)**                                          [ntchrgcnf.]