**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **CIRIACO PUCILLO** | **CIVIL CASE** |
| | **NO. 03-12359-MLW** |
| **V.** | |
| **METSO PAPER, INC. et al** | |
| **Defendant(s)** | |

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

The **STATUS CONFERENCE** scheduled for **AUGUST 4, 2005** at **4:30 P.M.** before Judge **Wolf**, has been CANCELLED.

					**SARAH A. THORNTON**
					**CLERK OF COURT**

**August 3, 2005**			By:	/s/ Dennis O'Leary
**Date**					**Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)						[ntchrgcnf.]