UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| CIRIACO PUCILLO ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | C.A. NO. 03-CV-12359 MLW |
| ) | |
| METSO PAPER INC. AND ) | |
| VALMET CONVERTING, INC. ) | |
|    Defendants ) | |

**PLAINTIFF, CIRIACO PUCILLO'S, MOTION TO
MODIFY SCHEDULING ORDER
TO ESTABLISH DEADLINES FOR EXPERT TESTIMONY**

Now comes the Plaintiff, Ciriaco Pucillo, by counsel, and respectfully requests that this Honorable Court modify the Scheduling Order governing this action to permit the parties to commence the expert discovery phase of this action.

As grounds therefore, the Plaintiff states that non-expert discovery has been completed and there is presently no Scheduling Order in effect pertaining to expert discovery as more fully set forth in the memorandum filed herewith and incorporated herein.

Respectfully Submitted,

*[signature]*
Maureen Counihan, Esq. (B.B.O. #549098)
Law Offices of Maureen Counihan, P.C.
67 South Bedford Street
Suite 400 West
Burlington, MA 01803
(781) 229-5884

*Attorney For Plaintiff Ciriaco Pucillo*

Dated: August 18, 2005