UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| **CIRIACO PUCILLO**<br>　　**Plaintiff** | )<br>)<br>) |
| v. | )    C.A. NO. 03-CV-12359 MLW |
| **METSO PAPER INC. AND**<br>**VALMET CONVERTING, INC.**<br>　　**Defendants** | )<br>)<br>)<br>) |

## ORDER

Upon consideration of the Plaintiff's Motion to Modify the Scheduling Order to Establish Deadlines for Expert Testimony and the record of this case as a whole, it is this _____ day of _____, 2005, hereby

ORDERED that the Scheduling Order is to be modified as follows:

Plaintiff's Rule 26 Expert Disclosures: _____

Depositions of Plaintiff's Experts: _____

Independent Medical Examination: _____, with medical report to follow within a reasonable period

Defendant's Rule 26 Expert Disclosure: _____

Depositions of Defendant's Experts: _____

Close of Discovery: _____

Summary judgment motions shall be filed within forty-five days of the close of discovery.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S. District Judge