UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| CIRIACO PUCILLO )<br>    Plaintiff )<br>)<br>v. )<br>)<br>METSO PAPER INC. AND )<br>VALMET CONVERTING, INC. )<br>    Defendants ) | C.A. NO. 03-CV-12359 MLW |

### PLAINTIFF'S CERTIFICATION - LR 7.1

The Plaintiff hereby certifies that that counsel on behalf of the Plaintiff, Ciriaco Pucillo, and Defendants, Metso Paper Inc. and Valmet Converting Inc., have conferred with respect to the Plaintiff, Ciriaco Pucillo's, Motion To Modify Scheduling Order To Establish Deadlines For Expert Testimony, Memorandum in support thereof, and proposed Order, in an attempt to narrow or resolve the issues. Plaintiff's counsel further certifies that the parties have been unable to reach an agreement.

                        Respectfully Submitted,
                        Plaintiff, Ciriaco Pucillo,
                        By his Attorney,

                        */s/ Maureen Counihan*
                        Maureen Counihan, Esq.
                        BBO# 549098
                        Law Offices of Maureen Counihan, P.C.
                        67 South Bedford Street, Suite 400 West
                        Burlington, MA 01803
                        (781) 229-5884

Dated: August 18, 2005

# CERTIFICATE OF SERVICE

I, Maureen Counihan, hereby certify that on August 18, 2005, I served a copy of the foregoing:

PLAINTIFF, CIRIACO PUCILLO'S, MOTION TO MODIFY SCHEDULING ORDER TO ESTABLISH DEADLINES FOR EXPERT TESTIMONY

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER TO ESTABLISH DEADLINES FOR EXPERT TESTIMONY

ORDER

PLAINTIFF'S CERTIFICATION - LR 7.1

by mailing, first class, postage prepaid, a copy of same directed to:

David L. Kelleher, Esquire
Thelen, Reid & Priest, LLP
701 Eighth Street NW, Suite 800
Washington, DC 20004

Michelle Hanson, Esquire
490 Shrewsbury Street
Worcester, MA 01604

*Maureen Counihan*
Maureen Counihan, Esquire
BBO#: 549098