UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **CIRIACO PUCILLO,** ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Case No. 03-CV-12359 MLW | |
| ) | | |
| **METSO PAPER, INC. AND** ) | | |
| **VALMET CONVERTING, INC.** ) | | |
| Defendants. ) | | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER TO ESTABLISH DEADLINES FOR EXPERT TESTIMONY

On August 22, 2005, plaintiff filed a motion petitioning the Court to modify the Scheduling Order governing this action by establishing a timetable for expert discovery. On August 5, 2005, defendants had submitted a motion to modify the Scheduling Order to permit the filing of dispositive motions. At this time, the Scheduling Order permits neither the filing of dispositive motions nor the conduct of expert discovery.

For the reasons set forth in defendants' memorandum in support of their motion to permit dispositive motions and defendants' reply memorandum in further support thereof filed on August 22, 2005, defendants submit that the next appropriate phase of this case should be the filing of dispositive motions. Therefore, defendants oppose plaintiff's motion to engage in expert discovery.

DC #200922 v1

Date:  August 29, 2005                             Respectfully submitted,


                                                              */s/ David L. Kelleher*_____
Mark Petersen, Esq. (B.B.O. #396840)
Michelle Hansen, Esq. (B.B.O. #561477)
Law Offices of Mark Petersen
490 Shrewsbury Street
Worcester, MA  01604
 (508) 791-0300

and

David L. Kelleher, Esq. (B.B.O. #543912)
Thelen Reid & Priest, LLP
701 Eighth Street, N.W., Suite 800
Washington, DC 20004
 (202) 508-4000

*Attorneys for Defendants*
*Metso Paper, Inc. and*
*Valmet Converting, Inc.*

**CERTIFICATE OF SERVICE**

    I, David L. Kelleher, hereby certify that on August 29, 2005, I caused a copy of the foregoing Defendants' Response to Plaintiff's Motion to Modify Scheduling Order to Establish Deadlines for Expert Testimony, to be filed and served by the Court's electronic filing system and an additional copy served by mailing, first class, postage prepaid, directed to:

>Maureen Counihan, Esq.
>Law Offices of Maureen Counihan, P.C.
>67 South Bedford Street
>Suite 400 West
>Burlington, MA 01803
>(781) 229-5884
>Counsel for Plaintiff

                          */s/ David L. Kelleher*_____
                          David L. Kelleher