UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CIRIACO PUCILLO**
                                                  CIVIL ACTION
                                                  NO. 03-12359-MLW

      v

**METSO PAPER et al**


### NOTICE

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for a **STATUS CONFERENCE/MOTION HEARING** on the Motion to Modify Scheduling Order (docket nos 31 & 34**) on NOVEMBER 29,** 200**5 at** 2:00 P.M. before Judge **WOLF** in Courtroom # **10** on the **5th** floor.


                                                          SARAH THORNTON, CLERK

**November 17, 2005**                    By:    **/s/ Dennis O'Leary**
Date                                     Deputy Clerk


**Notice mailed to:**
(notice.frm - 10/96)                                                                [ntchrgcnf.]