UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIRIACO PUCILLO, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>METSO PAPER, INC. AND )<br>VALMET CONVERTING, INC. )<br>      Defendants. ) | Case No. 03-CV-12359 MLW |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

   Now come the Plaintiff, Ciriaco Pucillo, by counsel, and the Defendants, Metso Paper, Inc. and Valmet Converting, Inc., by counsel, and jointly request that the Court modify the existing Scheduling Order in this case, all provisions of which have been fully satisfied, to establish a new schedule for the remaining matters in this case. Plaintiff and Defendants have agreed upon a proposed schedule. The agreed upon schedule is set forth in the Memorandum and Proposed Order submitted herewith, and the parties respectfully request that the Court adopt the proposed schedule in lieu of the Status/Scheduling Conference scheduled for November 29, 2005. The adoption of the proposed schedule also will render Defendants' motion to modify the Scheduling Order, filed August 5, 2005, and Plaintiff's motion to modify the Scheduling Order, filed August 18, 2005, moot.

DC #206992 v1

Date:  November 22, 2005                              Respectfully submitted,


*/s/ Maureen Counihan*_____          */s/ David L. Kelleher*_____
Maureen Counihan, Esq. (B.B.O. #549098)         Mark Petersen, Esq. (B.B.O. #396840)
Law Offices of Maureen Counihan, P.C.           Michelle Hansen, Esq. (B.B.O. #561477)
67 South Bedford Street                         Law Offices of Mark Petersen
Suite 400 West                                  490 Shrewsbury Street
Burlington, MA  01803                           Worcester, MA  01604
(781) 229-5884                                  (508) 791-0300

*Attorney for Plaintiff Ciriaco Pucillo*        and

                                                David L. Kelleher, Esq. (B.B.O. #543912)
                                                Thelen Reid & Priest, LLP
                                                701 Eighth Street, N.W., Suite 800
                                                Washington, DC 20004
                                                 (202) 508-4000

                                                *Attorneys for Defendants Metso Paper, Inc.*
                                                *and Valmet Converting, Inc.*