## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

```
                                      )
CIRIACO PUCILLO,                      )
                    Plaintiff,        )
                                      )
        v.                            )        Case No. 03-CV-12359 MLW
                                      )
METSO PAPER, INC. AND                 )
VALMET CONVERTING, INC.               )
                    Defendants.       )
_____)
```

### [PROPOSED] ORDER

This matter having come before the Court on the Joint Motion To Modify Scheduling

Order filed by Plaintiff and Defendants on November 22, 2005, in order to establish a pretrial

schedule beyond the events scheduled by this Court in the Scheduling Order issued on

August 11, 2004.  Inasmuch as all matters established in the existing Scheduling Order have

been satisfied, the Court, upon consideration of the joint motion and the record in this case as a

whole, does hereby GRANT the joint motion and ORDER the following:

1)    the parties may commence discovery relating to expert and opinion

witnesses effective immediately;

2)    the Plaintiff shall serve his disclosures required by Fed. R. Civ. P. 26(a)(2)

within sixty (60) days of this Order, and Defendants shall complete any depositions of the

persons so disclosed within thirty (30) days of the disclosure;

3)    the Defendants shall be permitted to conduct an Independent Medical

Examination within sixty (60) days of the date of Plaintiff's Rule 26(a)(2) disclosures,

with a report to follow within a reasonable period;

4)      the Defendants shall serve their disclosures required by Fed. R. Civ. P.

26(a)(2) within ninety (90) days of the date of Plaintiff's Rule 26(a)(2) disclosures, and

Plaintiff shall complete any depositions of the persons so disclosed within thirty (30)

days of the disclosure;

5)      all discovery shall close thirty (30) days after the date of Defendants' Rule

26(a)(2) disclosure;

6)      any party may file a motion for summary judgment at any time, but all

such motions shall be filed no later than thirty (30) days after the close of discovery; and

7)      all parties shall report to the Court in writing within thirty (30) days of the

close of discovery the prospects for settlement.

It is so Ordered, this _____ day of November, 2005.


_____

United States District Judge