UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CIRIACO PUCILLO,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03-CV-12359 MLW |
| ) | |
| **METSO PAPER, INC. AND** ) | |
| **VALMET CONVERTING, INC.** ) | |
| Defendants. ) | |

**MEMORANDUM IN SUPPORT OF**
**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff Ciriaco Pucillo and Defendants Metso Paper, Inc. and Valmet Converting, Inc., by and through their respective counsel, respectfully submit this memorandum in support of their joint motion to modify the scheduling order to permit the parties to engage in expert discovery and to file dispositive motions. The existing Scheduling Order does not permit such discovery or the filing of such motions without leave of the Court.

**DISCUSSION**

On August 11, 2004, the Court issued a Scheduling Order for this action. The Scheduling Order bifurcates discovery, providing for an initial period "limited to the issue(s) of non-expert discovery . . ." to "be complete by April 20, 2005," Scheduling Order ¶ 7, followed by a second period of discovery that has not yet been scheduled.

On August 5, 2005, Defendants filed a motion to modify the Scheduling Order to permit the filing of dispositive motions. On August 18, 2005, Plaintiff filed a motion to modify the Scheduling Order to permit expert discovery. The Court has scheduled a conference to address those motions on November 29, 2005. Plaintiff and Defendants have agreed to a proposed

schedule that will render the pending motions moot, and respectfully request that in lieu of the conference the Court adopt the schedule set forth below:

The proposed schedule establishes disclosure dates for opinion witnesses, deposition deadlines for opinion witnesses, a deadline for an Independent Medical Examination and a deadline for depositive motions.  Specifically, it provides as follows:

- the Plaintiff shall serve his disclosures required by Fed. R. Civ. P. 26(a)(2) within sixty (60) days of this Order, and Defendants shall complete any depositions of the persons so disclosed within thirty (30) days of the disclosure;

- the Defendants shall be permitted to conduct an Independent Medical Examination within sixty (60) days of the date of Plaintiff's Rule 26(a)(2) disclosures, with a report to follow within a reasonable period;

- the Defendants shall serve their disclosures required by Fed. R. Civ. P. 26(a)(2) within ninety (90) days of the date of Plaintiff's Rule 26(a)(2) disclosures, and Plaintiff shall complete any depositions of the persons so disclosed within thirty (30) days of the disclosure;

- all discovery shall close thirty (30) days after the date of Defendants' Rule 26(a)(2) disclosure;

- any party may file a motion for summary judgment at any time, but all such motions shall be filed no later than thirty (30) days after the close of discovery; and

- all parties shall report to the Court in writing within thirty (30) days of the close of discovery the prospects for settlement.

Plaintiff and Defendants respectfully request that the Court approve and adopt the proposed schedule.

Date:  November 22, 2005                              Respectfully submitted,


*/s/ Maureen Counihan*_____          */s/ David L. Kelleher*_____
Maureen Counihan, Esq. (B.B.O. #549098)             Mark Petersen, Esq. (B.B.O. #396840)
Law Offices of Maureen Counihan, P.C.               Michelle Hansen, Esq. (B.B.O. #561477)
67 South Bedford Street                             Law Offices of Mark Petersen
Suite 400 West                                      490 Shrewsbury Street
Burlington, MA  01803                               Worcester, MA  01604
(781) 229-5884                                      (508) 791-0300

*Attorney for Plaintiff Ciriaco Pucillo*            and

                                                    David L. Kelleher, Esq. (B.B.O. #543912)
                                                    Thelen Reid & Priest, LLP
                                                    701 Eighth Street, N.W., Suite 800
                                                    Washington, DC 20004
                                                     (202) 508-4000

                                                    *Attorneys for Defendants Metso Paper, Inc.*
                                                    *and Valmet Converting, Inc.*

## **CERTIFICATION**

Pursuant to Local Rule 7, counsel for Plaintiff and Defendants have conferred and agree upon the relief proposed in the accompany motion.

                                                        */s/ David L. Kelleher*_____
                                                        David L. Kelleher

DC #198024 v1

Case 1:03-cv-12359-MLW    Document 40    Filed 11/22/2005    Page 5 of 5

DC #198024 v1