UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CIRIACO PUCILLO** )<br>    **Plaintiff** )<br> )<br>v. )<br> )<br>**METSO PAPER INC. AND** )<br>**VALMET CONVERTING, INC.** )<br>    **Defendants** ) | C.A. NO. 03-CV-12359 MLW |

### STIPULATION OF VOLUNTARY DISMISSAL OF
### CLAIM AGAINST DEFENDANT, METSO PAPER, INC.

The Plaintiff, Ciriaco Pucillo, and the Defendants, Metso Paper Inc. and Valmet Converting, Inc., hereby stipulate that Paragraph 2 of the Plaintiff's Complaint should be stricken, thereby dismissing any and all claims against the Defendant, Metso Paper Inc., *only*, with prejudice and without costs.

Respectfully Submitted,

_____
Maureen Counihan, Esq. (B.B.O. #549098)
Law Offices of Maureen Counihan, P.C.
67 South Bedford Street
Suite 400 West
Burlington, MA 01803
(781) 229-5884

*Counsel for Plaintiff*

_____
Mark Petersen, Esq. (B.B.O. #396840)
Michelle Hansen, Esq. (B.B.O. #561477)
Law Offices of Mark Petersen
490 Shrewsbury Street
Worcester, MA 01604
(508) 791-0300
and
David L. Kelleher, Esq. (B.B.O. #543912)
Thelen Reid & Priest, LLP
701 Eighth Street NW, Suite 800
Washington, DC 20004
(202) 508-4000

*Attorneys for Defendants*
*Metso Paper, Inc. and*
*Valmet Converting, Inc.*

Dated: December 19, 2005