UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA03-12359

| Ciriaco Pucillo | Valmet Converting, Inc. |
|---|---|
| PLAINTIFF | DEFENDANT |
| Mareen Counihan | David Kelleher |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf        CLERK   O'Leary        REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing/Scheduling Conference |
|---|---|
| 6/5/06 | Court takes up the plaintiff's pending motion to amend the complaint. |
| | Court reserves ruling on the motion to amend and sets a schedule for the briefing of summary judgment motions and a renewed motion to amend the complaint.  Mtion due by 6/30/06, oppositions due by 7/31/2006 replies due by 8/18/2006.  Hearing on the motins shall be held on 9/21/2006 at 3:00 PM. |