UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
CIRIACO PUCILLO,                    )
        Plaintiff,                  )
                                    )    C.A. No. 03-12359-MLW
        v.                          )
                                    )
VALMET CONVERTING, INC.,            )
        Defendants.                 )
```

ORDER

WOLF, D.J.                                              June 5, 2006

For the reasons stated in court on June 5, 2006, it is hereby ORDERED that:

1. The defendant shall, by June 30, 2006, file a motion for summary judgment that complies with Local Rule 56.1.

2. The plaintiff shall, by June 30, 2006, file a motion to amend the complaint.

3. Oppositions to the motion for summary judgment and the motion to amend shall be filed by July 31, 2006.

4. Any replies shall be filed by August 18, 2006.

5. A hearing will be held on September 21, 2006, at 3:00 p.m. Counsel shall appear with either full settlement authority or with their respective clients.

                                   /s/ MARK L. WOLF
                                   UNITED STATES DISTRICT JUDGE