## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| **CIRIACO PUCILLO,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 03-CV-12359 MLW** |
| | ) | |
| **METSO PAPER, INC. AND** | ) | |
| **VALMET CONVERTING, INC.** | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

### MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY

Defendant Valmet Converting, Inc. ("Valmet Converting"), by counsel, respectfully moves the Court to exclude the opinion testimony of John Orlowski, proffered by plaintiff as an expert in this case, for failure to satisfy the minimum requirements for opinion testimony under Fed. R. Evid. 702.  In support of this motion, the Court's attention is respectfully invited to the accompanying memorandum of law and attached exhibits, which are incorporated herein by reference.

Date:  June 30, 2006                    Respectfully submitted,

/s/ David L. Kelleher_____
David L. Kelleher, Esq. (B.B.O. #543912)
Thelen Reid & Priest, LLP
701 Eighth Street, N.W., Suite 800
Washington, DC 20004
(202) 508-4000

and

Mark Petersen, Esq. (B.B.O. #396840)
Michelle Hansen, Esq. (B.B.O. #561477)
Law Offices of Mark Petersen
490 Shrewsbury Street
Worcester, MA  01604
(508) 791-0300


Attorneys for Defendant Valmet Converting, Inc.

DC #223239 v1