UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CIRIACO PUCILLO,                              )<br>                    Plaintiff,          )<br>                                                      )<br>v.                                                     )<br>                                                      )<br>METSO PAPER, INC. AND              )<br>VALMET CONVERTING, INC.         )<br>                    Defendants.      )<br>                                                      ) | Case No. 03-CV-12359 MLW |

## MOTION FOR SUMMARY JUDGMENT

Defendant Valmet Converting, Inc. ("Valmet Converting"), by counsel, pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, respectfully moves the Court for entry of summary judgment.

In support of the motion, Valmet Converting incorporates by reference as if fully set forth herein, and respectfully invites the Court's attention to, the accompanying Local Rule 56.1 Statement of Meterial Facts to Which There is no Genuine Issue and to defendant's Memorandum of Points and Authorities in Support of Motion for Summary Judgment filed herewith.

Date:  June 30, 2006                                         Respectfully submitted,


                                                                          */s/ David L. Kelleher*
                                                                          David L. Kelleher, Esq. (B.B.O. #543912)
                                                                          Thelen Reid & Priest, LLP
                                                                          701 Eighth Street, N.W., Suite 800
                                                                          Washington, DC 20004
                                                                          (202) 508-4000

                                                                          and

DC #223244 v1

Mark Petersen, Esq. (B.B.O. #396840)
Michelle Hansen, Esq. (B.B.O. #561477)
Law Offices of Mark Petersen
490 Shrewsbury Street
Worcester, MA  01604
(508) 791-0300


Attorneys for Defendant Valmet Converting, Inc.