# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CIRIACO PUCILLO, | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 03-CV-12359 MLW** |
| | ) | |
| METSO PAPER, INC. AND | ) | |
| VALMET CONVERTING, INC. | ) | |
| **Defendants.** | ) | |
| | ) | |

## ATTACHMENTS 1 - 5 TO
## STATEMENT OF MATERIAL FACTS OF RECORD
## TO WHICH THERE IS NO GENUINE ISSUE

# ATTACHMENT 1

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.

SUPERIOR COURT
DEPARTMENT OF THE
TRIAL COURT
C.A. NO.  03-4425

|  |  |
|---|---|
| CIRIACO PUCILLO<br>    Plaintiff<br><br>v.<br><br>METSO PAPER INC. AND<br>VALMET CONVERTING, INC.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMPLAINT and
DEMAND FOR JURY TRIAL



FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE ... MIDDLESEX

OCT 2 8 2003

Edward J. Sullivan
CLERK

### PARTIES

1. The Plaintiff, Ciriaco Pucillo, is a resident of Ashland, Middlesex County, Commonwealth of Massachusetts.

2. The Defendant, Metso Paper Inc., is a member of Metso Corporation, a Finnish corporation doing business in the United States and the Commonwealth of Massachusetts. In the Commonwealth of Massachusetts, Metso Paper, Inc. has a principal place of business at Metso Paper USA, Inc. Chicopee Service Point, 929 Chicopee Street, Chicopee, Massachusetts.

3. The Defendant, Valmet Converting, Inc., (hereinafter "VALMET"), is a subsidiary of Metso Paper Inc., having its principal place of business at 8041G Arrowridge Blvd., Charlotte, North Carolina.

4. At all times relevant to this action, the Defendants were doing business within the Commonwealth of Massachusetts and had established necessary and minimum contacts within the Commonwealth of Massachusetts.

**FACTS**

5.    The Plaintiff realleges the allegations contained in paragraphs 1 through 4 and further alleges:

6.    At all times relevant to this action, the Plaintiff, Ciriaco Pucillo, was an employee of Proma Technologies, Inc. (hereinafter "PROMA"), 24 Forge Park, Franklin, Norfolk County, Commonwealth of Massachusetts.

7.    On April 22, 2002, the Plaintiff was operating an Atlas/Valmet Model CSE 1250R Slitter Rewinder (hereinafter the "PRODUCT") at the PROMA facility in Franklin, Massachusetts.

8.    The PRODUCT is equipped with a control board with a spring loaded wire, or "switch", that controls the speed of the machine.

9.    The control board and switches are provided to PROMA by the Defendant, VALMET.  The switches, including the speed control switch, are set by the Defendant, prior to distribution to PROMA.

10.    At all times relevant to this action, the Defendant, VALMET, was aware of the specific application utilized by PROMA of the control boards and switches.

11.    On April 22, 2002, the Plaintiff, while in the exercise of due care, started the PRODUCT in the jog mode.  Suddenly, as a result of a PRODUCT malfunction, the core sped up to its maximum speed of approximately 3000 feet per minute without warning.  The core torqued and was ejected from the machine.  The Plaintiff was struck in the face by the ejected core.

12.    The Plaintiff's accident was a result of the improper setting of the speed control switch.

## COUNT I - NEGLIGENCE

13.   The Plaintiff repeats, realleges and incorporates by reference Paragraphs 1 through 12 of this Complaint.

14.   The Defendants were negligent and careless with respect to the Plaintiff in the following respects:

   a.   The Defendants negligently failed to furnish and maintain reasonably safe and proper machinery and/or component parts with which the Plaintiff was to perform his assigned tasks;

   b.   The Defendants failed to warn and instruct users of the PRODUCT of the defective character of the component parts, including the control board and switches, and/or the need to replace defectively designed, manufactured, and/or assembled parts within the PRODUCT;

   c.   The Defendants negligently developed, designed, assembled, inspected, tested, packaged, sold and/or distributed the component parts, including the control board and switches;

   d.   The Defendants negligently failed to take reasonable safety precautions to prevent injuries to users of the PRODUCT, including the Plaintiff;

   e.   The Defendants were negligent and careless in such other manners as investigation, discovery and trial shall reveal.

15.   As a direct and proximate result of the Defendants' negligence, the Plaintiff was seriously and permanently injured, suffered great pain of body and mind, and was required to expend monies for medical care and attendance and is still unable to attend to his usual activities.


   WHEREFORE, the Plaintiff, Ciriaco Pucillo, seeks and demands judgment against the Defendants, in an amount deemed just and appropriate by the trier of facts together with interest and costs.

**PLAINTIFF DEMANDS A JURY TRIAL ON ALL COUNTS**

Respectfully submitted,
By his attorney,


Maureen Counihan, Esq.
Greene & Hoffman, P.C.
125 Summer Street, Suite 1410
Boston, MA 02109
(617) 261-0040
BBO# 549098

# ATTACHMENT 2

 **ORIGINAL**

Volume:  I
Pages:  1 - 107
Exhibits:  Per Index

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


C.A. NO.:   03-CV-12359 MLW


------------------------------
CIRIACO PUCILLO,                )
                Plaintiff,      )
                                )
   vs.                          )
                                )
METSO PAPER, INC., and          )
VALMET CONVERTING, INC.,        )
                Defendants.     )
------------------------------



        DEPOSITION OF FRANK H. SERENO, called
as a witness by and on behalf of the Defendant,
Valmet Converting, Inc., pursuant to the applicable
provisions of the Federal Rules of Civil Procedure,
before Donna M. DiCarlo, Registered Professional
Reporter and Notary Public in and for the
Commonwealth of Massachusetts, taken at Proma
Technologies, 24 Forge Park, Franklin,
Massachusetts, on Friday, December 3, 2004,
commencing at 10:02 a.m.




        *   *   *   *   *   *   *   *   *


**TARALLO & TARALLO**
PROFESSIONAL COURT REPORTERS

P.O. BOX 85
AUBURN, MASSACHUSETTS 01501
TEL: (508) 832-0048            FAX: (508) 832-0209

1        A.    President.

2        Q.    And you're representing Proma Technologies

3    here today, correct?

4        A.    Yes.

5        Q.    Is Proma Technologies intending to be

6    represented by counsel at this deposition?

7        A.    Not at this time.  And we reserve the

8    right to make a decision, if that's necessary.

9        Q.    Okay.  Proma Technologies is a metalized

10   paper making company.  Is that what you said?

11       A.    Yes.

12       Q.    So Proma Technologies makes paper; is that

13   correct?

14       A.    No.

15       Q.    A form of paper.  It doesn't make the

16   machinery.  It makes the product itself?

17       A.    We make a product known as metalized

18   paper.

19       Q.    And how long has Proma Technologies been

20   in business?

21       A.    Since January 18, 2000.

22       Q.    Was this company owned by another company

23   prior to January 18, 2000?

24       A.    Yes.

1      Q.    This manufacturing facility?

2      A.    Yes.

3      Q.    Who owned this manufacturing facility

4  prior to January 18, 2000?

5      A.    A Dutch company known as Royal

6  Packaging-Van Leer.

7      Q.    And was Proma Technologies incorporated

8  for the purposes of purchasing either the assets or

9  the shares of Van Leer?

10     A.    Proma Technologies, Inc., the company, we

11  talked about, is the second company.  The assets of

12  Van Leer were purchased by a company known as Proma

13  Technologies Holdings, Inc., which was then

14  morphed -- a nonlegal word -- into Proma

15  Technologies, Inc.  So the acquiring company of the

16  assets of Van Leer was really known as Proma

17  Technologies Holding, Inc.

18     Q.    And the assets of Van Leer were acquired

19  on January 18, 2000?

20     A.    Correct.

21          MS. JOHNSON:  One subsidiary of Van

22  Leer, Van Leer Metalized Products.

23          THE WITNESS:  Correct.

24     Q.    So Proma Technologies, Inc. purchased a

1    portion of the assets of Van Leer?

2         A.    Correct.

3         Q.    Those assets related to the metalized --

4         A.    Those assets resident in 24 Forge Park,

5    Franklin, Mass.

6         Q.    Does Van Leer continue to exist today?

7         A.    Not under that name.

8         Q.    Do you know the name it does exist under?

9         A.    It was acquired by a company known as

10   Huhtaimka.

11        Q.    Do you know how to spell that?

12        A.    Yes.

13        Q.    Could you do that?

14        A.    Sure.  H U H -- I'm doing pretty good -- T

15   A M K I.

16              MS. JOHNSON:  -- A I M K A.

17              THE WITNESS:  She's better than I am.

18        Q.    Was the remainder of Van Leer acquired by

19   Huhtaimka or was Huhtaimka the owner of those

20   assets before they were transferred to you?

21        A.    Yes, they were.  Let's see.  The -- it's

22   interesting.  Huhtaimka, a Finnish company,

23   purchased Royal Packaging-Van Leer, my memory is,

24   October of 1999.  So I guess it's more correct to

1   say that Proma purchased assets from Huhtaimka --

2               MS. JOHNSON:  Huhtaimka-Van Leer it's

3   called.

4               THE WITNESS:  I guess that's correct.

5               MS. COUNIHAN:  I don't have any problem

6   with her answering questions, but shall we swear

7   her in?

8               MR. KELLEHER:  We should probably

9   identify her for the record.

10              (Discussion off the record.)

11

12          NANCY P. JOHNSON, Sworn

13

14              MR. KELLEHER:  Just for the record, to

15  the extent that Mr. Sereno can answer the

16  questions, he should.  But to the extent that we

17  need the assistance of Miss Johnson, we're happy to

18  have her.

19              MS. JOHNSON:  That's the intent.

20  BY MR. KELLEHER:

21      Q.    So Huhtaimka Van Leer sold assets to Proma

22  Technologies Holdings in January of 2000?

23      A.    Correct.

24      Q.    And those assets were the assets in

1  Franklin, Massachusetts?

2      A.    Correct.

3      Q.    Which is the metalized paper production

4  company?

5      A.    Correct.

6      Q.    Do you know how long Huhtaimka-Van Leer

7  had owned the assets that were in Franklin,

8  Massachusetts, prior to the sale to you?

9      A.    My memory is from sometime in October of

10  1999.

11      Q.    So Huhtaimka acquired the assets and

12  within a short period of time sold them to you?

13      A.    Correct.

14      Q.    Prior to Huhtaimka owning the assets, were

15  they owned by the Dutch company Van Leer?

