# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIRIACO PUCILLO,

     Plaintiff,

  v.

METSO PAPER, INC. AND
VALMET CONVERTING, INC.

     Defendants.

)
)
)
)
)
)
)
)
)
)

**Case No. 03-CV-12359 MLW**

## ATTACHMENTS 6 - 10 TO
## STATEMENT OF MATERIAL FACTS OF RECORD
## TO WHICH THERE IS NO GENUINE ISSUE

# ATTACHMENT 6

1

1                              Volume I

                                  Pages 1 to 69

2                              Exhibits 1 to 6

3         UNITED STATES DISTRICT COURT

4          DISTRICT OF MASSACHUSETTS

5    _ _ _ _ _ _ _ _ _ _ _ _ _

CIRIACO PUCILLO,

6           Plaintiff(s),

7     v.                  Civil Action

                         No. 03-CV-12359 MLW

8   METSO PAPER INC., AND

VALMET CONVERTING, INC.,

9          Defendant(s).

10  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11

12    DEPOSITION OF GREG HAGOPIAN, a witness called by

13  counsel for the Plaintiff, taken pursuant to the

14  applicable rules, before Diane L. McElwee, Registered

15  Merit Reporter and Notary Public in and for the

16  Commonwealth of Massachusetts, at the Offices of

17  Proma Technologies, 24 Forge Park, Franklin,

18  Massachusetts, on Friday, February 4, 2005,

19  commencing at 1:10 PM.

20

21

22              _____

23       JAMES GIBBONS & ASSOCIATES

             617-428-0402

24

8

1       Q    Can you please tell me what your duties are

2  as an electrical engineer at Proma?

3       A    I oversee the installation, upkeep,

4  maintenance and improvement of electrical equipment

5  in plant.

6       Q    What are your responsibilities as far as

7  implementing those duties?

8            Is that a bad question?

9       A    Could you repeat that again?

10      Q    Could you tell me on a day-to-day basis what

11 it is basically that you do?

12      A    I take care of the responsibilities of

13 electrical equipment in the plant.

14      Q    Do you do regular daily inspections of the

15 equipment, or is it on an as-needed basis?

16      A    On an as-needed basis.

17      Q    If something goes wrong, that's when they

18 call you?

19      A    Yes.

20      Q    Do your responsibilities include the

21 purchasing of new equipment?

22      A    Yes.

23      Q    Do you enter into service contracts?

24      A    No.

19

1    been something you would have been involved with?

2        A    I don't know.

3        Q    How many drives does the Atlas Slitter No. 1

4    have?

5        A    Three.

6        Q    Can you describe the three drives on the

7    Atlas slitter, where they are located?

8        A    One is located at the front or the rewind

9    end of the machine.  That's call the main slitter

10   drive.

11       Q    Okay.

12       A    Two drives are located at the unwind, one on

13   the operator side and one on the drive side.

14       Q    The second and third drives, do they operate

15   the rewind arms, or do they provide the source of

16   power for the rewind arms?

17       A    Say that again.

18       Q    Well, I guess I am using the wrong

19   vocabulary.  I am going to back it up a bit.

20              Within each of the rewind arms --

21   strike that.

22              Are you familiar with the mother boards

23   in the Atlas Slitter No. 1?

24       A    No.

1    Q    When you say those drives are on the driven

2    arms, are the driven arms and the rewind arms the

3    same thing?

4    A    I don't know.

5    Q    What do the driven arms attach to or hold?

6    Do the driven arms hold the core in between them?

7    A    Yes.

8    Q    So if you had two arms with the core in

9    between, you would consider those arms to be the

10   driven arms, correct?

11   A    Yes.

12   Q    And you said there is a drive in those arms?

13   A    Yes.

14   Q    Does each arm have its own drive?

15   A    Each driven arm has its own drive.

16   Q    If there is a problem with one of those

17   driven arms, do you replace a drive board ar mother

18   board within those arms?

19   A    I don't know.

20   Q    Have you ever seen any of the Infranor

21   mother boards that go into those arms?

22   A    No.

23   Q    It's my understanding there are cabinets in

24   which the inventory is kept.  Are you familiar with

41

1    Q    Electrical schematics?

2    A    No.

3    Q    You brought with you today a binder,

4    correct?

5    A    Yes.

6    Q    It's about a three inches thick and is

7    oversized and contains what appear to be electrical

8    drawings and information, right?

9    A    Yes.

10    Q    What is this binder?  Where is it kept, and

11    what is it referred to as?

12    A    This binder contains the Atlas electrical

13    schematics.  It's kept at the machine next to

14    electrical control.

15    Q    Next to the machine for reference?

16    A    Primarily.

17    Q    Who refers to that binder, you in your

18    capacity?

19    A    Yes.

20    Q    Do the licensed electricians refer to that

21    binder?

22    A    I don't know.

23    Q    In your capacity, when you refer to that

24    binder, what are you looking for?

49

1    generation?

2        A    The term daughter board means that's going

3    to be mounted onto something, a mother board or a

4    parent board.

5        Q    So it would mean it's attached to it --

6        A    Yes.

7        Q    -- in some fashion.

8             Can you tell from Exhibit No. 6 whether

9    there is a daughter board that gets attached to a

10    mother board, or do you need to look at the physical

11    boards to determine that?

12        A    I wouldn't know if this is a daughter board

13    or not.

14        Q    If you look at Exhibit No. 6, in the upper

15    right-hand quadrant of the document is a circle

16    around the No. 2, correct?

17        A    I see it.

18        Q    In pen.  And there is a line that connects

19    that circle around No. 2 to the notes on the bottom

20    left-hand quadrant, correct?

