UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| **CIRIACO PUCILLO**     Plaintiff<br><br>v.<br><br>**VALMET CONVERTING, INC., ATLAS CONVERTING EQUIPMENT LIMITED, f/k/a VALMET ATLAS PLC, f/k/a ATLAS GROUP AMERICAS LTD, ATLAS GROUP AMERICAS f/k/a ATLAS CONVERTING EQUIPMENT, AND BOBST GROUP SA d/b/a BOBST GROUP USA INC.**     Defendants | C.A. NO. 03-CV-12359 MLW |

**PLAINTIFF'S RENEWED MOTION TO AMEND THE COMPLAINT**

Now comes the Plaintiff, Ciriaco Pucillo, and respectfully requests that this Honorable Court grant him leave to file the attached Amended Complaint, pursuant to Fed.R.Civ.Pr. 15.

As grounds therefore, the Plaintiff states that discovery has revealed an evidentiary basis to add additional Defendants, and additional claims against the Defendant, Valmet Converting, Inc., as more fully set forth in the attached Memorandum in Support of Plaintiff's Motion to Amend Complaint.

Respectfully Submitted,

/s/___ Maureen Counihan_____
Maureen Counihan, Esq. (B.B.O. #549098)
Law Offices of Maureen Counihan, P.C.
67 South Bedford Street
Suite 400 West
Burlington, MA  01803
(781) 229-5884

*Attorney For Plaintiff Ciriaco Pucillo*

Dated:  June 30, 2006