UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| **CIRIACO PUCILLO**  )<br>    Plaintiff  )<br>  )<br>v.  )<br>  )<br>**VALMET CONVERTING, INC., ATLAS** )<br>**CONVERTING EQUIPMENT**  )<br>**LIMITED, f/k/a VALMET ATLAS PLC,** )<br>**f/k/a ATLAS GROUP AMERICAS LTD,** )<br>**ATLAS GROUP AMERICAS f/k/a**  )<br>**ATLAS CONVERTING EQUIPMENT,** )<br>**AND BOBST SA d/b/a BOBST GROUP** )<br>**USA INC.**  )<br>    **Defendants**  ) | C.A. NO. 03-CV-12359 MLW |

## PLAINTIFF'S CERTIFICATION - LR 7.1

The Plaintiff hereby certifies that that counsel on behalf of the Plaintiff, Ciriaco Pucillo, and Defendant, Valmet Converting Inc., have conferred on several occasions with respect to the Plaintiff, Ciriaco Pucillo's, Motion To Amend the Complaint, Memorandum in support thereof, and proposed Amended Complaint, in an attempt to narrow or resolve the issues. As a result of the parties inability to reach an agreement, the Plaintiff has been permitted to file Motion To Amend the Complaint, Memorandum in support thereof, and proposed Amended Complaint.

>Respectfully Submitted,
>Plaintiff, Ciriaco Pucillo,
>By his Attorney,
>
>/s/  Maureen Counihan
>Maureen Counihan, Esq.
>BBO# 549098
>Law Offices of Maureen Counihan, P.C.
>67 South Bedford Street, Suite 400 West
>Burlington, MA  01803
>(781) 229-5884

Dated:  June 30, 2006