## CERTIFICATE OF SERVICE

I, Maureen Counihan, hereby certify that on June 30, 2006, I served a copy of the foregoing:

    PLAINTIFF'S RENEWED MOTION TO AMEND THE COMPLAINT

    MEMORANDUM IN SUPPORT OF PLAINTIFF'S RENEWED MOTION TO AMEND THE COMPLAINT

    AMENDED COMPLAINT

    PLAINTIFF'S CERTIFICATION - LR 7.1

by mailing, first class, postage prepaid, a copy of same directed to:

    David L. Kelleher, Esquire
    Thelen, Reid & Priest, LLP
    701 Eighth Street NW, Suite 800
    Washington, DC  20004

    Michelle Hanson, Esquire
    490 Shrewsbury Street
    Worcester, MA  01604

    /s/ Maureen Counihan
    Maureen Counihan, Esquire
    BBO#: 549098