16      A.    Yes.

17      Q.    Is that referred to as Van Leer Metalized

18  Products; do you know?

19      A.    Van Leer Metalized Products was a

20  subsidiary of an operating division of Royal

21  Packaging Van Leer, the Dutch headquartered

22  company, parent.

23      Q.    Proma Technologies Holdings acquired Van

24  Leer Metalized Products?

1    transferred.

2         Q.    In or about 1993, there was a transaction

3    between what then would have been Van Leer

4    Metalized Products in which it acquired a slitter.

5    Are you familiar with that transaction at all?

6         A.    It might be even a little more complicated

7    than that.

8         Q.    Can you tell me what you do know about

9    that transaction?

10        A.    I believe a company known as Van Leer

11   Leasing --

12             MS. JOHNSON:  They actually went

13   through France.

14        A.    Through other operating groups of the

15   parent company, Van Leer, acquired an asset from a

16   company I know as Atlas.  And that may have been --

17             THE WITNESS:  Did it go through France?

18             MS. JOHNSON:  Yes.

19        A.    It may have been a French subsidiary.

20        Q.    A French subsidiary of Van Leer?

21        A.    Yes.

22        Q.    And Atlas is a company in England,

23   correct?

24        A.    At that time, correct.

1    A.    It was intended to slit rolls.

2    Q.    Rolls of particular material?

3    A.    Metalized paper.

4    Q.    And prior to the acquisition of the Atlas

5    Slitter, was there another slitter here or in

6    Framingham?

7    A.    Yes.

8    Q.    Who made the prior slitter?

9    A.    There were two prior slitters.  One was

10   made by a company known as Black Clawson, and

11   another one was made by a company known as Web Co.

12   Q.    Am I correct that 1993 is the year that

13   the Atlas Slitter was purchased?

14   A.    Probably not correct if purchase means the

15   date that the agreement was made to buy.  I would

16   believe that that was agreed to in 1992.

17   Q.    And then start-up was in 1993?

18   A.    Yes.

19   Q.    Was start-up in Framingham or in Franklin?

20   A.    Franklin.

21   Q.    And was the slitter machine purchased new?

22   A.    Yes.

23   Q.    So the slitter machine was purchased new

24   and installed for the first time in Franklin?

1    A.    Yes.

2    Q.    It was not part of the relocation for

3  Framingham?

4    A.    It was never in Framingham.

5    Q.    And it was never anywhere else other than

6  at the manufacturer, to your knowledge?

7    A.    To my knowledge.

8    Q.    Was the purchase of this machine in

9  connection with the creation of another production

10  line or was it used to replace an existing machine?

11    A.    It was part of the original equipment

12  installed in the Franklin facility.

13    Q.    Were either of the two other slitters that

14  Van Leer had prior to the acquisition of the Atlas

15  Slitter relocated to Franklin?

16    A.    Yes.

17    Q.    So upon relocation of the manufacturing

18  facilities from Framingham to Franklin, how many

19  operating lines did you have?

20    A.    Would you repeat that?

21    Q.    Sure.  When Van Leer moved from Framingham

22  to Franklin, how many production lines did you

23  have?

24    A.    That moved?

1    Q.    Yes.    When you opened the Franklin

2    facility, how many production lines were there?

3    A.    Okay.    Five, I think.    Five pieces -- six

4    pieces of manufacturing.

5    Q.    And were they -- were the six pieces all

6    part of one production line or were there --

7    A.    Yeah.

8    Q.    -- or were you manufacturing metalized

9    paper on more than one line?

10    A.    It's a multistep process performed on

11    different pieces of equipment.

12    Q.    Can you just generally describe that

13    process for me?

14    A.    The first step is known as coding.    The

15    second step is known as metalizing.

16    Q.    And is there a coding machine for the

17    coding process and a metalizing machine for the

18    metalizing process?

19    A.    Correct.    And to simplify things, there is

20    a third step known as slitting.    There is also

21    another step that can be inserted between the

22    coding and metalizing known as embossing.

23    Q.    Did you have an embosser here in Franklin?

24    A.    We moved at that time the embossing

1    machine from Framingham to Franklin.

2         Q.   And how many slitters did you move from

3    Framingham to Franklin?

4         A.   Two.

5         Q.   And you acquired the third one new here

6    for Franklin?

7         A.   Correct.

8         Q.   So you had three slitter machines?

9         A.   Correct.

10        Q.   When the Atlas Slitter machine was

11   purchased, do you know whether it was purchased FOB

12   Franklin or FOB in England?

13        A.   My recollection it was purchased FOB

14   Franklin.  Delivery was included as part of the

15   purchase order to the Franklin facility.

16        Q.   And does Proma Technologies today have the

17   sales contract or the purchase order that was used

18   to purchase that machine?

19        A.   I don't know.  And the original documents,

20   I doubt it.

21        Q.   You doubt you have the original documents?

22        A.   Correct.

23        Q.   As opposed to copies of the original

24   documents; do you mean?

1     A.    Correct.

2     Q.    It's not here?

3     A.    My best guess, is it not here.

4     Q.    Do you know what technical materials were

5    delivered with the Atlas Slitter?

6     A.    To what extent?

7     Q.    Reference manuals?

8     A.    Briefly familiar.

9     Q.    Mechanical drawings?

10    A.    I'm familiar with documents that were

11   delivered such as an owner's manual, similar to

12   that you'd get when you buy a new automobile.

13    Q.    Anything else?

14    A.    For documentation?

15    Q.    Yes.  Are you familiar with any other

16   documents?

17    A.    Not that come to mind.

18    Q.    Let me back up again.  You were operations

19   manager from 1991 until when?

20    A.    August of 1993.

21    Q.    And then what position did you have?

22    A.    Business unit manager.

23    Q.    Until when?

24    A.    That was my official Van Leer title until

1    manager of operations?

2        A.    There is now.  It hasn't always been that

3    way.

4        Q.    Can you tell me from the time you've been

5    with Van Leer/Proma Technologies, in the early

6    1990s was there a manager of engineering, for

7    example?

8        A.    No.

9        Q.    How was the engineering group organized?

10        A.    When?

11        Q.    In the early 1990s.

12        A.    Do you want to give me, just so I know,

13    what time frame?

14        Q.    1991 to 1993.

15        A.    Well, while I was operations manager, we

16    had Bill Himmler.  He was our only engineer.

17            MS. JOHNSON:  George Rice.

18            THE WITNESS:  Not until 1991.  Well,

19    let me talk to my colleague here.  When did Rice

20    join us?

21            MS. JOHNSON:  I would have to check,

22    but it was pretty early on.

23            THE WITNESS:  He was not there in 1991.

24            MS. JOHNSON:  I would say '92.

1    A.    We're using our memories here.  We had an
2    electrical engineer arrive into that functionality
3    -- I hired him -- so sometime around 1992 or 1993.
4    Q.    Okay.  The first name again was Bill --
5    A.    Himmler.
6    Q.    H I M L A?
7    A.    H I M M L E R.  And the second name I gave
8    you was George Rice.  And both of those individuals
9    reported to me as operations manager.
10   Q.    And then in addition to that engineering
11   function, was there a separate maintenance
12   function?
13   A.    Yes.
14   Q.    Was there a different group of people
15   involved in the maintenance function during that
16   time period that you were operations manager?
17   A.    Yes.
18   Q.    Did they report to you?
19   A.    Yes.
20   Q.    Do you know approximately how many people
21   there were in maintenance?
22   A.    Yes.  Seven, eight, five.  Somewhere
23   between three and eight.
24   Q.    Was there a head of the maintenance group?

1    A.    Yes.

2    Q.    Do you know who that was?

3    A.    Yes.

4    Q.    Who was it?

5    A.    Paul Langley.

6    Q.    And was he head of maintenance at the time

7    that you joined the company in '91?

8    A.    He was the main man.

9    Q.    For maintenance?

10   A.    Correct.

11   Q.    Was he also the main man for maintenance

12   after you changed to become business manager in

13   1993?

14   A.    Yes.

15   Q.    For how long a period of time was he the

16   main man in maintenance?

17   A.    He continues in that role today.

18   Q.    Tell me, if you would, the difference and

19   function between the engineering group and the

20   maintenance group involving the machinery?

21   A.    Then or now?

22   Q.    During the time period that you were

23   operations manager and business manager, if they're

24   the same.  If they're different, tell me they're

1    Slitter operates?

2        A.    Reasonably.

3        Q.    Are you familiar with the process during

4    your tenure with Van Leer and with Proma

5    Technologies for acquiring spare parts and

6    replacement parts for the Atlas Slitter?

7        A.    Generally.

8        Q.    Who would be the person that would be most

9    knowledgeable in that area?

10       A.    I would guess Paul Langley.

11       Q.    Let me describe for you what I understand

12   the slitter to be and how it functions.  Tell me if

13   I'm right or tell me if someone else should be the

14   witness to answer this.  Okay?

15       A.    You're going to be the witness to answer

16   how the slitter runs?

17       Q.    I'm going to describe to you how I

18   understand it runs, and you're going to tell me if

19   I'm right or you don't know and someone else should

20   be the person who confirms this for me.

21       A.    Okay.

22       Q.    The slitter has an unwind side and a

23   rewind side, correct?  It unwinds the material --

24       A.    If you were to say section, you'd be more

1    correct.

2        Q.    So it has an unwind section?

3        A.    Yes.

4        Q.    A slitter section?

5        A.    That's good.

6        Q.    And a rewind section?

7        A.    That's good.

8        Q.    And the rewind section is capable of

9    rewinding up to five separate rolls; is that

10   correct?

11       A.    It might be more than that.

12       Q.    However many rolls it's capable of

13   rewinding, when the material is rewound, it's put

14   onto cores?

15       A.    Correct.

16       Q.    And that's like a cardboard material?

17       A.    Correct.

18       Q.    And each core is held by two arms; is that

19   correct?

20       A.    Correct.  The slitter we're talking about

21   is the Atlas Slitter?

22       Q.    Yes.  So if the machine were capable of

23   rewinding five cores at a time, it would have ten

24   arms; is that correct?

1     A.    Would you repeat that.

2     Q.    Sure.  If the machine were capable of

3  rewinding five cores at a time, it would have ten

4  arms?

5     A.    Correct.

6     Q.    But at any point in time, you don't have

7  to be rewinding the maximum number of cores; you

8  could be rewinding less than the maximum, correct?