21        A    Yes.

22        Q    The notes on the bottom left-hand quadrant

23    say, OS13 for use with SMVE 2420, bracket, M55 and,

24    bracket, M59; Set S1 to Position 1 for M55; Set S1 to

1    Position 2 for M59.

2              See that note?

3    A    I see the note.

4    Q    Does that note on the bottom left-hand

5    quadrant refer to the number S1 in the upper

6    right-hand quadrant?

7    A    From what you just read I would say yes.

8    Q    From your training and education as an

9    electrical engineer you would say yes, too?

10    A    Yes.

11    Q    Somebody drew a line from a note in the

12    bottom left hand to the upper quadrant, right?

13    A    That's correct.

14    Q    Do you know who did that?

15    A    No.

16    Q    Do you know if you did that?

17    A    Yes.  No, I didn't.

18    Q    You don't know who did?

19    A.    Correct.

20    Q    But it was done before you came into this

21    room today?

22    A    Yes.

23    Q    In the upper right-hand quadrant under the

24    S1 there is some schematics.  There is lines

51

1   connecting to other lines and positions you can put

2   the lines, correct?

3       A    Correct.

4       Q    As a degreed electrical engineer, what does

5   that tell you?

6       A    That there is a switch called S1 with three

7   terminals on it and two positions.

8       Q    Okay.  Just so we have the same terminology,

9   what's a terminal?

10      A    An entry point.

11      Q    So there is two positions.  So the switch

12  would connect Point 3 to Point 2 or Point 3 to

13  Point 1, correct?

14      A    From what's depicted here, yes.

15      Q    Exhibit 6 is saying the switch has to be set

16  to a particular position, right?

17               MS. COUNIHAN:  I will object.  Go

18  ahead.

19      Q    S1 you told me was a switch?

20      A    Yes.

21      Q    And there is a position called Position

22  No. 2 and a position called Position No. 1 on this

23  drawing, correct?

24      A    Correct.

52

1    Q    What that switch has to do is connect

2    Terminal 3 to Position 2 or connect Terminal 3 to

3    Position 1, correct?

4    A    From what's shown in this drawing, yes.

5    Q    In the bottom left-hand corner, the notes

6    tell you when you use Position No. 1 and when to use

7    Position No. 2, correct?

8    A    Correct.

9    Q    My understanding from your prior testimony

10   is that you have never actually changed an Infranor

11   drive on the driven arms, correct?

12   A    Correct.

13   Q    And that would include I assume you have

14   never been called in to consult with a change,

15   correct?

16   A    Correct.

17   Q    If the licensed electricians call you when

18   they have a problem or a concern, would it be you

19   then who makes a decision when to call the original

20   equipment manufacturer or someone else with more

21   technical knowledge?

22   A    Primarily it would be me.

23   Q    It seems to me that Van Leer and Proma

24   Technologies could have called someone every time a

53

1   drive needed to be changed, correct?

2       A    Correct.

3       Q    But someone made a decision that changes to

4   the drives would be done in house at Van Leer and

5   Proma Technologies, correct?

6       A    I don't know that.

7       Q    Do you know if drives have ever been changed

8   on those machines?

9       A    The rewind drives?  I don't know.

10      Q    Okay.  You have never been involved in a

11  decision whether to send for someone with more

12  expertise to change a drive or to do the drive change

13  in house, correct?

14      A    Correct.

15      Q    Whatever drive changes have been made or

16  haven't been made have been done without your

17  knowledge?

18      A    I have no knowledge of a drive being

19  changed.

20      Q    Right.  So if one was changed, you weren't

21  consulted?

22      A    That's a fair statement.

23      Q    Is it fair to say that the changing of a

24  drive would not require your intervention?

1     A     Yes.

2     Q     What's the reason?

3     A     We wouldn't have known of the existence of

4  it.

5     Q     You wouldn't have know of the existence of

6  what?

7     A     Of the switch that you pointed out.

8     Q     You didn't know the switch existed?

9     A     Correct.

10     Q     Is it your understanding that no one at

11  Proma Technologies and no one at Van Leer knew that

12  switch existed?

13     A     That's my understanding.

14     Q     Where did that understanding come from?

15     A     No one I have spoken to here knew of the

16  existence of that switch.

17     Q     Anyone who looked at that binder of

18  electrical information would have known about the

19  switch, correct?

20     A     If they had turned to that specific page.

21     Q     Any one of the three pages that referenced

22  the switch we went through just a half an hour ago?

23     A     I wouldn't agree to that.

24     Q     Well, anyone who looked at Exhibit 6, which

1    is page 158, would know about the switch, correct?

2        A    That's correct.

3        Q    They would know the proper position for the

4    switch, right?

5        A    They would know the proper position for S1

6    on this board, correct.  Looking at that sheet that's

7    what they would surmise from that sheet and that

8    information on that sheet.

9        Q    In fact somebody actually took a  pen and

10   drew a circle around a position on the switch.

11       A    That's correct.

12       Q    Did you know Mr. George Rice?

13       A    No.

14               MS. COUNIHAN:  Can I interject here?

15   I think your point was there were three pages that

16   had that switch on it, and you just referred to one.

17       Q    Certainly on that page.  That may be the

18   only page that refers to the switch.  The other pages

19   refer to the M59 module, correct?

20       A    Correct.

21       Q    You did not know Mr. Rice?

22       A    I didn't know Mr. Rice.

23       Q    Are you familiar with the term "Infranor

24   drive boards"?