9     A.    Correct.

10    Q.    It could be only one, three or five?

11    A.    Correct.

12    Q.    And each arm that holds the core has a

13  drive; is that correct?

14    A.    Correct.

15    Q.    So at any point in time, there are at

16  least ten drives on the machine?

17    A.    Which may or may not be operating?

18    Q.    Correct.

19    A.    (Witness nods.)

20    Q.    And from time to time, the drives need to

21  be repair or replaced, correct?

22    A.    As required.

23    Q.    Who makes the decision as to when to

24  purchase a new drive?

1    A.    No.

2    Q.    The substance of the letter says that we,

3  assuming it's Proma Technologies, purchase an

4  average of one board per year and keep three in

5  inventory to cover for the time when one is sent

6  for repair regarding -- and this letter is

7  referencing drives for the Atlas Slitter.

8            Do you have any knowledge of the

9  subject matter of this letter?

10    A.    I understand the subject matter of this

11  letter.

12    Q.    You cannot independently verify the

13  information in the letter or confirm it.  You don't

14  know one way or the other?

15    A.    No.

16    Q.    Do you know how many drives were purchased

17  for that machine, the Atlas Slitter machine, since

18  it was acquired in 1993?

19    A.    No.

20    Q.    Do you know who is in charge of keeping

21  records to that effect?

22    A.    I don't believe records have been kept to

23  that effect.

24    Q.    Describe for me, if you would, the

1    process, let's take Van Leer first, Proma

2    Technologies second, from the time of 1993 to the

3    early part of January 2000, what was the

4    record-keeping process for the purchase of spare

5    parts or replacement parts?

6        A.    Purchase requisitions are made out and

7    filed for an amount of time but not forever.

8        Q.    Were the purchase requisitions made out by

9    Van Leer Metalized Products in Franklin,

10    Massachusetts, or were they made out by some other

11    affiliated company?

12        A.    For?

13        Q.    For the time period of 1993 to January of

14    2000 with regard to drives for an Atlas Slitter.

15        A.    Probably both.

16        Q.    Probably some were purchased by a Van Leer

17    affiliated company?

18        A.    Correct.

19        Q.    And some were purchased by the Van Leer

20    company in Franklin?

21        A.    Correct.

22        Q.    And would the process for issuing paper

23    and maintaining those records be different

24    depending on who purchased it?

1      A.    Absolutely.

2      Q.    When Van Leer Metalized Products in

3  Franklin purchased drives, do you know the process

4  the paperwork went through for that purchase?

5      A.    Not in detail.

6      Q.    Do you know where those records are or

7  were maintained?

8      A.    In Paul Langley's office.

9      Q.    Do you know for what period of time they

10 were maintained?

11     A.    No.

12     Q.    When drives were purchased by affiliated

13 companies of Van Leer, do you know if it was the

14 same company each time?

15     A.    No.

16     Q.    It could be a different affiliated company

17 on each occasion?

18     A.    During that period of 1992 to 1993, it

19 could have been done by multiple companies.

20     Q.    How about later in the '90s, '94 '95, '96

21 up to the year 2000, were there still multiple

22 companies involved?

23     A.    I don't believe so.  That activity died

24 away probably by the mid-'90s, '95 and after.

1    licensed electricians.

2        Q.    How many?

3        A.    Three or four.

4        Q.    Let's talk about the time period since it

5    became Proma Technologies.  How many licensed

6    electricians did you have on staff at Proma in

7    January of 2000?  Three or four?

8        A.    It could be more than that because some

9    have come and left.  So the number could be three

10   or four to seven or eight.

11       Q.    At any point in time, is it generally in

12   the area of three or four?

13       A.    Approximately.

14       Q.    And those licensed electricians would have

15   responsibility for the electrical function of the

16   machinery, generally speaking?

17       A.    Generally speaking.

18       Q.    And it's your understanding that it would

19   be that function that would install replacement

20   drives on the Atlas Slitter, correct?

21       A.    Correct.

22       Q.    Do you have records that would show who

23   among those electricians have responsibility for

24   the Atlas Slitter as opposed to any other

1    something in there giving me a reference point to

2    size, it's almost impossible to tell.

3        A.    Sure.  It's about the size of a piece of

4    paper.

5        Q.    And on each of these drives, there is a

6    daughter card; is that correct?

7        A.    Correct.

8        Q.    And approximately how big is the daughter

9    card?

10       A.    One inch by 3 inch, 2 by 4; somewhere

11   around there.

12       Q.    And the daughter cards are on the drives

13   when they're received by Proma or Van Leer?

14       A.    I believe that's correct.

15       Q.    You don't order them separately, correct?

16       A.    No.

17       Q.    And would there ever be an occasion that

18   you would replace the daughter card without

19   replacing the drive or vice versa?

20       A.    I doubt it, but I do not know.

21       Q.    Is that something Paul Langley would be

22   more qualified to answer?

23       A.    Yes.

24       Q.    If at any time I ask you a question that

1    A.    I am sure there was, again, discussions

2    about the performance expectations back and forth

3    between the buying company and the selling company.

4    Q.    It's my understanding that Atlas Valmet

5    would purchase the generic boards from Infranor,

6    make modifications to the boards prior to them

7    being shipped to Proma; is that correct?

8            MR. KELLEHER:   Objection.   He can't

9    know what your understanding is.

10   Q.    Well, you can answer the question.

11   A.    I have no idea what Atlas does when they

12   receive the boards.

13   Q.    Do you have any understanding as to where

14   Atlas got the boards?

15   A.    I believe they got the boards from

16   Infranor.

17   Q.    Do you have any understanding with respect

18   to what changes were made to the boards once they

19   were received by Atlas prior to being sent to

20   Proma?

21   A.    No.

22   Q.    Is it your understanding that something

23   was done to the boards prior to them being sent to

24   Proma?

A.    I have no knowledge as to what was done by Atlas.

Q.    Is there any reason that you couldn't purchase the boards directly from Infranor?

A.    Yes.

Q.    What was that reason?

A.    We were told, when we attempted to purchase the boards directly from Infranor, that they could not sell them to us, we had to buy them directly from Atlas.

Q.    Was that reduced to a writing?

A.    I don't know.  Paul Langley is best to answer that question as that answer was given to him.

Q.    And when did that communication take place?

A.    I don't know exactly.

Q.    From the time that Proma initially purchased the slitter up until the date of Mr. Pucillo's accident, were there any changes with respect to the process by which you would obtain a replacement board?

A.    I don't know of any.  Paul Langley is best to answer that question.

1    information other than what you've given us?

2        A.    I don't believe so.

3        Q.    And one of the other groups that you've

4    indicated that you were a part of was a group that

5    would get the service contracts for the equipment?

6        A.    Would get them?

7        Q.    Would hire or retain or sign service

8    contracts?

9        A.    Depending upon the expense associated with

10   it, I might have to approve them by signature.

11       Q.    Do you know whether any service contract

12   was ever entered into with respect to the Atlas

13   Slitter?

14       A.    I don't know of any but it could exist.

15       Q.    Would that service contract have come

16   through Atlas?

17       A.    Come through or would be given to.

18       Q.    I'm trying to decide exactly who the

19   service contract would be with.

20       A.    If one existed?

21       Q.    If one existed.  Would Atlas have provided

22   service pursuant to a service contract?

23       A.    I don't know that we have, in essence, a

24   service contract.  If something is wrong with the

1  Atlas Slitter, we call for help and we pay for

2  their help.

3          I don't believe we have any ongoing

4  retainer-type relationship with them where we pay

5  them a fee on an ongoing basis.  It's compensation

6  for a specific task performed.

7     Q.    So the services that they would provide

8  are not pursuant to a contract?

9     A.    Well, I don't know if we issue a purchase

10  order and they come and we pay them, if that's a

11  contract or not.

12     Q.    Have you ever looked into getting the

13  drives or boards from anyone other than Infranor or

14  Atlas?

15     A.    I don't believe so.

16     Q.    You indicated that the purchase orders for

17  the replacement parts would be kept for a short

18  period of time and then not kept any longer; is

19  that correct?

20     A.    I indicated that they were kept for an

21  unknown period of time.

22     Q.    Do you know if they're not kept here, are

23  they thrown away or are they just moved to a

24  different facility?

101

1       A.    There is no different facility.  If
2  they're not here, they've been destroyed.

3       Q.    Steve Bagley, is he still employed by
4  Proma?

5       A.    Yes.

6       Q.    What about Tod Drew, can you tell me who
7  he is?

8       A.    He is a process operator that is still
9  employed by Proma but probably isn't here today.

10            THE WITNESS:  Is Todd here today?

11            MS. JOHNSON:  I don't think so.

12      Q.    Who is Alan Petzhold?

13      A.    He's a team leader.  He's a supervisor of
14  the slitting area.

15      Q.    Would he be Mr. Pucillo's supervisor?

16      A.    Yes.

17      Q.    Is he still an employee of Proma?

18      A.    Yes.

19      Q.    What about Jim McDonald?

20      A.    He is no longer an employee of Proma
21  Technologies.

22      Q.    When did Mr. McDonald leave Proma
23  Technologies?

24      A.    Sometime around April 5, 2004.

ATTACHMENT 3

```
 1                                    Volume I
                                      Pages 1 to 70
 2                                    Exhibits (1)

 3              UNITED STATES DISTRICT COURT

 4              DISTRICT OF MASSACHUSETTS

 5    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      CIRIACO PUCILLO,
 6              Plaintiff(s),

 7        v.                          Civil Action
                                      No. 03-CV-12359 MLW
 8    METSO PAPER INC. AND
      VALMET CONVERTING, INC.,
 9              Defendant(s).

10    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11


12        DEPOSITION OF CIRIACO PUCILLO, a witness called

13    by counsel for the Defendants, taken pursuant to the

14    applicable rules, before Diane L. McElwee, Registered

15    Merit Reporter and Notary Public in and for the

16    Commonwealth of Massachusetts, at 19 Wesson Street,

17    Ashland, Massachusetts, on Tuesday, May 3, 2005,

18    commencing at 2:02 PM.

19

20

21

22            _____

23          JAMES GIBBONS & ASSOCIATES
                  617-428-0402
24
```

1    I tend to ask questions quickly.  If I go too fast,

2    tell me to slow down.