# ATTACHMENT 7

1

```
 1                                      Volume I
                                        Pages 1 to 110
 2                                      Exhibits (None)

 3              UNITED STATES DISTRICT COURT

 4              DISTRICT OF MASSACHUSETTS

 5    _ _ _ _ _ _ _ _ _ _ _ _ _
      CIRIACO PUCILLO,
 6                   Plaintiff(s),

 7        v.                            Civil Action
                                        No. 03-CV-12359 MLW
 8    METSO PAPER INC. AND
      VALMET CONVERTING, INC.,
 9                   Defendant(s).

10    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

11

12        DEPOSITION OF HAROLD ISHERWOOD, a witness called

13    by counsel for the Plaintiff, taken pursuant to the

14    applicable rules, before Diane L. McElwee, Registered

15    Merit Reporter and Notary Public in and for the

16    Commonwealth of Massachusetts, at the Offices of

17    Proma Technologies, 24 Forge Park, Franklin,

18    Massachusetts, on Friday, February 4, 2005,

19    commencing at 10:05 AM.

20

21

22                        _____

23              JAMES GIBBONS & ASSOCIATES
                     617-428-0402
24
```

1  could either have a drive on one arm or both arms; is

2  that correct?

3      A    Correct.

4      Q    Do you know in March of 2002 whether the

5  winding stations on Atlas Slitter 1 had the drives in

6  one arm or two?

7      A    Are you referring specifically to the time

8  at which Mr. Pucillo had his accident?

9      Q    Correct.

10     A    At the specific time he had his accident,

11 the winding arms had a drive in each arm.

12     Q    When you say at the time of his accident,

13 are you referring then to just Winding Station 2 or

14 all of the winding stations on Atlas Slitter 1?

15     A    They were only using one winding station.

16     Q    Correct.

17     A    The winding station that created the

18 accident was using two winding arms, both of which

19 had motors in them.

20     Q    That was Winding Station 2, correct?

21     A    Yes, without looking at my notes.

22     Q    Do you know, for example, Winding Station 1,

23 I realize -- strike that.

24              Do you know whether any of the other

1      A     Okay.  I am going to refer now to the

2   document.  I am going to go to my conclusion.

3          My conclusion is the primary cause of

4   the accident was an uncontrolled overspeed of one of

5   the winding arm motors.  This coupled with the arms

6   lifting, differential torque of one arm motor to the

7   other created a situation where the core was ejected

8   at high speed from the winding arms.  The cause of

9   the uncontrolled overspeed was incorrect setting of

10  the latches on the Infranor PWM Dc servo drive.

11     Q     Are you the person that I should ask what

12  that means in lay terms?

13     A     No.  You should ask our electrical engineer.

14     Q     Okay.

15          Do you have an understanding as the

16  operations manager as to what caused the accident?

17     A     Yes.

18     Q     What is your understanding?

19     A     My understanding is that the latch was

20  incorrectly set which caused the overspeed.

21     Q     The latch being?

22     A     On the drive.

23     Q     On the daughter card on the mother board of

24  the drive?

1     Q    If you look at the top row under "Setup

2   arms" it says, 3R and 3L with a zero in between.   Did

3   that mean that Arm No. 3, 3 right and 3 left, there

4   is no core?  And 2 right and 2 left, between these

5   two arms there is a 60-inch core?

6     A    Between?

7     Q    Between 2R and 2L it shows 60 inches.

8     A    Yes.

9     Q    As I read your report, under "Setup arms" it

10  seems to suggest that there are six sets of arms.

11    A    Yes.

12    Q    Numbered 1 through 6 each with a right and

13  each with a left.

14    A    Yes.

15    Q    It seems to suggest that all of the arms

16  were empty at the time of the accident, except for

17  Arms 2R and 2L?

18    A    Correct.

19    Q    And 2R and 2L held a 60-inch core.

20    A    Correct.

21    Q    So does that mean that there are really not

22  four sets of arms but six on this machine?

23    A    Most of the widths that we ran on the

24  machine -- the web we put into the machine is a

# ATTACHMENT 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIRIACO PUCILLO,                    )
                                    )
            Plaintiff,              )
                                    )
vs                                  )     CASE NO. 03-CV-12359 MLW
                                    )
METSO PAPER, INC., and              )
VALMET CONVERTING, INC.,            )
                                    )          COPY
            Defendants.             )
_____)


DEPOSITION

OF

RONALD DEAN PURCELL


Taken by Plaintiff
Charlotte, North Carolina
February 8, 2005


Reported by:  Colleen J. Cain, CSR


**Cain & Crane Court Reporters, LLC**
Post Office Box 23833
Charlotte, North Carolina 28227
Phone (704) 545-3510 * Fax (704) 545-3950

1          A. April 2, 1950.

2          Q. What is your residential address?

3          A. 905 Woodhurst Drive, Monroe,

4     North Carolina 28110.

5          MS. COUNIHAN:  For the record, it's been

6     agreed that all objections will be made on the

7     record, as Mr. Purcell is an out-of-state

8     witness.

9          BY MS. COUNIHAN:

10         Q. Can you please tell me your education.

11         A. I graduated from high school in 1968.  I

12    attended UNCC, University of North Carolina at

13    Charlotte, for about a year, year and a half.

14    Joined the Army, and went to electronics and

15    radar technician school in Fort Bliss, Texas.

16    And that's about it.

17         Q. Do you hold any licenses?

18         A. No.

19         Q. Do you hold any degrees?

20         A. No.

21         Q. Do you hold any special certificates?

22         A. No.

23         Q. Are you presently employed?

24         A. Yes.

25         Q. By whom?

8

1         A. Bobst Group USA.

2         Q. For how long have you been employed by

3   Bobst Group?

4         A. Just slightly over one year, I believe.

5         Q. That would go back to about January of

6   2004?

7         A. First of February.

8         Q. And am I correct that prior to -- strike

9   that. Who were you employed by prior to February

10  of 2004?

11        A. Valmet Converting.

12        Q. And for what period of time were you

13  employed by Valmet Converting?

14        A. About five years, I believe.

15        Q. Prior to Valmet, where were you

16  employed?

17        A. Atlas Converting Equipment.

18        Q. For what period of time were you

19  employed by Atlas Converting?