3            Fair enough?

4    A    Okay.

5    Q    Could you please tell us your date of birth.

6    A    June 1, 1943.

7    Q    And where were you born?

8    A    Italy.

9    Q    What city or town?

10    A    San Giorgio.

11    Q    When did you move to the U.S.?

12    A    1966.  I don't remember the date.

13    Q    And are you presently employed by a company

14    called Vacumet?

15    A    Yes.

16    Q    And prior to a few weeks ago was the name of

17    that company Proma Technologies?

18    A    Right.

19    Q    And for how long were you employed by Proma

20    Technologies?

21    A    2000.

22    Q    That's because Proma Technologies purchased

23    a company called Van Leer Metallized Products in the

24    year 2000?

# ATTACHMENT 4

1
2

Volume I
Pages 1 to 103
Exhibits 1 to 3

3              UNITED STATES DISTRICT COURT

4                 DISTRICT OF MASSACHUSETTS

5    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
CIRIACO PUCILLO,

6                    Plaintiff(s),

7        v.                        Civil Action
                                   No. 03-CV-12359 MLW

8    METSO PAPER INC. AND
VALMET CONVERTING, INC.,

9                    Defendant(s).

10   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11

12       DEPOSITION OF DAVID G. PEAVEY, a witness called

13   by counsel for the Plaintiff, taken pursuant to the

14   applicable rules, before Diane L. McElwee, Registered

15   Merit Reporter and Notary Public in and for the

16   Commonwealth of Massachusetts, at the Offices of

17   Vacumet, 24 Forge Park, Franklin, Massachusetts, on

18   Tuesday, April 26, 2005, commencing at 10:00 AM.

19

20

21                    _____

22

23              JAMES GIBBONS & ASSOCIATES
                    617-428-0402

24

1      A     Yes.

2      Q     People don't come here to buy their wrapping

3  paper.

4      A     Right, right.

5      Q     The slitting process, that involves the use

6  of a slitter; is that correct?

7      A     Yes.

8      Q     Can you describe the slitting process?

9      A     They take that large roll that comes off of

10  the primer coater, and when they put it on the

11  slitter, whatever the order would call for, they

12  would just set up the machine to slit the rolls

13  whatever size they might be.  They might be three

14  different sizes or two different sizes or whatever it

15  is.  So it's basically taking a roll and making it

16  whatever width the customer wants.

17      Q     Am I correct that Proma had three slitter

18  machines?

19      A     Yes.

20      Q     Is that the same as in 2002?  There were

21  three slitter machines?

22      A     Yes.

23      Q     And do you know who the manufacturers are of

24  the slitter machines?

1    at any time I ask you a question that you don't feel

2    comfortable in answering, just say, That's not my

3    expertise, okay?

4        A    Okay.

5        Q    Can you tell me with respect to that

6    particular machine approximately what the dimensions

7    of the machine are?

8        A    I could take a guess.  It's approximately

9    ten to twelve feet wide and thirty feet long.

10       Q    Can you describe how the machine works?

11       A    Again we take a roll of paper from the

12   primer coater, and it's slit into whatever widths an

13   order will call for.  We have a drive system on the

14   unwind that controls the unwind tension, and we have

15   a winding system that will pull that paper off of the

16   unwind, and there is a section of knives that will

17   make the cuts in the paper to make the proper widths.

18       Q    The roll that you take off the coating

19   process, that's one roll, correct?

20       A    Yes.

21       Q    That is put onto the unwind arms?

22       A    There is an unwind stand, and it's a single

23   roll.  There is not numerous arms.  There is a couple

24   of chucks that come in and grab that core that the

1    roll is wound on, and that's a single roll.

2        Q    That's a single roll?

3        A    Yes.

4        Q    And then the paper is fed through a series

5    of rollers?

6        A    Yes.

7        Q    And then it goes down to the rewind arms?

8        A    Yes.

9        Q    How many rewind arms are there on the Atlas

10   Slitter 1?

11       A    There can be -- I believe there can be as

12   many as six pairs with one of those pairs being just

13   like a scrap winder where you have got some extra

14   paper on the end and, you know, maybe a narrow width,

15   and they wind that up.

16            To be honest with you, I am trying to

17   remember if it's five or six.  I believe it's six.

18   It could be five.

19       Q    And each of those pairs would be considered

20   a winding station; is that correct?

21       A    Yes.

22       Q    And with each winding station it would have

23   two rewind arms with the core in between?

24       A    Yes.

21

1     Q    If at any time I use vocabulary and I am

2     wrong, if you could point that out so I have a

3     clearer understanding.   I want to make sure we are

4     both talking about the same things.

5     A    Okay.

6     Q    The winding stations with the two rewind

7     arms, do each of them also -- does each rewind arm

8     have its own drive?

9     A    Yes.

10    Q    For all six of the pairs, does each rewind

11    arm have a drive?

12    A    No.   Excuse me for talking over you.   No.

13    That winder that I said was like a scrap winder,

14    usually it's one driven arm.   They have one driven

15    arm and one nondriven arm, because you might wind up

16    with something that's only four inches wide.   It's of

17    no use, but it's too big to go up the scrap shoot.

18    So that would only be a single drive.

19    Q    And each of the winding stations, the rewind

20    arms are identified as left and right, correct?

21    A    Yes.

22    Q    So if you were looking at one of the winding

23    stations, you would have the left arm and the right

24    arm, correct?

1     A     Yes.

2     Q     And notwithstanding the scrap drive that's

3     the single driven winding station, the remaining

4     five winding stations would have drives in both arms,

5     correct?

6     A     Yes.

7     Q     And has that been the setup for that machine

8     essentially since it was brought into Proma or Van

9     Leer?

10    A     Yes.

11    Q     Have any significant alterations been made

12    to that machine since it was purchased?

13    A     Not that I know of.

14    Q     In addition to the drives that are in the

15    rewind arms, are there any other drives in the Atlas

16    slitter?

17    A     Yes.

18    Q     What are the other drives?

19    A     The unwind drives and the main rewind drive.

20    Q     Is that in the core?

21    A     No.

22    Q     I am sorry.  In the drum?

23    A     Yes, right.

24    Q     All right.

1              So I didn't mean to cut you off.  Are

2    there any other drives other than the unwind drive

3    and the rewind drive?

4         A    No.

5         Q    And how many drives are there when you

6    called them unwind drives?

7         A    There is two.

8         Q    And where are they located?

9         A    The drives are located in the control

10   cabinets.  The motors are located out at the unwind.

11        Q    Are the unwind drives the same drives that

12   are in the rewind arms?

13        A    No.

14        Q    So you could look at the different drives

15   and know where it went?

16        A    Oh, yes.

17        Q    And what about the rewind drive in the drum,

18   is that different?

19        A    The rewind drive in the drum is the same as

20   the unwind drive.

21        Q    Are they the same manufacturer?

22        A    Yes.

23        Q    Who is the manufacturer of those drives?

24        A    Eurotherm.

1    A    Yes.

2    Q    Are there any other drives that control the

3    rewind arms other than those drives?

4    A    No.

5    Q    Did I confuse you?

6    A    A little bit, only because we do have two

7    types of Infranor drives.

8    Q    Let me ask you can you identify the two

9    types of Infranor drives?

10    A    Right.  We have one that's a speed control

11    drive.

12    Q    And what's the other one?

13    A    The other one is a current control drive.

14    Q    How do you differentiate between the speed

15    control drive and the current control drive?

16    A    The speed control drives there is a pot off

17    of the end of the motor -- not a pot, a tachometer

18    that's off the end of the motor that gives feedback

19    to that drive and that speed card or the speed

20    section of that drive to say how fast it's going.  It

21    uses a tachometer for the feedback.  On the current

22    control drives you are coming back with a current

23    signal, and it knows what it's doing from that

24    current signal.

1    Q    Are those drives two separate drive boards?

2    A    They are the same except for a daughter

3    board that plugs into that card.  They are basically

4    the same.

5    Q    Which one has the daughter card?

6    A    The one that has the daughter card is the

7    current control drive.

8    Q    In the rewind arms, which ones have the

9    speed control drives, and which ones have the current

10   control drives?

11   A    All of the arms have the current control

12   drives.

13   Q    Where are the speed control drives?

14   A    There is a section of the rewind -- let's

15   see if I can describe this.  We have a rewind drive

16   motor that I described that's driven by a Eurotherm

17   drive, and there is a belt, a serpentine belt that

18   runs up through a lot of gears, and then in the

19   middle of that there is an Infranor drive that drives

20   a little -- that drives a motor with a tachometer on

21   it to help change the speed so you can speed match

22   the drums with the product you are running.

23   Q    How many speed control drives does the Atlas

24   Slitter 1 have?

1    A    I can't remember.

2    Q    Are the speed control drives interchangeable

3  with the current control drives?

4    A    No.

5    Q    So if you need to replace a speed control

6  drive, you wouldn't do it with a current control

7  drive, correct?

8    A    No.

9    Q    Do they look alike?

10    A    They look similar, but I know there is a

11  different number on the drive card.

12    Q    And does the speed control drive get changed

13  periodically by you?

14    A    I personally don't ever recall changing one

15  of the drives, but I know as far as the speed control

16  drives I have never changed one.

17    Q    Have you ever changed a current control

18  drive?

19    A    I don't ever recall changing a current

20  control drive.

21    Q    Okay.  Can you describe for me what the

22  current control drives look like?

23    A    It's a printed circuit board that plugs into

24  a back plane.  There is a drive chassis, and on that

1    back plane there is a slot to accept the pins that

2    are etched onto the cards themselves.  All you have

3    to do is unscrew it and pull it out and pop in a new

4    drive or drive from, say, the arm beside it if you

5    wanted to check that to see if you know you had one

6    that's running good.  If you wanted to see if it

7    makes a difference over here, you could just swap

8    them.

9        Q    Have you ever done that?

10       A    I believe so.

11       Q    Can you describe for me the physical

12   appearance though of the drive as far as, you know,

13   what are the dimensions of it?

14       A    Probably I am going to say 12 to 15 inches

15   long and maybe 12 inches high and with the face plate

16   on it it's probably three inches wide.

17       Q    Approximately how much do they weigh?

18       A    Maybe five pounds, maybe three pounds.

19       Q    It doesn't require two people to change

20   them, correct?