20        A. Probably, I guess, eleven years.

21        Q. And prior to Atlas?

22        A. Prior to Atlas, I was self-employed.

23        Q. Am I correct that Atlas Converting was

24  purchased by Valmet Converting?

25        A. That's the way I understand it, yes.

1    also driven by, on that machine, a pair of

2    motors.  So the material is driven onto the core

3    by the red rubber rolls we call pull rolls, and

4    the tension is taken up through the center drive

5    of the two rewind motors.

6            Q.  And the rewind arms hold cores, correct?

7            A.  Correct.

8            Q.  How many cores can the Atlas slitter

9    CSE1250R hold?

10           A.  It varies with machine.

11           Q.  That particular serial number, 92036,

12   how many can that particular piece of equipment

13   hold?

14           A.  The best I remember, five.

15           Q.  I'm just going to show you something and

16   ask you if you can identify that.

17           A.  Yes, I can identify that.

18           Q.  What is that?

19           A.  That is the operating manual for the

20   Atlas model CSE1250R, contract number 92036.

21           Q.  Is there a different operating guide for

22   every piece of equipment?

23           A.  Yes.

24           Q.  So if I were to look at an operating

25   guide for this exact same model, but a different

1        A. Right, or looking down.

2        Q. From the top?

3        A. From the top looking down.

4        Q. Okay.  So for each of the cores, it

5   would involve two rewind arms, correct?

6        A. Yes.

7        Q. And are those identified as left and

8   right?

9        A. Yes.

10        Q. In each of these assemblies consisting

11   of a left and right arm and the core, are those

12   considered winding stations?

13        A. Yes.

14        Q. So if there were -- did you say how many

15   cores there are on this particular piece of

16   equipment?

17        A. To the best of my knowledge, on that

18   machine, there are five rewind stations.

19        Q. Does each rewind arm on that piece of

20   equipment have its own drive?

21        A. Yes.

22        Q. Does each drive have its own circuit

23   board or control board?

24        A. Yes.

25        Q. My understanding was that some of the

1   arms -- or some of the winding stations are

2   one-arm-driven versus two-arm-driven.

3        A.  I can't remember on that machine.

4        Q.  Are you familiar, in general, with some

5   winding stations that are one-arm-driven versus

6   two-arm-driven?

7        A.  We have some machines that are

8   one-arm-driven.  We have some machines that are

9   two-arm-driven.  We have some machines where you

10  can select whether it's one-arm-driven or

11  two-arm-driven.

12       Q.  But you don't have a memory as you sit

13  here today of how many of the winding stations at

14  the Proma facility or the Van Leer facility are

15  one-arm-driven?

16       A.  I could not say for certain, no.

17       Q.  Is it your understanding then that there

18  are ten drives in total in that piece of

19  equipment?

20       A.  Yes.

21       Q.  And has that --

22            MR. KELLEHER:  Just so the record is

23  clear, when you're referring to drives, you're

24  referring to Infranor drives, as opposed to all

25  of the drives on the machine?

1          A. I don't know the specifics.

2          Q. Is this Rick Howe's territory or area?

3          A. That's his area of expertise.

4          Q. Are there different model numbers for

5     the Infranor boards?

6          A. Yes.

7          Q. How many different model numbers are

8     there for the Infranor boards that would be used

9     in the model number or serial number 92036

10    slitter?

11         A. To my knowledge, only one.

12         Q. Is that the SMVE2420M59?

13         A. Yes.

14         Q. And did that replace the SMVE2420M55?

15         A. Yes.

16         Q. Do you know when that transition or

17    change took place?

18         A. I don't know.

19         Q. Do you know whether it was prior to

20    2000?

21         A. I don't know.

22         Q. We're going to come to that in a second.

23    What is the difference between the M59 and the

24    M55, without going through all those other

25    numbers?

1         A. As far as I'm aware, the difference

2    between the M55 and the M59 is state-of-the-art

3    change in components.  They changed from what we

4    call discrete, meaning resistors with little

5    wires on the end that plug through holes in the

6    printed circuit boards, to what is called surface

7    mount technology, where the resistors are very

8    small and they soldered directly on top of the

9    board.  There are no holes passing through the

10   board.  As far as I know, that's the only

11   difference between the two drives.

12        MS. COUNIHAN:  Those documents that I

13   gave you this morning that I said were copies, do

14   you have that package handy?

15        MR. KELLEHER:  Yes.

16        BY MS. COUNIHAN:

17        Q. While I'm looking through this, let me

18   ask you this.  Once the transition went from the

19   M55's to M59's, were the M55's discontinued?

20        A. To my knowledge, yes.

21        Q. So if you were to see that a purchase

22   was made of an M59, you could assume that at

23   least as of that date they had been switched over

24   to M59's, correct?

25        A. You could assume that, yes.

1      A. Correct.

2      Q. Can you describe the switches?

3      A. The switch is a small piece of wire.

4  It's hard to do with my fingers.

5      Q. Like a hook?

6      A. One half of the switch is like a hook.

7  There are two hooks, and then one like a

8  spring-loaded piece of wire that either hooks

9  under one hook or the other hook.

10     Q. That's where you lose me.  There's two

11 hooks, right?

12     A. (The witness nodded.)

13     Q. And then a spring-loaded piece of wire

14 that hooks under one of those two hooks?

15     A. Correct.

16     Q. And are those the only switches on the

17 daughter board?

18     A. To my knowledge, yes.

19     Q. And is it fair to say that the two hooks

20 are referred to as position A or B?

21     A. Correct.

22     Q. And one of them is the tachometer and

23 one of them is the armature voltage feedback?

24     A. Correct.

25     Q. And for Proma, all of those would be on

1    the armature voltage feedback?

2        A. Correct.

3        Q. Who sets those?

4        A. I don't know.

5        Q. How are they set?

6        A. You just take your finger and push it

7    down, unhook it from one hook, move it over, hook

8    it under the other hook.