21       A    No.

22       Q    Who does the ordering of the drive boards?

23       A    Would be Paul Langley.

24       Q    How is that information or the need to order

1    Q    Do you know whether that card is known as
2    the armature voltage feedback?
3    A    Yes.  I guess I misspoke.  When I think of
4    current, since current -- voltage is sort of together
5    in my mind.  When I say current control, armature
6    voltage feedback would be the proper term for that.
7    Q    Is the armature voltage feedback the drive
8    or the daughter card?
9    A    That card accomplishes that function of
10   changing that voltage into something that card can
11   interpret to drive that motor at the right speed or
12   apply the right current and voltage to that card -- I
13   mean to the drive motor itself to get the speed you
14   need.
15   Q    Are these cards the cards that have the
16   speed switches on them?
17   A    There are switches on them.
18   Q    Can you describe the appearance of the
19   switches?
20   A    Yes.  They are just a little piece of metal
21   wire that comes up, and there is a hook.  It looks
22   like a candy cane.  You basically can take the wire
23   that comes up out of the board and hook it -- you can
24   either leave it hooked to nothing, or you can hook it

1    underneath that little candy cane type hook of the

2    other part of the switch.

3        Q    Are there any warning labels on the machine?

4        A    In terms of, you know, Danger, high voltage,

5    something like that?  Yes.

6        Q    I am going to start with the machine as far

7    as what warning labels might be on the machine or

8    instructions to the users of the machine.  Sometimes

9    machines have written instructions and labels on

10    them, and sometimes they don't.

11            My question is to the best of your

12    memory does that particular machine have any warning

13    labels or instructions?

14        A    There were high voltage labels.  As far as

15    instructions, I would have to go out and look at it.

16        Q    Are there any warning labels or instructions

17    on the drive boards?

18        A    Not that I know of.

19        Q    Have you ever seen the drive boards when

20    they arrive at the Proma facility?

21        A    I can't recall if I have seen them as they

22    have come into Paul's office.  I am trying to think

23    back.  It's possible, you know, I have looked at them

24    as they are in the bubble wrap on the floor.  I guess

1    regarding the removal of the drives?

2        A    No.

3        Q    Did you receive any training with respect to

4    the repair of the drives?

5        A    No.

6        Q    How do you know from an electrician's point

7    of view when a drive needs to be replaced?

8        A    I would say in my experience, especially

9    early on, which is when I spent more time there than

10   I did after, say, 1996, during the very early years,

11   I don't believe we had any problems with the drives.

12   Now after that I would say, if you had a problem with

13   the arms, one of the things you might do is take a

14   board from an arm that you know is working and put it

15   in the slot for the arm that isn't working and see if

16   that makes a difference.

17       Q    Can you just explain to me how it's

18   communicated to the electricians that there is a

19   problem with the arms?

20       A    The operator would call an electrician.

21       Q    And then the electrician would go in and see

22   if you or whatever electrician, whoever it might be,

23   could fix the problem?

24       A    Yes.

1    A    Preventive maintenance and repairs when the

2    machine is broken down.

3    Q    So the responsibility for the repairs of the

4    machine falls within the maintenance department?

5    A    Yes.

6    Q    You are not in the maintenance department?

7    A    I am.

8    Q    Can you tell me about your involvement with

9    the repair of the Atlas Slitter 1?

10    A    In the early years, where we had fewer

11    people, I was involved with it quite a bit.  In 1996

12    I spent most of my time at the metallizing machine,

13    because that was always our bottleneck, and I usually

14    went to the equipment that was the biggest problem or

15    the bottleneck at the time.  Usually the Atlas wasn't

16    the bottleneck of the factory.  So I spent -- it

17    seemed like I spent less and less time at the Atlas.

18    Q    When you were at the Atlas, what type of

19    repairs did you do on the Atlas?

20    A    It could be anything.  My involvement,

21    especially in terms of the arms, would be trying to

22    calibrate either I or P transducers on the load cells

23    because that was always a big problem.

24    Q    Can you say that slower, calibrate the --

1    another entity other than Atlas or Valmet?

2         A    No.

3         Q    Other than for service calls, were Atlas or

4    Valmet people ever brought up just for a regular

5    maintenance check?

6         A    No.

7         Q    So Atlas or Valmet technicians didn't do any

8    routine inspections of the machine?

9         A    No.    That letter that Harold had written up

10   about John Brooks' visit in 2000, there were

11   issues -- again this is a vague memory.    There were

12   issues that we were trying to deal with.    He had come

13   up and made these suggestions that you see there on

14   Harold's write-up that we took care of.    I don't know

15   if you would consider that just a regular visit to

16   try to sort out some problems.

17              I don't know if there was, you know, a

18   specific -- a big problem like we had with the unwind

19   situation and then with the rewind situation that you

20   would say he came up just to deal with this.    In that

21   case I know he came up to look at more than one

22   thing.

23        Q    In that case would you consider that a

24   routine inspection?

1    Converting.  I just have a few questions for you.

2            You testified this morning that you

3    have never personally changed an Infranor drive with

4    a new drive, correct?

5        A    Right.

6        Q    But you have on occasion swapped out an

7    Infranor drive from one arm with an Infranor drive

8    from another arm?

9        A    Right.

10       Q    How many times have you done that?

11       A    I believe I have done that once.

12       Q    And is the purpose of that procedure to

13   determine whether or not the Infranor drive that's at

14   issue, the one being swapped out, is malfunctioning

15   in some way?

16       A    Right.

17       Q    By putting in a drive that you believe is

18   working correctly?

19       A    Yes.

20       Q    I believe you testified that, for example,

21   you could take a drive out of Arm 2L if you think

22   it's malfunctioning, and you would take one from 4L

23   if you thought it was functioning correctly.  You put

24   4L into 2L, put the malfunctioning 2L in 4L, and see

1    if 2L works; is that correct?

2        A    That's correct.

3        Q    Then you need to take the 2L, which is now

4    in 4L, to inventory and replace it, or if there is

5    nothing in inventory, you make a note or tell someone

6    you did that?

7        A    If I understand you correctly, if the

8    problem stayed with the card -- let's say we took the

9    card out of 4L and put it in 2L, and the problem that

10   we were having with 2L went away.  Then we would say,

11   Okay, this is a bad card.

12            We would either leave that in the rack,

13   because we don't expect to use that right away, but I

14   would say for the most part it would just be pulled

15   out and given to Paul to be sent out to be repaired.

16   I think there usually was -- so far as I know, there

17   usually was cards to replace it with.

18       Q    And was there a record maintained of the

19   fact that the drive card that had been in 4L was now

20   in 2L?

21       A    No.

22       Q    My understanding is there is a record kept

23   of certain maintenance procedures at Proma

24   Technologies that are referred to as maintenance

1   notebook?

2        A    No.

3        Q    Are you familiar, Mr. Peavey, with

4   electrical schematics for this machine?

5        A    I am.  I have looked at them many times.

6   It's certainly not something I would know offhand.  I

7   can look at them and understand them.

8        Q    Okay.  You said you looked at them many

9   times.  What would cause you to look at the

10  schematics for this machine?

11       A    Like I had said earlier, especially during

12  our early years here, we had very few people, and I

13  spent a lot of time at every machine.  Of course

14  during the start-up of a machine is when you have a

15  lot of problems.  So during those early years of,

16  say, '93, '94, and '95, there was always reasons to

17  go and look at the prints.

18       Q    What do the schematic prints tell you?

19       A    The electrical diagrams would tell you where

20  something is fed from, what's controlling something,

21  you know, what something is interlocked with.  If

22  somebody says the unwind carriage won't come in, you

23  would find out what's interlocked with the unwind

24  carriage.  For example, it would just depend on what

1    A    Yes.  It's not in complete detail, but it

2    gives you some of the details of that board.

3    Q    If you look at page 158, can you tell me

4    what that is?

5    A    This is --

6    Q    It's entitled, Infranor Armature Feedback

7    Board OS13, correct?

8    A    Yes.

9    Q    Can you tell us what that is?

10   A    This is the amplifier section of that board.

11   Q    Earlier today when you talked to us about

12   tachometer feedback and armature feedback devices,

13   correct?

14   A    Correct.

15   Q    Is there a depiction of the armature

16   feedback?

17   A    Yes.

18   Q    That is associated with a current signal

19   systems?

20   A    Yes.

21   Q    And this is in essence a depiction of the

22   daughter board; is that right?

23   A    I can't be a hundred percent sure.  I would

24   have to look at the daughter board, and I might have

1    a better idea.  It could be.

2        Q    You don't know?

3        A    I am not a hundred percent sure, no.

4        Q    Let me show you on page 158 there is a

5    circle around the number 2, what appears to be pen

6    and a line to a note on the bottom left-hand corner

7    of the page.

8        A    Yes.

9        Q    Can you tell me what that note stands for on

10   the bottom left-hand corner of the page?

11       A    It says, Set S-1 to Position 1 for M55.

12       Q    Do you know what S-1 stands for?

13       A    S-1 would be switch one on this board

14   (indicating).

15       Q    It says, Set S-1 to Position 2, M59, right?

16       A    Yes.

17       Q    So this particular aspect of page 158 has

18   the note explaining which position the switch should

19   be in?

20       A    Yes.  For this application it says that,

21   yes.

22       Q    Do you know who put the circle around the

23   number 2 and the line down to the note on the bottom

24   left-hand corner?

ATTACHMENT 5

**ORIGINAL**

Volume:  I
Pages:  1 - 88
Exhibits:  Per Index

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.:  03-CV-12359 MLW

-----------------------------

CIRIACO PUCILLO,
          Plaintiff,    )
                        )
  vs.                  )
                        )
METSO PAPER, INC., and     )
VALMET CONVERTING, INC.,  )
          Defendants.  )

-----------------------------

DEPOSITION OF ROBERT PAUL LANGLEY,
called as a witness by and on behalf of the
Defendant, Valmet Converting, Inc., pursuant to the
applicable provisions of the Federal Rules of Civil
Procedure, before Donna M. DiCarlo, Registered
Professional Reporter and Notary Public in and for
the Commonwealth of Massachusetts, taken at Proma
Technologies, 24 Forge Park, Franklin,
Massachusetts, on Friday, December 3, 2004,
commencing at 1:03 p.m.

\*  \*  \*  \*  \*  \*  \*  \*  \*

**TARALLO & TARALLO**
PROFESSIONAL COURT REPORTERS

P.O. BOX 85
AUBURN, MASSACHUSETTS 01501
TEL: (508) 832-0048        FAX: (508) 832-0209

1      Q.    I'm sorry.  Did you say the maintenance

2  group would do that?

3      A.    The maintenance group would do

4  preventative maintenance and general repairs.  The

5  engineering group would oversee any upgrades or

6  anything like that to the machine.  And they were

7  involved with the original installation, too.