9        Q. How long does the whole thing take to

10   set?

11       A. Two seconds.

12       Q. In your capacity as a field service

13   engineer with Atlas or Valmet, did you set those

14   switches?

15       A. No.

16       Q. At any time when you were at Proma's

17   facility, did you set those switches?

18           MR. KELLEHER:  I object.

19           BY MS. COUNIHAN:

20       Q. Prior to the accident, did you set those

21   switches?

22       A. No.

23           MR. KELLEHER:  Are you doing okay?

24           THE COURT REPORTER:  Yes.

25           MS. COUNIHAN:  Do you want to take a

1    possibly Dave Peavy.  I don't remember exactly.

2         Q. Did you also work with Harold Isherwood?

3         A. No.  I think there was a meeting

4    possibly at the end where Harold was there.  But

5    I don't remember exactly.

6         Q. Did you know Mr. Isherwood from prior

7    visits at Proma?

8         A. I had met him before, yes.

9         Q. What did you do as far as your

10   investigation was concerned?

11        A. We went through a lot of reasons why

12   either the arms could lift off the drum or why

13   the rewinds could accelerate to something above

14   what you would consider a reasonable speed.

15        A lot of things were discussed and

16   eliminated as possibilities.  So then we got down

17   to actually focusing on the drives, because it

18   appeared that everything external to the drives

19   was working correctly.  So we focused on the

20   drives, specifically whichever arm, 2 left or

21   2 right --

22        Q. You can refer to your report if that

23   would help you.  For the purposes of the record,

24   though, if you could tell me when you're reading

25   from your report versus when you're telling me

1    your independent knowledge.

2         A. Reading from my report, we focused

3    initially on the drive for controlling arm

4    2 left.  That particular drive had the switch in

5    the neither position, neither armature voltage

6    feedback nor tachometer feedback.

7         Q. How does it appear when it's in neither

8    position?  Hanging straight down?

9         A. No, it sort of sticks up at an angle,

10   because it has tension on it.  So that when you

11   hook it, it's trying to pull up, but it can't,

12   because it's hooked under the hook.  So when it's

13   not in either position, it sort of points up at

14   an angle.

15        Q. Okay.

16        A. And from there, once we found that that

17   one was incorrect, I just went through all the

18   rest of the drives and checked every daughter

19   board on every drive.  And then --

20        Q. Before we get to "and then," what did

21   you find on the inspection of the other drives?

22        A. Reading from my report, 2 left, the

23   switch was in the neither position.  2 right was

24   correct.  1 left was in the wrong position.  4

25   right was in neither position.  And 5 left was in

148

1        Q. Oh, okay.

2        A. US, we call them jumpers. UK calls them

3   links.

4        Q. So when you say standard operating

5   procedures is to check the switches, jumpers, and

6   links, that doesn't mean particularly to this

7   Infranor drive board, correct?

8        A. No, this is a general, for anything

9   electronic.

10       Q. And the standard operating procedures,

11  is that a written procedure?

12       A. No.

13       Q. You indicated earlier that the arms

14  lifted up prior to the core being ejected,

15  correct?

16       A. Correct.

17       Q. Were you able to determine the cause of

18  the arms lifting up?

19       A. No.

20       Q. If the speed control switch had been set

21  correctly, would the arms have lifted up?

22       A. No, the two are not related at all.

23       Q. If the speed control switch had been set

24  properly, though, would the core have been

25  ejected?

149

1      A. No.

2      Q. Because I'm correct that the core was

3  ejected because the speed control switch was set

4  inappropriately or incorrectly, correct?

5      A. That, and the combination of the arms

6  lifting off the winding drum.

7      Q. But I'm just trying to decide, the arms

8  lifting off the winding drum, were you ever able

9  to figure out the cause of that?

10     A. No, we never saw it again, couldn't make

11 it happen again.

12     Q. And if the speed control switch had been

13 set correctly, the fact that the arms lifted up

14 would not have caused the core to eject, correct?

15     A. Correct.

16     Q. Were you able to verify that the machine

17 had reset from the job prior to Mr. Pucillo's

18 job?

19     A. When I got there, it appeared that

20 everything had reset to be ready for the next

21 order.

22     Q. So were you able to eliminate that as a

23 cause of this accident?

24     A. Right.

25     Q. Were you able to determine the precise

150

1    cause of the accident?

2          MR. KELLEHER:  Is that different than

3    the other two causes he's talked about already?

4          MS. COUNIHAN:  That's what I'm trying to

5    figure out.

6          BY MS. COUNIHAN:

7          Q. I know that the arms went up, but that

8    wasn't necessarily the cause of the accident,

9    correct?

10         A. Right.

11         Q. The speed control switch was not set

12   properly, and that was a cause of the accident,

13   correct?

14         A. Correct.

15         Q. Were there any causes other than the

16   speed control switch being improperly set, that

17   you were able to determine?

18         A. No.

19         Q. After returning to North Carolina, did

20   you have any meetings with anyone from Valmet

21   with respect to your findings at this particular

22   investigation?

23         A. Not that I recall.

24         Q. Were any changes made to the procedure

25   by which Proma would obtain their boards as a

1    result of this accident?

2           MR. KELLEHER:  Objection.

3        A. I don't know.

4        Q. Were any other of Atlas/Valmet's

5    customers notified of this particular accident?

6           MR. KELLEHER:  Objection.

7        A. I don't know.

8           MS. COUNIHAN:  I have nothing further.

9               CROSS-EXAMINATION

10          BY MR. KELLEHER:

11       Q. Mr. Pucillo, let me just ask you two

12   questions to clarify the record.

13          You testified a moment ago about the

14   cause of Mr. Pucillo's accident.  Is it correct

15   to say that if the switch was in the proper

16   position, this accident would not have happened?