8      Q.    Can you tell us whether or not the machine

9  has had any upgrades since 1993?

10     A.    I know it has but I'm not -- you know, I

11  couldn't tell you technically what they were.

12     Q.    That would be the engineering function?

13     A.    Right.

14     Q.    Do you know approximately how many

15  upgrades it's had?

16     A.    No.  I couldn't put a number on it.

17     Q.    Let's talk about the areas that did come

18  under maintenance, then.  Let's talk about

19  preventative maintenance for a few minutes.  Is

20  there a checklist or a protocol that you follow for

21  the preventative maintenance of the Atlas Slitter?

22     A.    Yes.

23     Q.    Is it written out somewhere?

24     A.    Yes.

1       A.    When we have a problem with it.

2       Q.    What would be the manifestation of a

3   problem?  What would the signs be that you have a

4   problem?

5       A.    The machine doesn't operate properly.

6       Q.    If a drive is malfunctioning, is that

7   malfunction limited to the arm on the core on the

8   rewind side?

9       A.    I couldn't answer that.  You'd have to ask

10  one of the technicians.  You know, there are

11  numerous electrical problems you have on a machine.

12  So to be specific, I couldn't be specific.

13      Q.    Does your maintenance department perform

14  repairs to the drives on occasion?

15      A.    To the drives?

16      Q.    Yes.

17      A.    Aside from replacing the complete drive?

18      Q.    We'll take them separately.  On occasion

19  does your maintenance department remove and replace

20  a drive?

21      A.    Yes.

22      Q.    On occasion does your maintenance

23  department remove and repair a drive?

24      A.    No.

1    Q.    On occasion does the maintenance

2    department remove a drive for the purposes of

3    inspection and then put it back?

4    A.    No.

5    Q.    So --

6    A.    Well, if you're having a problem with it

7    -- no.  They wouldn't, no.

8    Q.    If you thought you were having a problem

9    with the drive, would you take it out to look at

10    it?

11    A.    They just swap it out and put another one

12    in.

13    Q.    So the only reason that anyone touches

14    these drives is to replace them; is that right?

15    A.    I guess there might be diagnostics on

16    these drives that they can check.  I know there's

17    key pads where they can check, and a drive will

18    tell them if there is a problem.  But I'm not

19    really, you know, enough technically inclined to

20    answer any real specific stuff.

21    Q.    Who would be the person who would more

22    often than not do that type of work for the Atlas

23    Slitter?

24    A.    One of the electronic technicians.

1    Q.    And would that person's name change over

2    the years from time to time or was there more than

3    one person?

4    A.    No.    There's more than one person.    Well,

5    we had five electricians.    I got four now, or three

6    now.

7    Q.    Now being in 2004, right?

8    A.    Yes.

9    Q.    So between 1993 and 2004, is there a

10    turnover among electricians?

11    A.    Oh, yeah.    We've let go of, what, three or

12    -- three maybe, three or four.    There has been a

13    turnover.

14            MS. JOHNSON:    Two.

15            THE WITNESS:    No.    I think it's more

16    than that.

17    Q.    Are there records that would show when

18    diagnostics were performed on the drives?

19    A.    We have a call-in list, I believe, that we

20    keep when there is a problem on the machine.

21    They'll write down what the problem is and they'll

22    identify who the person is and what he did on the

23    machine.

24    Q.    And how far back does that record go; do

1      Q.    They do not say, for example, I looked at

2    Drive No. 1 or Drive A and it looked fine.  They

3    just say tighten loose bolts?

4      A.    Right.

5      Q.    Or check for loose wires?

6      A.    Yes.

7      Q.    Make sure the power is off?

8      A.    Right.

9      Q.    There's a checklist?

10     A.    Yes.

11     Q.    This machine was delivered to Franklin in

12   1993, the Atlas Slitter, correct?

13     A.    I thought it was '92; late '92, '93.

14     Q.    Do you know how many drives were delivered

15   with the machine?

16     A.    No.

17     Q.    Do you know if there were spares that were

18   delivered with the machine?

19     A.    I don't believe they were because I

20   ordered all of the spares after the machine was

21   installed.

22     Q.    And for spare drives, are you the person

23   who does the ordering?

24     A.    Yes.

1    Q.    Do you keep a record of each drive that

2    you order?

3    A.    I keep a record until I buy another

4    similar drive.

5    Q.    So, for example, you said you know there

6    were no spares delivered with the machine.  So one

7    of the first things you did is you bought spares?

8    A.    Correct.

9    Q.    Do you know how many you purchased?

10    A.    No.  It was a huge list.  I'd have to go

11    back and check it.

12    Q.    Do you have documentation that would show

13    you what you bought for spares and when you bought

14    them?

15    A.    Yes.

16    Q.    Is that documentation in your office?

17    A.    Yes.

18    Q.    What other documentation exists with

19    regard to the Atlas Slitter?  Do you have, for

20    example, mechanical drawings that show you how the

21    machine frame is laid out and --

22    A.    Some.

23    Q.    Were they delivered with the machine?

24    A.    No.

1       Q.    Did you acquire them afterwards or did you

2    create your own?

3       A.    Required them with great difficulty.

4       Q.    When did you acquire them, years later or

5    shortly after?

6       A.    I still haven't got a complete set of

7    mechanical drawings from Atlas.

8       Q.    Do you have drawings or schematics for the

9    pneumatic system and the hydraulic system?

10      A.    Yes.

11      Q.    Are those in your office?

12      A.    Yes.

13      Q.    And they were provided at or about the

14   time the machine was provided?

15      A.    Yes.

16      Q.    How about the electrical, do you have

17   schematics for the electrical?

18      A.    Yes.

19      Q.    And they were provided at or about the

20   time the machine was provided?

21      A.    Yes.

22      Q.    Who has access to those reference

23   materials, the schematics and the drawings?

24      A.    The electrical group, electrical

26

1    technicians and the engineering.

2        Q.    And the electrical technician is the

3    person we talked about earlier who would check the

4    drives and replace the drives?

5        A.    Correct.

6        Q.    Do you have an understanding of about

7    approximately how many drives have been purchased

8    by the Van Leer and Proma Technologies entities

9    since 1993 or 1992 when the machine came in?

10       A.    I couldn't give you a specific number, no.

11       Q.    Let me show you a document that we've

12   marked earlier today.  Let me show you one that's

13   not marked and I'll find you the one that's marked

14   later.

15            MR. KELLEHER:  Let's go off the record

16   for a minute.

17            (Discussion off the record.)

18       Q.    Let me show you what's been marked

19   previously as Exhibit No. 2.  You can read the

20   entire document.  I'm going to ask you with

21   particular reference to Page 2 and the reference to

22   the number of drives to Page 2.

23            But take a moment, read the whole

24   document, and tell me when you're ready.

27

1       A.    (Witness complies.)

2       Q.    You have had a chance to look at Exhibit

3  No. 2?

4       A.    Yes.

5       Q.    Let me direct your attention to the first

6  paragraph on Page 2 which is part of that letter to

7  John Orlowski.  It says, We do not keep explicit

8  records of when the boards are changed at the Atlas

9  slitting machine.  Let's take that sentence first.

10  Is that sentence correct based on your

11  understanding of the procedures?

12      A.    Yes.

13      Q.    So there is no record either -- neither

14  that call-in list that we talked about earlier nor

15  the preventative maintenance list that would

16  explicitly show when drives were taken out and when

17  drives were put in comprehensively?

18      A.    There probably is -- I'm sure that there

19  is something in there that says when they change

20  some of the drives out, but not all of them.

21      Q.    So that call-in list that we talked about

22  before, if somebody was called in at night for a

23  problem and they changed a drive, that sheet would

24  show us?

1    A.    Yes.

2    Q.    But it wouldn't necessarily show us every

3    time a drive change was made?

4    A.    That's correct.

5    Q.    So it would be a subset of the overall

6    number of times a drive was changed?

7    A.    Yes.

8    Q.    The next sentence says, We purchased an

9    average of one board per year and kept three in

10    inventory to cover for the times when one is sent

11    for repair.

12         That one board per year, is that your

13    estimate of how often boards were purchased?

14    A.    I believe it was.

15    Q.    And this says three in inventory?

16    A.    Actually, it's two.  We might have had

17    three at the time that the letter was written.

18    Q.    So over the course of time, there might be

19    a different number of drives on the shelf waiting

20    and available?

21    A.    Correct.

22    Q.    And so when you said earlier you bought

23    some spares early on after the machine was first

24    installed to have those spares, you drew down from

29

1    that stockpile to put them in the machine; is that

2    right?

3        A.    Right.

4        Q.    So it's not like you've always had a set

5    number of spares available in storage?

6              Here is what I'm trying to figure out.

7    I'm trying to figure out if the machine has been

8    here now ten years or more and there is two or

9    three in storage, does that mean you bought ten or

10   twelve of them over the course of ten years,

11   roughly?

12       A.    Roughly.  I couldn't -- I really --

13       Q.    You don't know.  You can surmise and guess

14   as much as I can from the document.

15       A.    Yes.

16       Q.    But there is no records that would show us

17   when they were purchased --

18       A.    I have some but not all.

19       Q.    And the ones that you have are in your

20   office?

21       A.    Yes.

22       Q.    What type of documentation is that?

23       A.    It's a purchase requisition.

24       Q.    And I'll tell you that several months ago,

1        A.    No.

2        Q.    So from '93 until now or '92 until now

3    when the machine was first put it in, it's the same

4    basic procedure?

5        A.    Correct.

6        Q.    When a drive comes in the door, does it

7    come by UPS?

8        A.    Normally.

9        Q.    It comes in a box?

10       A.    Yes.

11       Q.    Are they individually boxed or do they

12   come amongst other things in a box?

13       A.    Usually individually.

14       Q.    What do you do with them when you get

15   them?

16       A.    Take them out of the box and put them in

17   storage.

18       Q.    When you say in storage, is there a

19   particular room you keep them in?