17       A. That's correct.

18       Q. Is it also fair to say and correct to

19   say that if the arms did not lift off the

20   machine, the accident would not have happened?

21       A. My opinion is yes, if the arms had never

22   lifted off the drum, this other problem with the

23   drives could be existing today and we still

24   wouldn't know about it.  It took a combination of

25   both events for this to happen.

# ATTACHMENT 9



# ATTACHMENT 10

1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ciriaco Pucillo,      ) | C.A. NO. 03-CV-12359 MLW |
|       Plaintiff,   ) | |
|               ) | **COPY** |
| vs.          ) | |
|               ) | |
| Metso Paper Inc. and Valmet ) | |
| Converting, Inc.,     ) | Deposition of: |
|               ) | **ROBERT LYONS** |
|       Defendants,  ) | |
|               ) | |

The deposition of Robert Lyons was taken pursuant to the Federal Rules of Civil Procedure, before Sarah B. Fry, a Notary Public in and for the State of South Carolina, at The Crown Reef IV Resort, 2913 South Ocean Boulevard, Myrtle Beach, South Carolina, 29576 on February 15, 2005, commencing at 11:07 a.m.

# ADVANTAGE COURT REPORTING
# OF MYRTLE BEACH
### 407 Luttie Road, Myrtle Beach, SC, 29588
### 843-293-2039

1    Q.    Where is their office in the United States?

2    A.    The office in the United States was in Charlotte, North

3          Carolina.  It still is, Charlotte, North Carolina.

4    Q.    They still have an office, to the best of your knowledge, in

5          Charlotte, North Carolina?

6    A.    Not – no.  Now it's Bobst.  Sorry.

7    Q.    Well, I think that's what I'm trying to get clarified here, so

8          that when we refer to a particular entity, I have the right

9          entity.  When you – let me just ask, when did you retire?

10   A.    In December of 2001.  No, December, 2002.

11   Q.    Okay.  And at that time, you were working for Valmet

12         Converting, correct?

13   A.    Correct.

14   Q.    With an office where?

15   A.    Charlotte, North Carolina.

16   Q.    What was the street address?

17   A.    Arrow Ridge Boulevard.

18   Q.    And for how long had you been working for Valmet?

19   A.    Since they purchased us, approximately five years before

20         that.  So it would be '97.

21   Q.    Valmet purchased who?

22   A.    Valmet in Finland purchased Atlas in England.

23   Q.    Do you know the address for the facility of Atlas in

24         England?

25   A.    Yes.  Kempston.  I don't know the street address, but

11

| | | |
|---|---|---|
| 1 | | Kempston is the town, and Bedfordshire is the county. |
| 2 | Q. | And for how long has Atlas been located or had a facility in |
| 3 | | Kempston, Bedfordshire? |
| 4 | A. | Twenty years. |
| 5 | Q. | Okay. So it's your understanding that in 1997, in or about |
| 6 | | 1997, Valmet in Finland purchased Atlas in England? |
| 7 | A. | Correct. |
| 8 | Q. | And the facility in North Carolina changed its name to |
| 9 | | Valmet? |
| 10 | A. | Yes. |
| 11 | Q. | What had it been prior to Valmet? |
| 12 | A. | Atlas Convert – Atlas Group, Americas. |
| 13 | Q. | And for how long had it been Atlas Group, Americas? |
| 14 | A. | Oh, four or five years. |
| 15 | Q. | What had it – what was it prior to Atlas Group, Americas? |
| 16 | A. | Atlas Converting Equipment, USA. |
| 17 | Q. | And for how long was it Atlas Converting Equipment, USA? |
| 18 | A. | Oh, I would say for approximately fifteen years. |
| 19 | Q. | Did the change from Atlas Converting Equipment, USA to |
| 20 | | Atlas Group, Americas result from any particular |
| 21 | | transaction, or was it simply a name change? |
| 22 | A. | Basically just a name change. |
| 23 | Q. | So Atlas Group, Americas didn't purchase Atlas Converting |
| 24 | | Equipment? |
| 25 | A. | Nope. |

17

1       closed and went to Atlanta.

2    Q.    Okay. Let's mark that.

3   (PLAINTIFF'S EXHIBIT TWO, ONE PAGE COPY OF MEMO,

4       WAS MARKED)

5    Q.    For the record, that document is Exhibit Two. Now, this

6       document, the second paragraph indicates, "Valmet

7       Converting, Inc., previously Atlas Group, Americas," that

8       was the American company of the British organization,

9       correct?

10   A.    Correct, uh-huh.

11   Q.    "… includes Valmet General, previously General Vacuum

12       Equipment." What's that?

13   A.    That was another division of the British company that made

14       similar equipment, originally located in Connecticut, and

15       came down and joined us in North Carolina sometime.

16   Q.    Did they have anything to do with the Atlas slitters?

17   A.    No.

18   Q.    All right. Then it says, comma, "Valmet Atlas, previously

19       Atlas Converting Equipment." What does that mean?

20   A.    Okay. I didn't realize Valmet Atlas was an official name. I

21       guess that's saying Valmet Atlas is an official name.

22   Q.    So Atlas Converting Equipment, which was the predecessor

23       to Atlas Group, Americas, became Valmet Atlas?

24   A.    Evidently.

25   Q.    And do you know where they were located?

18

1  A.  Everything was located at the Arrow Ridge or – everything
2      was located at the Arrow Ridge address, yeah.
3  Q.  Okay.  So am I correct that Valmet Converting would –
4      Valmet Converting, Inc. would be considered the parent
5      company of Atlas in England?
6  A.  Huh-uh.
7  Q.  Or vice versa?
8  A.  Vice versa.
9  Q.  Okay.  And so it's just Valmet Converting, Inc. consolidated
10     the American versions of those companies.
11 A.  Exactly.  Exactly.
12 Q.  Is that fair to say?
13 A.  Uh-huh.
14 Q.  All right.
15     MS. JOHNSON:  Just try saying yes or no.
16 A.  Yes.  Yes.
17 Q.  It's very tempting to just nod your head, I know.  Okay.
18     From the period of time from 2000, when you moved into
19     Sam Neely Boulevard, or up until two thousand – or
20     December of 2002, when you retired, did you always work,
21     then, for Valmet Converting, Inc.?
22 A.  Yes.
23 Q.  Okay.  That was the name of the entity that employed you
24     during that period of time, correct?
25 A.  Uh-huh.  Yes.