20       A.    Yes.

21       Q.    So there is a store room?

22       A.    It's storage cabinets in the Atlas area.

23       Q.    And are these cabinets also padlocked?

24       A.    Yes.

1    Q.    So these are not the same electrical
2    cabinets for the drives that are running?
3    A.    That's correct.
4    Q.    These are just storage cabinets?
5    A.    That's correct.
6    Q.    And you said you take them out of the box
7    and you put them on a shelf?
8    A.    Yes.
9    Q.    Do you make an inspection of the drive at
10   the time you unpack it?
11   A.    No.
12   Q.    Do you make any determination at the time
13   that the drive is received and unpackaged as to
14   what position the various switches are in?
15   A.    No.
16   Q.    And when you put it on the shelf in the
17   storage cabinet, I assume there is usually other
18   drives on the shelf?
19   A.    Yes.
20   Q.    You just put it on top of the one in front
21   of it, the one that was there before.  Do you cycle
22   them in some way?
23   A.    No.  They just go on the same shelf.  You
24   know, there are a number of shelves, and you put

1    them in a certain location so the technicians can

2    find them when they're looking for them.

3        Q.    Do you record the serial number when it

4    comes in?

5        A.    It's usually on the POs.  But like I said,

6    if I don't keep the past records, we don't have any

7    record of when they were repaired or anything like

8    that.

9        Q.    So when you take them off of the cabinet

10   shelf to put them in the machine, you don't make a

11   record of which particular drive you're taking off

12   the shelf?

13       A.    No.

14       Q.    Are they just stacked on top of each other

15   on the shelf?

16       A.    Yes.

17       Q.    And when there's a problem with the

18   machine that you believe involves a drive, do you

19   need to replace more than one drive at a time or do

20   you only replace one drive?

21       A.    To my knowledge, it's usually only one

22   drive at a time or one board at a time.

23       Q.    When you're saying board, are you talking

24   about the daughter board?

34

1    A.    No.  I'm talking about the drive.  What I

2  consider a drive is a drive board.  I really can't

3  get technical with you.

4    Q.    But it's a computerized board?

5    A.    It's a printed circuit board.

6    Q.    There's circuits and switches and things

7  on them?

8    A.    Exactly.

9    Q.    Do you know whether the daughter board

10  that's on the circuit board for the drive is

11  removable?

12    A.    I believe it is.

13    Q.    Do you order daughter boards separate from

14  the drive board?

15    A.    We have in the past, yes.

16    Q.    And then when you order the daughter board

17  separate from the drive board, who attaches the

18  daughter board to the drive board?

19    A.    The technician, I believe.

20    Q.    Your technician?

21    A.    Yes.

22    Q.    From Proma?

23    A.    Yes.

24        MS. COUNIHAN:  Can I interrupt?  Just

37

1    technician who has done this for the past ten

2    years?

3         A.    Correct.

4         Q.    But we can get information from whoever

5    does it today?

6         A.    Right.

7         Q.    When Proma Technologies or Van Leer

8    replaces the daughter board as opposed to the

9    drive, is there a different set of records

10   maintained?

11        A.    I don't believe so.

12        Q.    And I think just to go back, I think you

13   told us there are records of who did what work --

14   what work was done and who did it in terms of that

15   call-in sheet?

16        A.    Correct.

17        Q.    And those are in your office?

18        A.    Yes.

19        Q.    And that will give us some information but

20   not the complete picture?

21        A.    That's correct.

22        Q.    And you said that there was some

23   documentation in your office with regard to spares?

24        A.    The purchase of spares and the repair of

1   things.

2        Q.    Is that, again, a subset?  Is that still

3   -- it's not all of the documentation for ten years

4   but it's a piece?

5        A.    Yes.

6        Q.    And then third there is the purchase

7   requisitions that you've already produced?

8        A.    Right.

9        Q.    Is there any way for you or anyone at

10  Proma Technologies to tell us which drive on the

11  slitter was replaced when over the course of the

12  last ten years?

13       A.    You mean every single drive that was

14  replaced?

15       Q.    Right.

16       A.    I wouldn't think so.

17       Q.    Is it fair to conclude for the number of

18  drives that you've replaced that all of the drives

19  in this machine have been replaced over the course

20  of ten years?

21       A.    I couldn't say.

22       Q.    Could you tell us roughly how long a drive

23  lasts?

24       A.    No.

1      Q.    There's different times?

2      A.    Because there are different types of

3  drives on the machine.

4      Q.    Okay.  Well, let's talk only about the

5  Infranor drives that run the rewind arms and limit

6  our discussion to those drives.  Is there any

7  information at Proma that would tell us when the

8  Infranor drives that run the rewind arms were

9  replaced over the course of the last ten years?

10     A.    Not a complete history, no.

11     Q.    How long does one of those Infranor drives

12  last?

13     A.    I couldn't give you a specific time.

14     Q.    But it was your testimony earlier you

15  thought maybe you bought a drive once a year?

16     A.    Yes.

17     Q.    Plus the spares you bought originally?

18     A.    Yes.  You know, one might last months or

19  years.  I'm sure that there is drives in there that

20  haven't been changed yet.  You know, components

21  fail, you have to change them out.

22     Q.    Are certain drives used for different

23  functions?

24     A.    I couldn't answer that.

40

1    Q.    I think I took a separate pathway.  We

2    were talking about the drives that came in.

3    They're in the cabinet.  When you have a problem

4    with the drive in the machine, you take one out of

5    the cabinet?

6    A.    Correct.

7    Q.    When you order a new one, it goes into the

8    cabinet as a replacement for the one you took out?

9    A.    Or we send the one that we took out to be

10   repaired and then that goes back into the back of

11   the cabinet.

12   Q.    So there is no system as to -- you put it

13   back in which cabinet?

14   A.    The same place the other one came from.

15   Q.    Into the machine cabinet?

16   A.    Into the storage cabinet.

17   Q.    So there is a little system.  There's

18   drives in the machine, there's spare ones in the

19   cabinet?

20   A.    Correct.

21   Q.    And when you take one out of the machine

22   and you either throw it away or you send it out for

23   repairs, the new one comes from --

24   A.    The storage cabinet.

1    Q.    The storage cabinet.  And when you buy a

2  new one from someone else, it goes into the storage

3  cabinet?

4    A.    Or the one that when it comes back from

5  repair goes into the storage cabinet.

6    Q.    Right.  Or the repaired one goes into the

7  storage cabinet?

8    A.    Yes.

9    Q.    So there is a cycle?

10    A.    Yes.  Because they're very expensive.  You

11  don't want to throw them away.

12    Q.    How much do they cost?

13    A.    You know, it depends.  There's different

14  drives in the machine.  You know, it depends on

15  what type of drive it was.  You know, they're

16  thousands of dollars.

17    Q.    I suspect they were cheaper in '93 than

18  they are now?

19    A.    They always are.  Everything has gone up.

20    Q.    And I believe you told me that there is no

21  inspection procedure or inspection protocol for the

22  drives when they're unpacked, correct?

23    A.    That's -- well, there will be now after

24  the accident.

1    Q.    But prior to --

2    A.    Prior to the accident, no.

3    Q.    From 1993 until 2002 there was not?

4    A.    Correct.

5    Q.    And is there or was there -- let's keep

6    our reference to make it easier from the time the

7    machine was installed until Mr. Pucillo's

8    accident -- was there a procedure or a protocol for

9    inspecting the drives at the time they were

10   installed in the machine to make sure the switches

11   were in the right location?

12   A.    There wasn't any procedure in place.  The

13   drives, they just come in and they're all bubble

14   wrapped to protect them, and I don't even open the

15   bubble wrap.  I just take the board wrapped in the

16   bubble wrap to protect it out of the package and I

17   put it back on the shelf.  And when the technician

18   needs one, he goes and it's written on the bubble

19   wrap what it is and he'll take the one he needs and

20   reinstall it in the machine.

21   Q.    We talked a short while ago about the

22   electrical schematics that are in your office.  Are

23   they documents that you have the technical

24   background to read?

A.    No.

Q.    So if I asked you what was in them --

A.    I wouldn't have a clue.

Q.    Is that information that the technicians would be able to read?

A.    I would imagine, yes.  I would hope so.

Q.    Is there a portion of the schematics that relate to the drives?

A.    I wouldn't know that.  I really can't answer that.

Q.    Have you observed an Infranor drive being replaced or repaired?

A.    Yes.

Q.    Is it a big process?

A.    Well, it varies.  You're talking specifically about the Infranor?

Q.    Yes.

A.    I guess its maybe takes them an hour to change them, something like that.

Q.    And when the technician is taking the old one out and putting the new one in, is he using the schematics or the manuals that you have in your office?

A.    I wouldn't know -- I'm not sure.

1    Q.    Is there a procedure in place that says

2  when you replace the drive, before you put the new

3  one in, compare it to the schematics or compare it

4  to the manuals or do anything?

5    A.    I don't believe there was a procedure in

6  place.

7    Q.    I'm going to test your memory.  Something

8  you look forward to doing, I'm sure.

9            Let me show you a document we marked

10  earlier today.  It's called Exhibit No. 3.  It's a

11  memorandum from George Rice, June 10, 1996.  Take a

12  minute or two and read through that, and I'm going

13  to ask you a few questions about it.

14    A.    (Witness complies.)

15            MR. KELLEHER:  Why don't we go off the

16  record while he reads.

17            (Discussion off the record.)

18    Q.    Mr. Langley, I've shown you what was

19  marked as Exhibit No. 3.  You've had a chance to

20  look at it.  I know from testimony earlier today

21  that Mr. Rice was not in maintenance but he was in

22  engineering.

23    A.    That's correct.

24    Q.    Do you remember Mr. Rice?

1    drives?

2        A.    Yes.

3        Q.    Are you familiar with the model numbers?

4        A.    Only I know where they are on the boards,

5    yeah.

6        Q.    Each of the boards has a model number

7    stamped on it?

8        A.    That's correct.

9        Q.    And does it also have a serial number?

10       A.    Yes.

11       Q.    And the model number would remain constant

12   from purchase to purchase, whereas the serial

13   number would change?

14       A.    Yes.

15       Q.    And no records are kept of the serial

16   numbers, correct?

17       A.    No.

18       Q.    And if I were to show you a purchase

19   requisition, you couldn't tell me where that

20   particular board went, correct?

21       A.    No, I couldn't.

22       Q.    What are the different purposes of the

23   different types of boards?

24       A.    I couldn't answer that.

1    purchase requisition for a repair to an Infranor

2    board.  The next one is PT 2006.  It's the same

3    thing.  It's a requisition for a repair to an

4    Infranor board.  And then PT 2007 is PO for a

5    service call to troubleshoot the drive system.  And

6    then the next, PT 2008, is the Valmet invoice for

7    that purchase order.  And the last one, PT 2009, is

8    a purchase requisition for a repair to an Infranor

9    drive board.  That's it.