19

1  Q.    And for that entire period of time, was Valmet Converting,

2        Inc. a subsidiary of Atlas in England?

3  A.    Legally, I don't know how – I can't recall exactly how it was

4        set up.  But operationally, yes.  We basically worked for the

5        subsidiary of England.

6  Q.    Okay.  And are you aware at all of the transaction that

7        occurred in 2004, whereby Bobst purchased Valmet and

8        Atlas?

9  A.    I'm aware of it, but it was after my time, so I'm not involved

10       in it.

11 Q.    Okay.  Fair enough.  If at any time during the course of this

12       deposition I use the wrong entity, be it Valmet, or Valmet

13       Converting, or Valmet Atlas, if you could just point out to

14       me that I'm referring to the wrong people, so that the record,

15       then, when we read the transcript, is correct as to who is the

16       proper party.  In addition to Atlas changing from Atlas to

17       Valmet to Bobst, as you know, at the other end of this

18       situation, Van Leer became Proma.  So it's very difficult to

19       figure out who exactly are the players at the particular

20       moments that we're talking about.  But I think if we just go

21       through it slowly enough, we can figure out as to a particular

22       point of reference who it is we're dealing with.

23 A.    Fine.

24 Q.    But I would just ask, if I'm way off, let me know which

25       company I should be talking about.

23

1     other than Charlotte, were there any other locations within the

2     United States that Atlas or Valmet had a physical facility?

3  A.    Yes.  Sometime in the late 80's, I believe, we bought another

4     company in England known as General Vacuum Equipment.

5     They had an office in Connecticut.

6  Q.    Do they still have an office in Connecticut?

7  A.    No.  They joined us in Charlotte in the mid 90's.  I couldn't

8     tell you a date.

9  Q.    Do you know whether it was after or before the date on

10    Exhibit Number Two, which is May 9th of 2000?

11  A.   It was before that, yes.  It was before that.

12  Q.   Okay.  Can you describe for me the business that you started

13    here in 1987?  What type of business was it?

14  A.   The object of starting the business in the states was to sell and

15    manufacture slitting equipment.

16  Q.   Would any of the manufacturing of the slitters take place in the

17    United States?

18  A.   At that time, yes.

19  Q.   For how long did the facility in the United States manufacture

20    slitters?

21  A.   About four years.

22  Q.   The Atlas slitter that was involved in this particular accident,

23    do you know where that machine was manufactured?

24  A.   Yes.

25  Q.   Where?

24

| | | |
|---|---|---|
| 1 | A. | England. |
| 2 | Q. | So by the time Van Leer purchased that piece of equipment, |
| 3 | | the manufacturing in the United States had ceased? |
| 4 | A. | Correct. |
| 5 | Q. | Okay.  At any time since that point, have they started |
| 6 | | manufacturing slitters again in the United States? |
| 7 | A. | No. |
| 8 | Q. | After they stopped manufacturing the slitters, did they |
| 9 | | continue to sell the slitters? |
| 10 | A. | Yes. |
| 11 | Q. | Did they offer service? |
| 12 | A. | Yes. |
| 13 | Q. | I think I said that wrong.  Did they also service those slitters? |
| 14 | A. | Yes. |
| 15 | Q. | And would that be done out of the facility in North Carolina as |
| 16 | | well? |
| 17 | A. | Not a hundred percent.  In a lot of cases, we still got service |
| 18 | | from England, but the goal was for the Charlotte operation to |
| 19 | | do all the servicing of all US machines. |
| 20 | Q. | How many US machines were there back in 1987? |
| 21 | A. | A hundred and fifty, roughly. |
| 22 | Q. | Approximately how many machines, Atlas slitter machines, |
| 23 | | were there in the United States when you retired in December |
| 24 | | of 2002? |
| 25 | A. | Gosh.  Two hundred and fifty.  Those are very rough guesses. |

27

1    Carolina.

2  A.  Right.

3  Q.  Off the record.

4      (A SHORT BREAK WAS TAKEN OFF THE RECORD)

5      EXAMINATION CONTINUED BY MS. COUNIHAN:

6  Q.  Okay. I think when we went off the record there, I was trying

7      to determine the size of Valmet in North Carolina. And I'm

8      really just looking for some sense of, has the company grown

9      exponentially over the past fifteen years? Has it pretty much

10     stayed the same? Just some general sense of where the

11     company was going.

12 A.  Okay. I'll address just that little operation that we just

13     described. I started by myself in about '86. When we were

14     manufacturing equipment, we got up to about twenty-five

15     people. We stopped manufacturing equipment, and in about

16     1990, and decided just to keep spare parts and service

17     personnel. And at that point, we were down to about five

18     people and then built it up to the point where Valmet bought

19     us in '96, whatever it was. We were about twenty people,

20     which at that point would have included the General Vacuum

21     Equipment joining us, and that was only three people.

22 Q.  Okay. And then – all right. So that brings you up to 1997,

23     when Valmet bought Atlas.