10              MS. COUNIHAN:  Okay.  Can we mark that,

11   please.

12              (Langley Exhibit No. 2 marked and

13              offered for identification.)

14   Q.   With respect to this exhibit, Langley No.

15   2, page -- well, I won't tell you the pages.  I'd

16   rather you went through this and show me.

17              When you were discussing or identifying

18   these documents for the record, you indicated that

19   some of these are for invoices for repairs to an

20   Infranor board; is that correct?

21   A.   Yes.

22   Q.   And when you were talking about replacing

23   the Infranor boards and you said approximately one

24   a year, as I believe is what you said, are you

1    including with that figure the ones that are

2    repaired and returned to Proma or are these

3    specific to new purchases?

4        A.    I would -- no.  It would be the repaired

5    ones also.

6        Q.    Because if I understood your testimony

7    earlier, your supplier, your inventory here

8    consists of both new boards as well as repaired and

9    returned boards, correct?

10       A.    That's correct.

11       Q.    So when you take a board out, if it needs

12   to be repaired, you would take one off the shelf

13   from storage; and when that one came back repaired,

14   then you would replace it in the storage

15   compartment, correct?

16       A.    Correct.

17       Q.    And if it couldn't be repaired, is that

18   when you would purchase a new one?

19       A.    Yes.

20       Q.    So your inventory consists of both

21   repaired and new?

22       A.    Yes.

23       Q.    And these purchase requisitions, these are

24   the documents that you provided in response to the

1          A. No.

2          Q. What are those switches?

3          A. The switch on the daughter board?

4          Q. Correct.

5          A. The switch on the daughter board selects

6     whether you are tachometer feedback or armature

7     feedback for speed detection.

8          Q. And that's armature voltage feedback?

9          A. Armature voltage feedback.

10          Q. What is the difference between

11     tachometer feedback and armature --

12          A. A tachometer is an electronic device

13     that is physically attached to the motor so that

14     you get a signal from this tachometer whose

15     amplitude varies depending on the speed of the

16     motor, so that you get actual speed feedback to

17     the drive.

18               The alternative to that is armature

19     voltage feedback, because the greater the

20     armature voltage, in theory, the greater the

21     speed of the motor.

22          Q. Are you finished?  I didn't want to

23     interrupt you.

24          A. Yes.

25          Q. Are there certain applications of the

1        We have to look at the particular

2  serial numbers to see if those boards were

3  involved.

4     Q.   Do we know the serial number of the boards

5  that were in the machine on the date of Mr.

6  Pucillo's accident?

7     A.   I don't.

8     Q.   Who would have that information?

9     A.   I don't know if we would have that.

10    Q.   What happened to the boards that were in

11  the machine on the date of Mr. Pucillo's accident?

12    A.   As far as I know, they were repaired or

13  they were left in the machine.  I'm not sure.  I

14  couldn't answer that.

15    Q.   Do you know who would know that?

16    A.   The technicians more than likely or Greg

17  Hagopian, the engineer.

18    Q.   The Model No. SMNB 2590, do you know what

19  those boards are?

20    A.   No.  You'd have to ask technicians.

21    Q.   And you indicated that some of the

22  Infranor drive boards have the daughter card and

23  some do not?

24    A.   Correct.

1      Q.    Are there any markings on the board that

2   identified them as Infranor?

3      A.    Yes.

4      Q.    What markings identified them?

5      A.    Just the label says Infranor drives.  They

6   might have their address and then they have the

7   model and serial number.

8      Q.    And my understanding is that at some

9   point, you were involved with trying to get them

10  directly from Infranor?

11     A.    That's correct.

12     Q.    And when was that?

13     A.    I couldn't give you a specific date.  I

14  don't remember.

15     Q.    Was it prior to Mr. Pucillo's accident?

16     A.    Yes.

17     Q.    Was it prior to the switch from Atlas to

18  Valmet?

19     A.    I don't recall.

20     Q.    And can you describe for the record,

21  please, what your involvement was in your attempt

22  to get the boards directly from Infranor?

23     A.    It was a phone conversation with a

24  technician at Infranor.

73

1    Q.    And what was the reason that you contacted

2    Infranor?

3    A.    To try to get a repair cheaper.

4    Q.    And what did they tell you?

5    A.    That they wouldn't repair them because

6    they had to be set up for our specific equipment.

7    Q.    Did they give you any information about

8    what the set up was that was done for your specific

9    equipment?

10    A.    No.  They wouldn't know.  From my

11    understanding, they'll sell the boards to a

12    particular OEM and then they set up the drives the

13    way they want them for their particular machines.

14    And the fellow on the phone told me if I sent the

15    board back to them, that they wouldn't be able to

16    set it up for our machine because they had no

17    knowledge of how it was set up.  So they wouldn't

18    repair them.  So I had to keep sending them back to

19    Atlas.

20    Q.    So was it your understanding that Infranor

21    produces or manufactures a generic board?

22    A.    I think so, yes.

23    Q.    And did you have any conversations with

24    Atlas Valmet about having your specific application

1    sent over to Infranor so that they could do the

2    work there?

3        A.    No.

4        Q.    Do you know anyone from Atlas or Valmet

5    that was familiar with the application for the

6    Proma Technologies Atlas Slitter?

7        A.    As far as --

8        Q.    How to set up the board once it was

9    received from Infranor before it was shipped to

10    Proma.  Do you know who at Atlas Valmet was

11    responsible for that?

12        A.    No.

13        Q.    Were you involved with any of the meetings

14    back in 1992 or 1993 with respect to the specific

15    Proma application for the Atlas Slitter?

16        A.    No.

17        Q.    You indicated that you would know that a

18    board needs to be replaced because the machine

19    malfunctions; is that correct?

20        A.    Yes.

21        Q.    And is it something you're qualified to

22    determine or it would require a technician?

23        A.    Technician.

24        Q.    And do you have any way of knowing when a

1      Q.    Are they ever thrown away?

2      A.    By Atlas Valmet.

3      Q.    But not by Proma?

4      A.    No.

5      Q.    And if we were to go -- if we had all of

6    the purchase requisitions, you could track a serial

7    number of a board, correct?

8      A.    If we had all of the purchase

9    requisitions, I suppose I could.

10      Q.    Is it possible right now to go out and

11   figure out the serial numbers on the Infranor

12   boards that are involved with the arms involved in

13   Mr. Pucillo's accident?

14      A.    I don't believe they could tell you what

15   those were.  You'd have to talk to David, the

16   technician.

17      Q.    But he would know whether or not any of

18   those boards have been replaced since Mr. Pucillo's

19   accident, correct?

20      A.    I don't believe.

21      Q.    Only if he personally replaced them?

22      A.    That's correct.

23      Q.    Is there anything that is done once the

24   board is -- the bubble wrap is removed from the

1    drive, is there anything that's done to that drive

2    before it's replaced in the --

3        A.    I couldn't tell you.

4        Q.    That would be something the technicians

5    would know?

6        A.    Right.

7        Q.    I believe you indicated earlier that you

8    understood that when the boards were sent from

9    Infranor to Atlas Valmet, they were then set up for

10   your application and then sent to you; is that

11   correct?

12       A.    That's my understanding, yes.

13       Q.    And do you have an understanding that

14   there are any other parties involved with that

15   transaction?

16       A.    I wouldn't know that.

17       Q.    So you don't know whether Infranor sent it

18   to somebody else who sent it to Atlas Valmet?

19       A.    I wouldn't know that.

20       Q.    Has the application of the slitter at the

21   Proma facility remained essentially the same from

22   1993 to today?

23       A.    I'm not sure what you mean.

24       Q.    At any time from 1993 to today, have you

79

1    had any conversations or communications with Atlas

2    Valmet about changing the application of the

3    product or the machine?

4         A.    I haven't personally.

5         Q.    Do you know whether it has changed at all?

6         A.    You'd have to ask the technicians or the

7    engineers.  They would be able to answer that.

8         Q.    Do you know or do you have any

9    understanding as to what Atlas Valmet does to the

10   boards before they're sent to you?

11        A.    No.

12        Q.    When you were talking about the

13   preventative maintenance, you indicated that there

14   was some preventative maintenance to the drives

15   with respect to the brushes, I think you said.

16        A.    Yes.  Check the motor brushes.

17        Q.    Is that something that would require that

18   they remove the drive to do?

19        A.    No.

20        Q.    For part of the preventive maintenance,

21   would they remove the board or drive at all?

22        A.    No.

23        Q.    But they do open that cabinet?

24        A.    They open the cabinets, yes.

1    Q.    Were all four of these employees of Proma

2    Technologies at the time of the accident?

3    A.    I don't recall.  Ray -- I don't know.

4    MS. JOHNSON:  Ray was here.  Matt was

5    here, Dave.

6    THE WITNESS:  I don't know if Phil was.

7    MS. JOHNSON:  That's only two years

8    ago.  Phil was here.

9    MR. SERENO:  Proma would present Dave

10   Peavey as the lead of those by head and shoulders.

11   Q.    Other than Atlas Valmet, did you send the

12   drives or the boards to any other facility for

13   repairs?

14   A.    No.

15   Q.    Did anyone else other than your

16   technicians work on those machines?

17   A.    Just Valmet people.

18   Q.    Do you know whether there was a service

19   contract with Atlas Valmet?

20   A.    No.  We don't have one.

21   Q.    You had testified earlier that after the

22   initial purchase of the Atlas Slitter machine, at

23   some point afterwards you purchased spare drives?

24   A.    Yes.

1    Q.    Do you recall how long it was after the

2    initial purchase that you first ordered spares?

3    A.    I can get you that information.  I don't

4    know off the top of my head.  It was within a year.

5    Q.    Did you order the first spares because you

6    needed to replace boards?

7    A.    No.  They give you a suggested spares list

8    to purchase from, and I'd pick out certain things

9    that they have to give us and certain things I

10    could buy locally cheaper, like belts and bearings,

11    things like that.  But it was a suggested list from

12    that.

13    Q.    Did their suggested list indicate in any

14    way approximately how many spares of Infranor

15    drives you would need?

16    A.    They give you -- yeah.  They say you

17    should probably keep this many on hand.

18    Q.    Do they give you any estimate as to how

19    long the drives last?

20    A.    No.

21    Q.    The log that we've marked as Exhibit No.

22    1, can you show me in here anywhere, if you know,

23    of what it would look like if there was an entry

24    that a drive had been swapped out?