24 A.  Correct.

25 Q.  And then what about from 1997 to 2002? That's roughly –

35

|   |   |   |
|---|---|---|
| 1 |   | Infanor drives as well? |
| 2 | A. | Probably not. |
| 3 | Q. | Okay. You indicated that the third factor in determining the |
| 4 |   | model would be production requirements. What did you mean |
| 5 |   | by that? |
| 6 | A. | By that, I mean primarily the speed of the paper through the |
| 7 |   | machine. |
| 8 | Q. | So that's sort of a derivative of your speed criteria? |
| 9 | A. | Uh-huh, yes. |
| 10 | Q. | And this particular machine can go – has a maximum speed of |
| 11 |   | three thousand feet per minute. Is that correct? |
| 12 | A. | I don't recall specifically, but that sounds about right. |
| 13 | Q. | And you said that would be considered at the faster end of the |
| 14 |   | spectrum? |
| 15 | A. | Yes. |
| 16 | Q. | Were you involved with the sale of the Atlas slitter to Van |
| 17 |   | Leer? |
| 18 | A. | Not initially. |
| 19 | Q. | Who was initially involved from Atlas? |
| 20 | A. | The primary sales contact on this product, on this project, was |
| 21 |   | Chris Rogers. |
| 22 | Q. | And was he in the United States or in England? |
| 23 | A. | England. |
| 24 | Q. | Do you know how he became involved? Did Van Leer |
| 25 |   | approach him? |

1   A.   Van Leer – yes.  Van Leer – Chris Rogers basically worked

2        with the Van Leer people from Finland on the original sale of

3        the machine.

4   Q.   Okay.  So Van Leer's parent corporation was in Finland at the

5        time?

6   A.   Correct.

7   Q.   And Chris Rogers was involved with that facility or company?

8   A.   Correct.

9   Q.   And they were negotiating the purchase of an Atlas slitter for

10       use in the United States, correct?

11   A.   Precisely, yeah.

12   Q.   And at that point, the Van Leer facility was in Framingham?

13   A.   Yes.

14   Q.   Did you ever go to Framingham?

15   A.   Yes.

16   Q.   When did you first get involved?

17   A.   After the machine was delivered to Framingham.

18   Q.   And how did you get involved?

19   A.   Because the machine came to the states, it was logical that

20       somebody from this side be the primary contact.  So I became

21       the primary contact.

22   Q.   By that time, had the serial number, for lack of a better word,

23       been established for that particular machine?

24   A.   The serial number is established the day the machine is

25       ordered.

37

| | | |
|---|---|---|
| 1 | Q. | Okay. Well, that's what – that's where I'm going with this. |
| 2 | | By the time you were involved, the machine had already been |
| 3 | | set up to accommodate the Van Leer application, correct? |
| 4 | A. | Absolutely. |
| 5 | Q. | All right. Do you know, or did you become aware of what |
| 6 | | information Van Leer had given Atlas with respect to the |
| 7 | | application that they'd be using the machine for? |
| 8 | A. | Not directly. |
| 9 | Q. | Have you ever seen any writings or communication back and |
| 10 | | forth between Van Leer and Atlas regarding what the machine |
| 11 | | was going to be used for? |
| 12 | A. | I'm sure I have, but I don't remember specifically. |
| 13 | Q. | So by the time you got involved, the machine had been |
| 14 | | delivered to Framingham? |
| 15 | A. | Yes. |
| 16 | Q. | And what was the reason that you first went up there? |
| 17 | A. | I don't recall. |
| 18 | Q. | Is that customary, when someone -- when a customer |
| 19 | | purchases a machine, that some representative from the |
| 20 | | company would go to the facility? |
| 21 | A. | Exactly, yes. |
| 22 | Q. | And is that type of a – is that part of a training program? |
| 23 | A. | It's just customer service. You know, to introduce ourselves |
| 24 | | as, you know, their primary contact. If the machine is built in |
| 25 | | England and running here, we want them to look to us for |

38

1    spares and service. So yes, I would introduce myself, if I

2    didn't already know them, and convince them to deal directly

3    with us rather than going back to England for everything.

4  Q.  So it was really more of an introductory meeting?

5  A.  Basically.

6  Q.  Do you know when that took place?

7  A.  That would have taken place shortly after the machine was

8    installed and started, and actually put into production.

9  Q.  And if I were to suggest 1993, does that sound about right?

10  A.  Yes.

11  Q.  And prior to that, had Atlas sent engineers over to the United

12    States?

13  A.  Atlas would have sent engineers over to install, or to supervise

14    the installation, and to instruct the operators in the operation of

15    the machine.

16  Q.  What I guess I'm trying to get a sense of is how it is that Atlas

17    learns what modifications need to made to a machine before

18    it's actually shipped to the United States.

19  A.  Well, before it's built, the sales personnel – in this case, Chris

20    Rogers – would have meetings with the potential buyer, to go

21    through all the specifics of their requirements, and that would

22    result in us recommending certain features on the machine.

23  Q.  And those meetings would have taken place in England,

24    correct?

25  A.  England or Finland in this case.

1    A.    No.

2    Q.    Is there anyone from Atlas in the United States or Valmet in

3    the United States that could look at a drive board and tell if a

4    switch was connected incorrectly?

5    A.    Well, if he had the drawing telling him where it should be,

6    with that drawing, he could then look at the board and see if

7    it's correct or not.

8    Q.    But he'd have to pull out the drawing?

9    A.    I believe so.

10    Q.    The switches that were set on the – strike that.  When the

11    machine was sent over to Framingham, is it fair to say that the

12    drive boards were in it, the Infanor drive boards were in it?

13    A.    Yes.

14    Q.    And those Infanor drive boards would have already had their

15    switches set, correct?

16    A.    Yes.

17    Q.    And those would have been set by the engineers in England,

18    correct?

19    A.    Yes.

20    Q.    And when they came to the United States, in order to make the

21    machine operational, they didn't need to reset the switches,

22    correct?

23    A.    Correct.

24    Q.    And were you involved with the training of the Van Leer

25    employees at that time with respect to how to use the machine?