UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIRIACO PUCILLO,                      )
                                      )
            Plaintiff,                )
                                      )
vs                                    )    CASE NO. 03-CV-12359 MLW
                                      )
METSO PAPER, INC., and                )
VALMET CONVERTING, INC.,              )
                                      )
            Defendants.               )
_____)

COPY

**DEPOSITION**

**OF**

**RONALD DEAN PURCELL**

Taken by Plaintiff
Charlotte, North Carolina
February 8, 2005

Reported by:  Colleen J. Cain, CSR

_____

*Cain & Crane Court Reporters, LLC*
*Post Office Box 23833*
*Charlotte, North Carolina  28227*
*Phone (704) 545-3510 * Fax (704) 545-3950*

1          Q. And then Valmet Converting was, in turn,

2    purchased by Bobst Group?

3          A. Right.

4          Q. Did your positions change as a result of

5    those successive transfers?

6          A. No.

7          Q. What is your current position at Bobst

8    Group?

9          A. Senior field service technician.

10         Q. For how long have you been senior field

11   service technician?

12         A. For one year.

13         Q. What were you prior to that position?

14         A. The job has remained the same.  The name

15   has changed.  So before that, we were called

16   "customer engineers."

17         Q. Did the name change with the change from

18   Valmet to Bobst?

19         A. Yes.

20         Q. Was the name change a result of the

21   change from Valmet to Bobst?

22         A. Yes.

23         Q. And what did you say it was at Valmet?

24   Customer --

25         A. Maybe they didn't call us customer

1    engineers.  They called us field service

2    engineers.

3          Q.  So instead of a field service

4    technician, you were a field service engineer?

5          A.  Yeah.

6          Q.  Did your job description change in any

7    way?

8          A.  No.

9          Q.  Can you please tell me, what does --

10   strike that.  For how long were you a field

11   service engineer?

12         A.  Since 1988, when I joined Atlas.

13         Q.  Can you please tell me, sir, what a

14   field service engineer does.

15         A.  We are responsible for installation,

16   commissioning, operator training, maintenance

17   training, and also the field service and repair

18   of Atlas machines.

19         Q.  Is that a full-time position?

20         A.  Yes.

21         Q.  And what training did you receive from

22   Atlas with respect to those job duties?

23         A.  I went to -- when I first started in

24   1988, I went to England, where our factory is,

25   and received some training on our machines there.

1    they already have machines, so they already know

2    about running a slitter.  They just need to know

3    the specifics of our machine.

4         Q.  What about training with respect to the

5    maintenance personnel?

6         A.  We do a -- it depends on the location

7    and what the customer wants.  But normally, we do

8    an overview of the machine, basically how the

9    machine works.  We point out any hardware,

10   software, anything else that is used on the

11   machine, and do brief training -- not really

12   training.  We just give a brief overview on

13   components that we buy for the machines, PLCs,

14   PCs, drives, anything else that's used in the

15   machine.

16        Q.  When you say training, this is with

17   respect to components that you buy for the

18   machine?  Is that how you said it?

19        A.  Right.

20        Q.  And that would include drives?

21        A.  It would include drives, yes.

22        Q.  And when you're referring to the

23   maintenance, is this more along the lines of

24   preventive maintenance?

25        A.  We explain the preventative maintenance,

1    and we also go over routine maintenance, things

2    they should look for, things that our experience

3    tells us they're going to have the most problems

4    with, things that they just need to be aware of.

5        Q. Are they given any training with respect

6    to repairing any of those component parts?

7        A. No.  We don't do any training as far as

8    repairing any components on the machine.

9        Q. Are they given any instructions with

10   respect to what to do should one of those

11   component parts fail?

12       A. Yes.

13       Q. What are their instructions?

14       A. It depends on the component.  Normally,

15   if it's a component that we have bought, a drive,

16   a PLC, a PC, or something like that, we just

17   explain to them how to remove the one that is

18   defective and how to install the new one.

19       Q. And the defective one would be returned

20   to you?

21       A. Could be, but not necessarily.

22       Q. We're going to go into much more detail

23   further into this deposition with respect to the

24   specific drives.  I'm just trying to get a

25   general understanding as to what your position is

1    within Atlas, and then Valmet, and then Bobst.

2        A. Okay.

3        Q. Can you just tell me, in general, what

4    type of a business is Bobst?

5        A. I don't know that I can -- I don't know

6    that I'm qualified to even tell you what kind of

7    business Bobst is.  I know what our division of

8    Bobst is.

9        Q. Okay, why don't you explain to me what

10    your division of Bobst is.

11        A. We are called the flexible materials

12    division, which involves slitting and rewinding

13    equipment, printing presses, and I think that's

14    it.  Slitting and rewinding equipment and

15    printing presses.

16        Q. And is that essentially the same

17    business that you were doing when it was Valmet?

18        A. Yes.

19        Q. And prior to that with Atlas?

20        A. Prior to that with Atlas, it was only

21    slitting and rewinding equipment.  It was only

22    after the Valmet takeover that we got involved

23    with the printing presses division.

24        Q. Is it fair to say that the printing

25    press division has absolutely nothing to do with

1    the Proma facility in Franklin, Massachusetts?

2          A.  Has nothing to do with Proma.

3          Q.  That's good.  Approximately how many

4    slitting and rewinding pieces of equipment are

5    there that are handled by Bobst?

6          A.  In the world?

7          Q.  No, that's a bad question.  All right.

8    I'm just trying to get -- I've never been to the

9    Bobst facility.  Can you describe for me the

10   physical location here in North Carolina, what

11   the facility is in North Carolina.

12         A.  We are a sales and service office.

13         Q.  Is it a plant or is it more of an office

14   facility?

15         A.  No, it's just an office.  No shop, no

16   warehouse.

17         Q.  So you don't actually have Atlas

18   slitters there?

19         A.  No.

20         Q.  And what function does Bobst serve with

21   respect to the sale of the Atlas slitters?

22         A.  We have a sales force, guys that are

23   scattered over the country, and into Mexico.

24         Q.  Before I go any further, just so I have

25   the terminology correct, are they still referred

1    to as Atlas slitters even though it's now Bobst?

2        A. Yes.

3        Q. Am I confusing you if I say Atlas

4    slitter and I'm talking about Bobst?

5        A. No, because I have always referred to

6    our machines as Atlas slitters.

7        Q. If I were to buy one myself today, would

8    it say Atlas on it anyplace?

9        A. Yes.

10       Q. So if I call it an Atlas slitter, I'm

11   not just talking about when Atlas produced it;

12   I'm using it in a general sense.

13       A. Right.

14       Q. If by some chance I need to specifically

15   address the period of time from 1993 to 2000 when

16   it was the relevant period for Atlas, I will let

17   you know that.

18       A. Okay.  It's confusing for all of us.

19       Q. You don't even know.  So the Bobst

20   facility in North Carolina is a sales and service

21   office, correct?

22       A. Correct.

23       Q. How does that work?  Do you get orders

24   from customers for Atlas slitters?

25       A. The orders for Atlas slitters in Canada,

1    United States, and Mexico come through the

2    Charlotte office.

3         Q. Can you give me a ballpark idea, like

4    what kind of volume we're talking about, with

5    Atlas slitters on a yearly basis?

6         A. I have no idea.  I don't know.

7         Q. It's not exactly a wristwatch.  You're

8    not selling millions of them, right?

9         A. No.

10        Q. It's a fairly expensive piece of

11   equipment?

12        A. Fairly expensive.

13        Q. And it's a pretty narrow function; is

14   that fair to say?

15        A. Yes.

16        Q. So is it fair to say there are not a

17   million of them in the United States?

18        A. There are not a million of them in the

19   United States.

20        Q. Can you give me any idea how many there

21   are in the United States?

22        A. It would be just a guess.

23        Q. I'll take whatever ballpark figure, and

24   I will take it as your best estimate.

25        A. A hundred.

1        Q. Of those hundred in the United States,

2   approximately, is the Charlotte, North Carolina,

3   office responsible for servicing all of those

4   machines?

5        A. Yes.

6        Q. There aren't any other facilities in the

7   United States that also service Atlas slitters?

8        A. No.

9        Q. So if I had an Atlas slitter at my house

10  and it had a problem, I would have to call you?

11       A. You wouldn't have to, but you could.

12       Q. Right.  But if I wanted to call an Atlas

13  serviceman, that would be your facility?

14       A. Yes.

15       Q. Can you give me some idea, like what is

16  the life of an Atlas slitter?  Are these machines

17  that last forever and ever and ever, or do they

18  die?

19       A. We have some machines that were built in

20  19 -- the late '70s, that are still operating.

21  The company has only been in existence since the

22  late '70s, Atlas.

23       Q. Does Bobst have any type of catalog?

24       A. Yes.

25       Q. Is that something that customers would

1    topic of recordkeeping I'm talking about?  Would

2    that be of some help to you?

3          A. That would be helpful, yes.

4          Q. For example, do you maintain records by

5    model number or by customer?

6          A. Most records are by customer number, or

7    by customer.

8          Q. So if, for example, I wanted everybody

9    that had the Atlas slitter 1250R, you wouldn't

10   have a file that names all your customers that

11   have that particular piece of equipment?

12         A. In England, there is a database that you

13   can search and sort by customer number, customer

14   name, machine model number, like that.

15         Q. What about serial numbers?

16         A. Our serial number is also the contract

17   number, so yes.

18         Q. So there's a database in England that I

19   could run a serial number, or you could run a

20   serial number, and tell me where all of those

21   particular parts are?

22              MR. KELLEHER:  Parts or machines?

23              MS. COUNIHAN:  Let's talk about machines

24   first.

25              A. There will only be one serial number.

CAIN & CRANE COURT REPORTERS
704/545-3510

1   Each serial number is unique.

2          Q. Unique to that piece of equipment?

3          A. Yes.

4          Q. So if I were to give you a serial

5   number, you could run it through a computer and

6   find out where that piece of equipment is?

7          A. Yes.

8          Q. And what about with the component parts

9   of the machine, do each of those have a serial

10  number?

11         A. Some do, some don't.

12         Q. And when you were discussing earlier

13  component parts that were purchased from other

14  sources, would those component parts serial

15  numbers be recorded anywhere?

16         A. I don't know.

17         Q. Does anyone at Bobst have it as their

18  job responsibility to record serial numbers of

19  parts purchased from outside vendors?

20         A. I don't know.

21         Q. Do you know anyone at Bobst who would

22  know the answer to that question?

23         A. Possibly Rick Howe. I don't know. I

24  don't do spare parts.

25         Q. When you say you don't do spare parts,

1   you mean you don't order them?

2        A. No.

3        Q. Your function would simply be servicing

4   with them?

5        A. Yes.

6        Q. So if somebody needed a spare part, you

7   would get the spare part and put it in, or do

8   whatever needed to be done with the spare part?

9        A. I don't get the spare part.  If they had

10  the spare part on site and they called me, I

11  might put it in.

12       Q. But Rick Howe would be more the person I

13  should talk to about the process of ordering that

14  spare part?

15       A. Exactly.

16       Q. How many employees are there at the

17  Bobst facility today?

18       A. Bobst Charlotte?

19       Q. Bobst Charlotte, yes.  I'm sorry.

20       A. Let me do a quick count.  Twelve.

21       Q. How many other field service technicians

22  are there other than yourself?

23       A. Six.

24       Q. Who is responsible for ordering

25  component parts?

1          A. We have -- in that office, there are

2     probably four spares guys.  I'm not sure what

3     they call them.  They're the guys who actually

4     take the orders from the customers.

5          Q. Would they order new equipment as well

6     as additional parts?

7          A. They only handle spare parts.

8          Q. And are you familiar with the

9     recordkeeping process they would use in order to

10    order a spare part?

11         A. Not at all.

12         Q. Is one of these four spares guys Rick

13    Howe?

14         A. No.

15         Q. What position does Rick Howe hold?

16         A. (Witness reviewed business card)

17            Customer service manager.

18         Q. Okay, we have Rick Howe's card.  Who are

19    the four spares guys?

20         A. By name?

21         Q. Yes.

22         A. (There was no response.)

23         Q. If you know.

24         A. Jeff Neeley, K.D. Arnold, Richard

25    Hartsell, and Sam Redden, R-e-d-d-e-n.

1    Q. Is Jeff Neeley the senior most

2    Bobst/Atlas/Valmet employee of those four?

3    A. Of those four, yes.

4    Q. Does Bobst distribute or sell -- strike

5    that. Does Bobst perform sales or service for

6    any other slitters other than Atlas slitters?

7    A. No.

8    Q. And you said there's approximately 20

9    different model numbers, models of slitters?

10    A. That's a very approximate number.

11    Q. Is that roughly the same as it has been

12    for the past ten years or so?

13    A. Probably. Some models come and some

14    models go.

15    Q. But there hadn't been a significant

16    increase or decrease in the number of models?

17    A. I don't think so.

18    Q. Am I correct that Proma facilities in

19    Franklin, Massachusetts -- well, actually in

20    Framingham at the time -- purchased an Atlas

21    slitter?

22    A. Yes.

23    Q. You're generally aware that they have an

24    Atlas slitter, correct?

25    A. Yes.

1         Q. And am I correct that that was an Atlas

2    model CSE1250R?

3         A. Yes.

4         Q. According to documents that we have

5    received, that has an Atlas contract number of

6    92036; is that correct?

7         A. Yes.

8         Q. And that's the serial number, correct?

9         A. That's the serial number and the

10   contract number.

11        Q. So that number is unique to that --

12        A. Yes.

13        Q. -- piece of equipment; is that correct?

14        A. Yes.

15        Q. That's one of those times you have to

16   wait for me to finish before you answer.  I know

17   you know the answer, but you still have to wait.

18            When did Proma purchase that piece of

19   equipment?

20        A. I have no idea.

21        Q. Were you involved with that transaction

22   to purchase that?

23        A. No.

24        Q. Do you know anyone who is currently

25   employed by Bobst that was involved with that

1    also driven by, on that machine, a pair of

2    motors.  So the material is driven onto the core

3    by the red rubber rolls we call pull rolls, and

4    the tension is taken up through the center drive

5    of the two rewind motors.

6              Q.  And the rewind arms hold cores, correct?

7              A.  Correct.

8              Q.  How many cores can the Atlas slitter

9    CSE1250R hold?

10             A.  It varies with machine.

11             Q.  That particular serial number, 92036,

12   how many can that particular piece of equipment

13   hold?

14             A.  The best I remember, five.

15             Q.  I'm just going to show you something and

16   ask you if you can identify that.

17             A.  Yes, I can identify that.

18             Q.  What is that?

19             A.  That is the operating manual for the

20   Atlas model CSE1250R, contract number 92036.

21             Q.  Is there a different operating guide for

22   every piece of equipment?

23             A.  Yes.

24             Q.  So if I were to look at an operating

25   guide for this exact same model, but a different

1    serial number, it might be different?

2        A. It might be different.

3        Q. So these are produced specifically for a

4    piece of equipment?

5        A. Machine-specific, yes.

6        Q. And who produces this document?

7        A. I don't know.

8        Q. Do you know when this would be produced

9    with respect to the purchase of a piece of

10   equipment?

11       A. Generally parts of it are produced

12   during the time the machine is being built.  And

13   then there are parts of it that are not finished

14   until the machine is finished.

15       MS. COUNIHAN:  Can we mark this, please.

16       (Plaintiff's Exhibit Number 2 was marked

17   for identification.)

18       BY MS. COUNIHAN:

19       Q. I believe there is a diagram in here.

20   Yes, this is what I'm looking for (indicating).

21       I'd like to show you a diagram which,

22   for the record, is Exhibit Number 2, and it has a

23   page number that my office has put on it,

24   PUC 0309.  Why don't you take a look at that for

25   a minute.

1    or speed?

2         A. I don't know the specifics.  There are

3    some modifications that are done to the drive,

4    but I don't know the specifics.

5         Q. Without going into the specifics

6    obviously, where do you get the information that

7    there are modifications done to the drive?

8         A. From England.

9         Q. And can you describe for me how those

10   modifications are made?

11        A. I don't know.  I've never modified one

12   myself.  I don't know.

13        Q. Who modifies them?

14        A. I don't know.

15        Q. Are they modified before they get to

16   Proma?

17        A. They would be modified before Proma,

18   yes.

19        Q. Are they modified at the

20   Bobst/Valmet/Atlas facility in North Carolina?

21        A. No.

22        Q. Are you the person that would be

23   responsible to order the board with the

24   modification?

25        A. No.

1      Q. Who from -- who would be that person?

2      A. I don't know.

3      Q. Do you know what the nature of the

4  modifications is with respect to the Proma

5  application?

6      A. No.

7      Q. Do you know who would know?

8      A. Someone in the engineering department in

9  Atlas UK.

10     Q. Has Atlas UK been the party that

11 performed the modifications from 1993 up until

12 today?

13     A. I don't know if we, being Atlas,

14 performed the modifications or if the

15 modifications are done by Infranor before we

16 receive the drive.  I don't know.

17     Q. So in very simple terms, if Proma needs

18 a board, they contact you, correct?

19     A. They contact our office.

20     Q. Well, yeah, not you specifically, but

21 Atlas/Valmet/Bobst in North Carolina would get

22 the call?

23     A. Correct.

24     Q. And then what would Atlas/Valmet/Bobst

25 do?

1          A. I don't know the specifics.

2          Q. Is this Rick Howe's territory or area?

3          A. That's his area of expertise.

4          Q. Are there different model numbers for

5    the Infranor boards?

6          A. Yes.

7          Q. How many different model numbers are

8    there for the Infranor boards that would be used

9    in the model number or serial number 92036

10   slitter?

11         A. To my knowledge, only one.

12         Q. Is that the SMVE2420M59?

13         A. Yes.

14         Q. And did that replace the SMVE2420M55?

15         A. Yes.

16         Q. Do you know when that transition or

17   change took place?

18         A. I don't know.

19         Q. Do you know whether it was prior to

20   2000?

21         A. I don't know.

22         Q. We're going to come to that in a second.

23   What is the difference between the M59 and the

24   M55, without going through all those other

25   numbers?

1        A. As far as I'm aware, the difference

2    between the M55 and the M59 is state-of-the-art

3    change in components.  They changed from what we

4    call discrete, meaning resistors with little

5    wires on the end that plug through holes in the

6    printed circuit boards, to what is called surface

7    mount technology, where the resistors are very

8    small and they soldered directly on top of the

9    board.  There are no holes passing through the

10   board.  As far as I know, that's the only

11   difference between the two drives.

12        MS. COUNIHAN:  Those documents that I

13   gave you this morning that I said were copies, do

14   you have that package handy?

15        MR. KELLEHER:  Yes.

16        BY MS. COUNIHAN:

17        Q. While I'm looking through this, let me

18   ask you this.  Once the transition went from the

19   M55's to M59's, were the M55's discontinued?

20        A. To my knowledge, yes.

21        Q. So if you were to see that a purchase

22   was made of an M59, you could assume that at

23   least as of that date they had been switched over

24   to M59's, correct?

25        A. You could assume that, yes.

CAIN & CRANE COURT REPORTERS
704/545-3510

1        Q. I'm going to show you a document -- can

2    you just identify that document for the record?

3        A. (Witness reviewed document.)

4        It looks like some sort of an order

5    document.

6        Q. This doesn't look like anything you've

7    ever seen before?

8        A. I don't do spare parts, so I don't know

9    what their screens and forms look like.

10       Q. Fair enough.  I'll ask Mr. Howe.  But is

11   it fair to say that at the top it says "Atlas

12   Group Americas"?

13       A. Yes.

14       Q. And it appears to be a repair of a

15   242M059, correct?

16       A. Yes.

17       Q. That would be the part number?

18       A. That's what it looks like, yes.

19       Q. You agree that's what it says, right?

20       A. Yes.

21       Q. I'm not going to ask you if there

22   actually was a repair done, because that's not

23   particularly relevant.  And this appears to have

24   dates in 1995; is that correct?

25       A. Correct.

1        Q. Is it fair to say, then, that as of

2   1995, Atlas was using or -- strike that.  As of

3   1995, Proma had the 242M059 drives?

4        A. Yes.

5        Q. So if they did --

6        MR. KELLEHER:  You're not saying

7   exclusively?

8        MS. COUNIHAN:  No, no.  Well, that was

9   my next question.

10        BY MS. COUNIHAN:

11        Q. When the M59's were put into use, were

12   the M55's removed?

13        A. No.

14        Q. So if you still had an M55 in your piece

15   of equipment, that would continue until the next

16   time it was replaced, at which time it would be

17   replaced by an M59?

18        A. Yes.

19        Q. Am I correct that you at some times

20   throughout your employment with

21   Atlas/Valmet/Bobst have had an occasion to visit

22   the Proma/Van Leer facility?

23        A. Yes.

24        Q. And on any of those occasions, do you

25   recall seeing an M55 drive?

1    ultimate consumer, or the customer?  Excuse me.

2         A. It depends on if the drive requires the

3    modification, like we talked about earlier.  Some

4    require it and some don't.

5         Q. Who has that information as to which

6    machines require the modification and which

7    don't?

8         A. Engineering in the UK.

9         Q. And who from North Carolina communicates

10   with engineering in the UK with respect to that?

11        A. Probably myself.  The parts guys may on

12   occasion.  The other field service guys.

13        Q. I guess what I'm trying to figure out

14   is, for all of the different customers in the

15   United States that have the Infranor drive boards

16   that go through Atlas/Valmet/Bobst in order to

17   get replacement boards, someone needs to have the

18   information relative to their specific

19   application so they know how to set those boards,

20   correct?

21        A. Correct.

22        Q. And who has that information?

23        A. I don't know.

24        Q. Is it fair to say that, for example,

25   Proma wouldn't have that information?

54

1       A. Proma would probably not know those

2   specifics.

3       Q. Does anyone at Atlas/Valmet/Bobst in

4   North Carolina know those specifics?

5       A. All of the Atlas technicians would be

6   able to look at a set of drawings and tell you

7   whether it is a torque-control or a speed-control

8   drive.

9       Q. And who has custody of those drawings?

10      A. We have copies in Charlotte of most --

11  the drawings -- the electrical schematics for

12  most machines in the U.S.

13      Q. And are they filed by customer?

14      A. No, they're filed -- we keep them in

15  serial number, contract order number.

16      Q. Is there a physical file for contract

17  number 92036?

18      A. If we have a schematic, it's in a

19  notebook.  Because the drawings generally --

20  because we get them from England, they're on

21  A4-sized paper, which is slightly different from

22  eight-and-a-half-by-eleven.  So we have a

23  bookcase full of notebooks that have electrical

24  schematics for machines we have in the U.S.

25      Q. So getting back to the process by which

1    Proma would call to say "I need a new board."

2    Would you refer to your schematics?

3        A. I wouldn't, because they wouldn't call

4    me for a spare part.

5        Q. Do you know whether anyone from

6    Atlas/Valmet/Bobst in the United States would

7    refer to those schematics before ordering a

8    board?

9        A. No.

10        Q. Who would set -- who would do that?

11        A. The person in the UK who receives the

12    order.

13        Q. So when you get an order, you're just a

14    conduit by which it's passed to Atlas UK?

15        A. In most circumstances, yes.

16        Q. Under what circumstances would you not

17    send that to Atlas UK?

18        A. For drives?

19        Q. Correct.

20        A. Are we talking specifically drives?

21        Q. We're talking Infranor drives.

22        A. There's not an occasion.  It would

23    always go to the UK.

24        Q. What about if you had them already in

25    your inventory?

1       A. If we had them in our inventory, they

2   would be shipped to the customer.

3       Q. Who would do the modifications to the

4   board under those circumstances?

5       A. Generally -- I don't know.  I don't

6   know.  I don't know.

7       Q. Is there someone at Bobst today who has

8   it as their job responsibility -- strike that.

9   Because Bobst doesn't have any inventory,

10  correct?

11      A. No.

12      Q. When last were they maintained in

13  inventory?  When it was Valmet?

14      A. I don't know.

15      Q. Do you have a specific memory of seeing

16  any of the boards in inventory?

17      A. Yes.

18      Q. Do you have any memory of anyone making

19  any modifications to those boards before sending

20  them out to a customer?

21      A. No.

22      Q. Have you personally ever made a

23  modification to a board before sending it to a

24  customer?

25      A. No.

57

1    Q. Do you know what other documents would

2    be kept in the physical file relative to each

3    particular serial number?

4    A. No.

5        MS. COUNIHAN:  Can we just go off the

6    record for a second?

7        (There was a discussion off the record.)

8        BY MS. COUNIHAN:

9    Q. Is there a physical file called serial

10   or contract number 92036?

11   A. I don't know.

12   Q. If there was, where would it be?

13   A. I'm not sure.  I don't know.

14   Q. Who would be the better person to ask

15   that?

16   A. Rick Howe.

17   Q. When Proma would call to purchase a new

18   board, it goes through Atlas UK.  What about if

19   Proma sends a board down for repair, where is

20   that repair done?

21   A. I don't know.

22   Q. That's nothing you do?

23   A. It's nothing I do, no.

24   Q. Who at Bobst/Valmet/Atlas repaired

25   boards, if anyone?

1       A. No one.

2       Q. It would get sent to the UK?

3       A. I don't know.

4       Q. So you don't know what happens to a

5    board that's sent down here for repair?

6       A. No.

7       Q. What about diagnostics; is that

8    something that you would do down here, or no?

9       A. No.

10       Q. Are any records kept of boards sent back

11   down here for repairs?

12       A. I don't know.

13       Q. Are you familiar at all with the process

14   that a board would be sent down here for a

15   repair?

16       A. No.

17       Q. In general, do you understand that some

18   repairs would be done by the Proma employees at

19   the Proma facility?

20       A. I don't know.  I don't know if they do

21   some of their own repairs or not.

22       Q. Did you provide any training to any

23   Proma employees with respect to repairing the

24   Infranor drives?

25       A. No.

1       A. No.

2       Q. What are those switches?

3       A. The switch on the daughter board?

4       Q. Correct.

5       A. The switch on the daughter board selects

6   whether you are tachometer feedback or armature

7   feedback for speed detection.

8       Q. And that's armature voltage feedback?

9       A. Armature voltage feedback.

10      Q. What is the difference between

11  tachometer feedback and armature --

12      A. A tachometer is an electronic device

13  that is physically attached to the motor so that

14  you get a signal from this tachometer whose

15  amplitude varies depending on the speed of the

16  motor, so that you get actual speed feedback to

17  the drive.

18          The alternative to that is armature

19  voltage feedback, because the greater the

20  armature voltage, in theory, the greater the

21  speed of the motor.

22      Q. Are you finished?  I didn't want to

23  interrupt you.

24      A. Yes.

25      Q. Are there certain applications of the

1    Atlas slitter that would use the tachometer

2    feedback?

3            A. It's possible, but I don't know of any.

4            Q. Are there certain applications of the

5    Atlas slitter, for use of the Atlas slitter, that

6    would use the armature voltage feedback?

7            A. That's the one we generally use for

8    rewind arms.

9            Q. If you generally use that one for the

10   rewind arms, why is there an option for the

11   tachometer feedback?

12           A. Because it's -- well, maybe I spoke

13   incorrectly. There are some applications where

14   we do use tachometers on rewind arms.

15           Q. Are there any applications at the Proma

16   facility or Van Leer that would use the

17   tachometer feedback?

18           A. On the Infranor drives we're discussing,

19   no.

20           Q. Am I correct those are switches that are

21   spring-loaded wires? Is that a simple way to

22   describe them?

23           A. Yes.

24           Q. Who sets those switches?

25           A. I don't know.

1        Q. Did anyone at Proma make the

2    determination as to which position the switch

3    should be set at?

4            MR. KELLEHER:  Objection.

5        A. No idea.

6        Q. You weren't involved with that process

7    at all?

8        A. No.

9        Q. Is it fair to say that that decision or

10   determination would have been made at the time of

11   the original purchase of the machine, initially?

12           MR. KELLEHER:  Objection.

13       A. Yes.

14       Q. Is the decision as to which position to

15   put the switch in determined by the application

16   for that particular piece of equipment?

17       A. Yes.

18       Q. So if you assume that the application

19   for Proma or Van Leer has remained the same, that

20   position would have stayed the same?

21       A. Yes.

22       Q. Do you know of any time during the

23   course of your employment with Atlas, Valmet, or

24   Bobst, that that position has changed at the

25   Proma facility?

1          MR. KELLEHER:  Objection.

2          A. I'm sorry.  Repeat the question again.

3          Q. For the period of time that you've been

4    employed as a field service engineer and/or

5    technician, do you know of any time that Proma

6    would have changed their application so that it

7    would require they use a different position on

8    the daughter board switch?

9          A. No.

10          Q. If a board is sent down to

11    Atlas/Valmet/Bobst for repair, would the switches

12    be set again before it was sent back to Proma?

13          MR. KELLEHER:  Objection.

14          A. I don't know.

15          Q. That's something that would be done by

16    whoever did the repair?

17          A. I would assume.

18          Q. But you would assume that when the board

19    was returned to Proma, the switches would be set?

20          MR. KELLEHER:  Objection.

21          A. I would assume.

22          Q. Do you have any reason to believe that

23    when the board was returned to Proma, the

24    switches would not be set?

25          A. I'm sorry.  Say that again.

1      Q. Do you have any reason to believe that

2  when repaired boards are returned to Proma, the

3  switches would not be set?

4      A. No.

5      Q. Is it fair, though, to say that in some

6  circumstances -- strike that.  We'll come to that

7  in a minute.  If there was a repair that had

8  involved the switch, how would that be recorded

9  in any of the documents, if you know?

10     A. I don't know.

11     Q. Are you familiar with the types of

12  problems that customers have with the boards,

13  where they would be required to send them back to

14  you?

15     A. Somewhat.

16     Q. For example, if you were to receive a

17  report that there was a questionable board to be

18  tested and calibrated, are you familiar with what

19  that would entail?

20     A. Not specifically.

21     Q. Is there someone at Atlas/Valmet/Bobst

22  that would be familiar with what that would

23  entail?

24     A. UK.

25     Q. It would be over in the UK?

1        Q. I'm going to show you documents and just

2    ask you if you could just take a look at those

3    documents.

4        A. Okay.

5        Q. Is it fair to say that these documents

6    relate or pertain to a service visit by someone

7    from Atlas/Valmet to Van Leer/Proma?

8        A. Yes.

9        Q. And am I correct that the second page

10   indicates the Valmet travel expense report was

11   for John Brook?

12       A. Yes.

13       Q. Is it fair to say then that he was the

14   technician that came on this trip?

15       A. Yes.

16       Q. And on the first page, it indicates a

17   service date of August 2nd to 4th, 2000; is that

18   correct?

19       A. Yes.

20       Q. Is that consistent with the expense

21   report prepared by or submitted by John Brook?

22       A. Yes.

23       Q. Can you tell me, is there a specific

24   checklist of items that you would inspect on a

25   visit such as a service call like this?

1          A. No.

2          Q. There's no criteria that you would use?

3          A. No.

4          Q. You would simply go try to figure out

5    what the problem was that the customer couldn't

6    figure out on their own?

7          A. Yes.

8          Q. In this particular occasion, on the

9    third page, the Purchase Requisition indicates

10   services to diagnose and correct problems with

11   dancer/tension control on slitter; is that

12   correct?

13         A. Yes.

14         Q. What is the dancer/tension control?

15         A. Do you have that drawing?  It would be

16   easier to show you, if we can refer to that.

17              (Document was tendered to witness)

18              There is this roll here that's indicated

19   with the -- I think that's a number 3.

20         Q. Do you want to just circle the number 3

21   there so that when we look at this document two

22   years from now we know what we're talking about?

23         A. (The witness complied.)

24         Q. Okay.

25         A. This is what is called a dancer

1    (indicating).  It swings back and forth as the

2    machine speeds up and slows down.  If a supply

3    roll is out of round, the dancer will move to

4    compensate for this movement of the web going

5    back and forth.  This then has feedback into a

6    circuit, could be software, could be a circuit

7    card on this machine, I don't remember.  Or it

8    could be done in the drive, in the eurytherm

9    drive.  That controls a motor back here

10   (indicating) to keep tension in the web as it's

11   coming through the machine.

12        Q.  When you say "back here," for the

13   record, you're talking about the unwind roll?

14        A.  The unwind stand, yes.

15        Q.  Does this problem in any way pertain to

16   the Infranor drive boards?

17        A.  Not in any way.

18        Q.  As part of a service call such as this,

19   would a routine inspection be done of the entire

20   machine?

21        A.  It's possible.

22        Q.  If a routine inspection had been done,

23   would there have been any notes taken?

24        A.  It's possible.

25        Q.  If there were notes taken, where would

1    those be found?

2          A. In the folder (indicating).

3          Q. In John Brook's folder?

4          A. Yes.

5          Q. Does each technician maintain its own

6    folder?

7          A. No.

8          Q. Why does John Brook have his own folder?

9          A. It's not -- technically it's not John

10   Brook's folder, but it seems most of the

11   information in there was put in there by John

12   Brook.

13         Q. Where was that folder found?

14         A. In our office in Charlotte.

15         Q. Was it filed under anything in

16   particular?

17         A. It was filed under -- I think it

18   actually says "Van Leer."

19         Q. The red tab says "Van Leer"?

20         A. It says "Van Leer Metallized Products."

21         Q. Are there folders for each of the

22   customers that Atlas/Valmet/Bobst services?

23         A. Not necessarily.

24         Q. If an inspection had been done that

25   revealed that the switch on the daughter card was

89

1    unhooked, would that be noted somewhere?

2          A. I can't say for sure.

3          Q. If you were to be doing an inspection of

4    the piece of equipment at the Proma facility and

5    you looked at the drive board, would you know

6    that the switch was unhooked?

7          A. Yes.

8          Q. By looking at it?

9          A. Yes.

10         Q. And would you correct it?

11         A. Yes.

12            MR. KELLEHER:  Objection.

13            BY MS. COUNIHAN:

14         Q. I'm just talking in general.  I guess

15   what my question is is, are the

16   Atlas/Valmet/Bobst technicians trained to

17   recognize when that switch is not in its proper

18   position?

19         A. I can't say.

20         Q. How did you learn of the proper position

21   of that switch?

22         A. It just seems like something I've always

23   known.  I don't know when I picked up that

24   information.

25         Q. Is it fair to say that you had that

1    information prior to the date of Mr. Pucillo's

2    accident?

3        A. Yes.

4        Q. And you don't have any memory of where

5    you learned that?

6        A. No.

7        Q. Have you ever discussed it with any of

8    the other technicians at Atlas/Valmet/Bobst?

9        A. Discussed what?

10       Q. The proper position of the switch on the

11   Proma machines.

12       A. Possibly.

13       Q. Prior to the accident, do you recall?

14       A. I don't recall specifically, no.

15       Q. If the other technicians -- well, strike

16   that. We know at least you have gone up to do

17   service calls at Proma/Van Leer, and Mr. Brook,

18   correct?

19       A. Correct.

20       Q. And we don't know whether or not any of

21   the other technicians have, correct?

22       A. I have no direct knowledge of who has

23   been there, no.

24       Q. Do you know whether Mr. Brook knew of

25   the correct setting for the switch?

1          A. I don't know.

2          Q. I don't know if I don't ask you.  On

3    these service calls, are you expected to do an

4    inspection of the machine?

5          A. No.

6          Q. There's no protocol or instructions that

7    Atlas/Valmet or Bobst gives to you with respect

8    to what should be done on a service call?

9          A. No.

10         Q. There's no written manuals for you to

11   follow as far as what should be done on a service

12   call?

13         A. Not to my knowledge.

14         MS. COUNIHAN:  Can I have the John Brook

15   file?

16         MR. KELLEHER:  I'll just note it may not

17   be John Brook's file.

18         MS. COUNIHAN:  I'll just call it the

19   brown folder for the time being.

20         THE WITNESS:  Let's call it the brown

21   folder.

22         BY MS. COUNIHAN:

23         Q. While I'm looking for this, why don't I

24   ask you another general question.  Is there any

25   reference in the operating guide as to the proper

1   if you just -- let's just take out that last page

2   since it does not pertain to this case at all.

3   We will remove that one.

4           Am I correct then, for the record, that

5   the first three pages relate to a service call in

6   September of 2000?

7           A. Yes.

8           Q. And am I correct that it appears that

9   John Brook did this service call, as well?

10          A. Yes.

11          Q. And can you tell me, please, on the

12  second page, what the service call was for?

13          A. Service call to troubleshoot and

14  calibrate drive system on Atlas slitter.

15          Q. Can you tell me what that means?

16          A. No.

17          Q. Does it have anything to do with the

18  Infranor drive boards?

19          A. Possibly.

20          Q. What other possible explanations are

21  there for what that particular repair would

22  entail?

23          A. It could be the unwind drive system,

24  like we were discussing earlier.  It could be

25  main drive drive system like we didn't discuss

1    earlier.  Or it could be rewind drive system.

2    There's not enough information here to know

3    exactly.

4         Q. Is it fair to say that we would need

5    Mr. Brook and/or his notes from his service call

6    in order to determine what drive was involved?

7         A. Yes.

8         MS. COUNIHAN:  Let's just mark this so

9    we keep the service calls marked.

10        (Plaintiff's Exhibit Number 4 was marked

11   for identification.)

12        MS. COUNIHAN:  For the record, Exhibit

13   Number 4 has been marked.  It is, for my

14   purposes, PUC 0600, 0601, and 0595.

15        BY MS. COUNIHAN:

16        Q. When you would do a service call, would

17   there be any logs kept pertaining to that

18   particular customer?

19        A. It's possible.

20        Q. For example, if you were to go up there

21   in September of 2000, would you have access to

22   any notes from the visit the month before?

23        A. It's possible.

24        Q. How would it be possible?

25        A. If there were any notes made from the

1    previous visit.

2        Q. So if there had been notes made from the

3    previous visit, they would be found in the brown

4    folder?

5        A. During -- yeah, during that period of

6    time, yes, probably in the brown folder.

7        Q. Currently, is there a computerized

8    system?

9        A. Yes.

10       Q. More or less?

11       A. Yes.

12       Q. And what information is contained in the

13   computerized system?

14       A. Generally everything -- all the notes

15   that the service technician made on the last

16   visit, if he did a visit report.

17       Q. Is there a form called a visit report?

18       A. We all have our own version of a visit

19   report.

20       Q. Are they filed anywhere?

21       A. We have -- now, we have on our server,

22   we have just a folder called "visit reports," I

23   think.  And people who actually do them can file

24   their visit reports in there.  So if you're going

25   to that same customer next week, you can go back

1    and look in there and see what was done last time

2    you were there, if a visit report was done.

3           Q. Do you know whether there are any visit

4    reports for any of the visits to Proma?

5           A. Where?

6           Q. That would be my next question.  Have

7    you ever seen a visit report for any of the

8    visits at Proma?

9           A. Yes.

10          Q. Where did you see those?

11          A. In the brown folder.

12          Q. But none other than what are in the

13   brown folder that has been produced here today?

14          A. Right.

15          Q. When you would go to Proma, would you do

16   a visit report while you were there, or any type

17   of report there?

18          A. It sort of depends on the circumstances.

19   It has been suggested that we do visit reports,

20   but it has never been required that we do visit

21   reports.  Some customers will require one.  They

22   won't pay for the visit until they get the visit

23   report.

24          Q. Do you know whether Proma is one of

25   those customers?

1          A. I don't know.

2          Q. When you're at the facility doing your

3    inspection or troubleshooting, do you leave

4    anything there with the customer as to what was

5    done?

6          A. Sometimes, but not always.

7          Q. And there's no logs kept at the pieces

8    of equipment themselves that you would enter the

9    date you were there and what was done?

10         A. No.

11         Q. Do you know what I'm talking about?  I

12   know on my copy machine at my office, it has a

13   binder that comes with it.  And every time they

14   come to repair it, they make a note of what they

15   did.  There's nothing like that for these pieces

16   of equipment?

17         A. No.

18         Q. So if there was no report ever done or

19   no written report, you would have no way of

20   knowing what was done last time somebody was up

21   there?

22         A. No.  Because sometimes, especially when

23   John and I were here together, if I were called

24   to go to a particular customer and I knew that

25   John had been there three months before, I would

1    just call him.  If we weren't in the office

2    together, I would just call him and say:  I'm

3    going to customer X; what happened last time you

4    were there.

5        Q. Did you ever have any of those

6    conversations with respect to the Proma facility

7    with John?

8        A. No.

9        Q. So when you went up there after this

10   accident, did you talk to John about what he had

11   done on his visits?

12       A. No.

13       Q. Have you ever had any conversation with

14   him relative to the switch on the daughter card

15   on that particular machine?

16       A. Not that I can remember.

17       Q. I'm going to show you another set of

18   documents and ask you if you can look through

19   those.

20       A. (Witness reviewed documents.)

21       Q. Am I correct that the handwritten

22   notation there indicates September 18 to 21st?

23       A. That's what it looks like, yes.

24       Q. And that the charges were actually for

25   four days?

1      A. Yes.

2      Q. So that would be consistent, 18th to the

3   21st?

4      A. Correct.

5      Q. And that was in the year 2000, correct?

6      A. Correct.

7      Q. Am I correct that this indicates that

8   John Brook did this repair, as well, or service?

9      A. That's what the handwritten note says.

10      Q. And up in the top left corner of the

11   first page, it indicates:  Seller, John Brook?

12      A. Yes.

13      Q. Does that mean he did it?

14      A. I assume.

15      Q. Do you have any memory of being at the

16   Proma facility in October of 2000?

17      A. No.

18      Q. Do you charge the same rate as

19   Mr. Brook?

20      A. Yes, we all get the same rate.

21      Q. Well, I was just thinking maybe --

22      A. We don't get the same rate.  The company

23   gets the same rate.

24      Q. I understand.  You're billed out at the

25   same rate, correct?

1       A. Yes.

2       Q. The only reason I asked that is if you

3   were at different rates, it might be possible to

4   tell which technician was there based on the rate

5   that was paid.

6       A. No.

7       Q. And on the second page, it indicates:

8   Service call to troubleshoot drive problems on

9   Atlas slitter, correct?

10      A. Correct.

11      Q. Is it fair to say that we can't tell

12  without speaking to Mr. Brook what the drive

13  that's being referred to there is?

14      A. That's correct.

15      Q. Either by speaking to him or finding a

16  note, correct?

17      A. Correct.

18          MS. COUNIHAN:  Let's mark that one as

19  Exhibit 5.  And that would be, for my file, PUC

20  0594 and 0596.

21          (Plaintiff's Exhibit Number 5 was marked

22  for identification.)

23          BY MS. COUNIHAN:

24      Q. Can you take a look at that package,

25  please.

1          A. (Witness reviewed documents.)

2          Q. Is it fair to say that these two

3     documents pertain to a service visit by John

4     Brook on the Atlas slitter on November 14 to 16,

5     2001?

6          A. Yes.

7          Q. And that's contained on the first page

8     about halfway through, correct?

9          A. Yes.

10         Q. And on the second page, once again, it

11    indicates:  Service call for technician to

12    troubleshoot drives on Atlas slitter, correct?

13         A. Correct.

14         Q. And without speaking to Mr. Brook or

15    reviewing a visit report, you don't know what

16    that drive pertains to, correct?

17         A. Correct.

18         Q. Do you have any memory of speaking to

19    Mr. Brook about the problems in 2000 or 2001 with

20    the drives on the Atlas slitter?

21         A. No.

22         MS. COUNIHAN:  Let's mark that one as

23    Exhibit 6, and for my file, 0541 and 0542.

24              (Plaintiff's Exhibit Number 6 was marked

25    for identification.)

1    voltage feedback and the tachometer feedback, is

2    that the same as torque versus speed control?

3         A. No.

4         Q. Can you explain to me -- because I'm

5    confused as to what different settings there are,

6    I think is where my confusion is.

7         A. The difference between torque and speed

8    is either the modification or the lack of

9    modification to the drive board itself, the big

10   board.

11        Q. But not the daughter card?

12        A. But not the daughter board.  The

13   selection between armature voltage feedback and

14   tachometer feedback is what is done on the

15   daughter board.

16        Q. So the torque versus speed control is

17   something that may or not be modified on the

18   board, correct?

19        A. Correct.

20        Q. Who would determine whether or not that

21   needs to be modified?

22        A. The engineer who designed the machine,

23   who determined whether he was doing speed control

24   or torque control.

25        Q. And in this case, would that have been

1   an Atlas engineer or a Van Leer engineer?

2          A. An Atlas engineer.

3          Q. Do you know who the Atlas engineer was

4   that did that?

5          A. No.

6          Q. Is it one of the Atlas engineers from

7   England?

8          A. Yes.

9          Q. Do you know whether the Atlas engineer

10  came over from England and met with the people at

11  the Massachusetts facility?

12         A. I don't know.

13         Q. Once that was established, that would

14  remain consistent or constant throughout the life

15  of that machine, correct?

16         A. Correct.

17         Q. And when Proma would purchase a new

18  board, that modification or lack of modification

19  would be done in England?

20         A. In England or Germany. I'm not sure

21  which. Infranor is a German company, so I'm not

22  sure where the modification gets done.

23         Q. But it's fair to say it's not done at

24  Proma or Van Leer?

25         A. No.

1      Q. You also talked about the switch on the

2  daughter card.  Before I get to that, are there

3  any other modifications that may or may not be

4  done to the drive board before it would be sent

5  to Massachusetts?

6      A. Not that I'm aware of.

7      Q. And the daughter card has the switch.

8  We already did that.  Does it require any tools

9  to set the switch?

10     A. No.

11     Q. Have there been any changes in the

12 switch from 1993 up until today?

13     A. I don't know.

14     Q. Let's do it -- have there been any

15 changes in the switch from 1993 up until the date

16 of this accident?

17     A. I don't know.

18     Q. Are you familiar with what Van Leer or

19 Proma would do with the board once it was

20 received at their facility?

21     A. No.

22     Q. Do you know of any training given to any

23 of the Van Leer or Proma employees with respect

24 to the setting of the switch?

25     A. No.

1          Q. Do you know whether there ever was any

2    training?

3          A. I don't know.

4          Q. Do you know of any training given to the

5    Van Leer or Proma employees with respect to the

6    installation or replacement of the Infranor drive

7    boards?

8          A. I don't know.

9          Q. Was there anyone at Atlas or Valmet that

10   had it as their job responsibility to train the

11   Proma employees or Van Leer employees with

12   respect to the proper installation or replacement

13   of the drive boards?

14         A. I don't know.

15         Q. Is there anyone at Bobst today that

16   could answer those questions?

17         A. Bobst USA?

18         Q. Yes.

19         A. No.

20         Q. In your occasions that you were up in

21   Franklin, or Framingham, depending on where the

22   Proma or Van Leer facility was at the time, did

23   you meet with the electricians?

24         A. Possibly.  I don't remember

25   specifically.

1          Q. Did you get any sense as to their level

2    of competence with respect to the proper

3    installation or replacement of the boards?

4               MR. KELLEHER:  Objection.

5               BY MS. COUNIHAN:

6          Q. I'm just asking for your personal

7    opinion.

8          A. No.

9               MR. KELLEHER:  Same objection.

10              BY MS. COUNIHAN:

11         Q. Other than the switch, were there any

12   other -- strike that.  I'll come back to that.

13   And you said there's nothing in any of the --

14   there's nothing in the operating guide with

15   respect to the setting of the switch, correct?

16         A. Not that I'm aware of.

17         Q. And the document that you said did

18   contain information relative to the setting of

19   the switch would be the schematics?

20         A. Electrical schematics, yes.

21         Q. In general, how would an operator of the

22   Atlas slitter know that there was a problem with

23   the drive board?

24              MR. KELLEHER:  Objection.

25

1          BY MS. COUNIHAN:

2          Q. Do you understand that question?

3          A. Yeah, I understand the question.  The

4  operator probably would not know that there is a

5  problem with the drive board.

6          Q. What would be the first sign that a

7  drive board had degraded to the point that it

8  needed to either be repaired or replaced?

9          A. As far as the operator is concerned, the

10  only indication he would have that would point

11  directly to a drive board would be on the

12  computer screen, on the PC screen, if that red

13  light we were talking about, the fault LED, came

14  on.  That's reported back to the control system,

15  and then the control system puts an alarm message

16  out to the PC that says there's some sort of

17  drive fault.

18          Q. And that would cause the operator to

19  notify either a maintenance or an electrician?

20          MR. KELLEHER:  Objection.

21          A. Yes.

22          Q. How would an electrician know whether or

23  not a drive board needs to either be replaced or

24  repaired?

25          A. Sometimes it's a guess.

1       Q. It's not like a light bulb, where it

2   just goes out and then you know you need to

3   replace it, right?

4       A. Sometimes it is, sometimes it's not.

5       Q. Does Atlas/Valmet provide any training

6   to the electricians at any of the customers'

7   facilities with respect to troubleshooting?

8       A. General troubleshooting, yes, sometimes.

9   We assume that the customer employs capable

10  people who are capable of troubleshooting.  We

11  don't teach troubleshooting skills.

12      Q. And in the event that the electricians

13  are not able to correct it, that's when they

14  would either send it back to you or have you come

15  up, correct?

16      A. It could happen that way.

17      Q. What other way could it happen?

18      A. Well, normally, there's another tier of

19  support in a facility like Proma.  Not everybody

20  has that extra level of support where they call

21  Greg Hagopian to come out and lend a hand.

22          MS. COUNIHAN:  Off the record.

23          (There was a discussion off the record.)

24          BY MS. COUNIHAN:

25      Q. Physically, can you walk me through, how

1    do you change an Infranor drive board?

2         A. There are two circuit breakers.  You

3    turn off the two circuit breakers.  And then

4    generally, there is a small screw in the top of

5    the front cover and the bottom of the front

6    cover.  You just loosen those two screws.

7    They're captive screws; they stay in the cover.

8    Then you just slide the drive out, and then put

9    the new drive in, in the reverse.  Slide the new

10   drive in, tighten the two screws, turn the

11   circuit breakers back on.

12        Q. Does that process involve any type of

13   visual inspection of the drive board that comes

14   out?

15        A. It's possible.

16        Q. What about of the drive board that goes

17   in?

18        A. It's possible.

19        Q. Are there any written materials that

20   would indicate that that should or should not be

21   done?

22        A. Not that I'm aware of.

23        Q. In your experience with the Atlas

24   slitters, this particular 92036 at Proma, did

25   some of the drives need to be replaced or

1  repaired more often than others?

2       A. I don't know.

3       Q. And you said you don't know how long a

4  drive generally lasts, correct?

5       A. No.

6       Q. When one board needs to be replaced, you

7  don't replace all of them, correct?

8       A. No.

9       Q. Is any training given to -- was any

10  training given to Van Leer or Proma employees

11  with respect to any visual inspection that should

12  be done prior to installing a new drive?

13       A. I don't know.

14       Q. Who from Atlas or Valmet would have been

15  responsible for that type of training?

16            MR. KELLEHER:  Objection.

17       A. I'm not sure.  I'm not sure.

18       Q. But that's nothing that falls within

19  your job description of training operators and

20  maintenance people?

21       A. It could.  Especially during this time,

22  there were, like I said earlier, people coming

23  over from the UK.  So I don't know specifically

24  who did the training on that machine.

25       Q. Prior to March of 2002, with this

1    Infranor drive boards were installed, correct?

2              MR. KELLEHER:  Objection.

3         A. Correct.

4         Q. I mean, if I'm wrong, that's wonderful.

5    If you could tell me a way to determine the

6    history of each particular serial number, I would

7    appreciate that.

8         A. I don't think there is a way.

9         Q. I hope Rick Howe knows a way.

10        (There was a discussion off the record.)

11             BY MS. COUNIHAN:

12        Q. What was the status of Proma's

13   investigation as to the cause of this accident

14   when you arrived, if you know?

15        A. I don't know.

16        Q. Did you have any conversations with

17   anyone there about what had been done from the

18   time of the accident up until you arrived?

19        A. I don't remember.

20        Q. Had the control boards or the Infranor

21   boards been removed prior to your arrival?

22        A. Not to my knowledge.

23        Q. Who from Proma did you work with on your

24   investigation of this accident?

25        A. I think probably Greg Hagopian and

1    possibly Dave Peavy.   I don't remember exactly.

2            Q. Did you also work with Harold Isherwood?

3            A. No.   I think there was a meeting

4    possibly at the end where Harold was there.   But

5    I don't remember exactly.

6            Q. Did you know Mr. Isherwood from prior

7    visits at Proma?

8            A. I had met him before, yes.

9            Q. What did you do as far as your

10   investigation was concerned?

11           A. We went through a lot of reasons why

12   either the arms could lift off the drum or why

13   the rewinds could accelerate to something above

14   what you would consider a reasonable speed.

15           A lot of things were discussed and

16   eliminated as possibilities.   So then we got down

17   to actually focusing on the drives, because it

18   appeared that everything external to the drives

19   was working correctly.   So we focused on the

20   drives, specifically whichever arm, 2 left or

21   2 right --

22           Q. You can refer to your report if that

23   would help you.   For the purposes of the record,

24   though, if you could tell me when you're reading

25   from your report versus when you're telling me

1   your independent knowledge.

2       A. Reading from my report, we focused

3   initially on the drive for controlling arm

4   2 left.  That particular drive had the switch in

5   the neither position, neither armature voltage

6   feedback nor tachometer feedback.

7       Q. How does it appear when it's in neither

8   position?  Hanging straight down?

9       A. No, it sort of sticks up at an angle,

10  because it has tension on it.  So that when you

11  hook it, it's trying to pull up, but it can't,

12  because it's hooked under the hook.  So when it's

13  not in either position, it sort of points up at

14  an angle.

15      Q. Okay.

16      A. And from there, once we found that that

17  one was incorrect, I just went through all the

18  rest of the drives and checked every daughter

19  board on every drive.  And then --

20      Q. Before we get to "and then," what did

21  you find on the inspection of the other drives?

22      A. Reading from my report, 2 left, the

23  switch was in the neither position.  2 right was

24  correct.  1 left was in the wrong position.  4

25  right was in neither position.  And 5 left was in

1   neither position.  All the rest were correct.

2          Q. How would a switch get into the wrong

3   position?

4          MR. KELLEHER:  Objection.

5          A. I don't know.

6          Q. How can a switch -- or what are the

7   possible explanations for a switch being in

8   neither position?

9          MR. KELLEHER:  Objection.

10         A. Well, you could say there are several

11  possibilities for that happening.  With someone

12  handling the drive, you could accidentally unclip

13  it from the hook.  In shipping, being wrapped in

14  bubble wrap, the bubble wrap could put pressure

15  down on the switch and cause it to snap out of

16  the hook.  I don't know how Proma stores things

17  like this in their maintenance storage, but you

18  could have one drive sitting on top of the other

19  drive, and the heat sink could actually pop it

20  loose.  So there's a lot of possibilities.

21         Q. Could the vibration from the machine

22  itself cause it to unhook?

23         A. No.

24         Q. Do you know if any testing was done to

25  determine that, or is that based on your own

1    personal opinion?

2          A. Personal opinion.

3          Q. Is there any indication to the operator

4    of the machine when a switch becomes unhooked?

5    Would that cause the fault LED light to light?

6          A. No.

7          Q. Is there any indication other than the

8    fault LED light that would indicate to an

9    operator that a switch had been unhooked?

10         A. The fault LED won't indicate that the

11   switch has been unhooked.

12         Q. Is there anything that would indicate

13   that a switch was unhooked?

14         A. No.

15         Q. So there's no way of knowing if a switch

16   is unhooked other than looking at it?

17         A. To my knowledge, yes.

18         Q. Is it your understanding that the

19   switches are set in the correct position before

20   they're sent to Proma?

21         A. Yes.

22         Q. And that would be done by either

23   Atlas UK or Infranor?

24         A. Correct.

25         Q. But you don't know who does it?

141

1       A. I don't know who does it.

2       Q. Do you know what is done by Atlas UK or

3   Infranor to ensure that the switches don't come

4   unhooked in transit?

5       A. No.

6       Q. And there is no circumstance under which

7   Proma would change the position of that switch,

8   correct?

9           MR. KELLEHER:  Objection.

10      A. There is no reason for Proma to ever

11  change that switch.

12      Q. For their application, they would keep

13  the switches in the one position B, correct?

14      A. Correct.

15      Q. Is it possible to hook that switch

16  permanently?

17          MR. KELLEHER:  Objection.

18      A. It's possible.

19      Q. How would you hook it permanently?

20          MR. KELLEHER:  Objection.

21      A. You could -- because it's a hook, you

22  could put the switch under it and bend the hook

23  over, or you could solder it in position.

24      Q. And in fact, according to your report,

25  the switches were soldered after the accident,

1    correct?

2            A. Correct.

3            Q. Is that something you did?

4            A. I did it, yes.

5            Q. Why did you do it?

6            MR. KELLEHER:  Objection.  I just object

7    to this whole line of questioning, but I'll just

8    make one objection.

9            A. I'm sorry.  What was the question again?

10           Q. Why did you solder the hooks after the

11   accident?

12           A. I think we discussed it at Proma, and

13   someone at Proma suggested that we do that as a

14   permanent solution.

15           Q. And has that permanent solution been

16   done on any subsequent boards that are purchased?

17           A. Not that I know of, not that I'm aware

18   of.

19           Q. But you wouldn't have -- you're not part

20   of that process of purchasing new boards,

21   correct?

22           A. Correct.

23           Q. Does the soldering or -- strike that.

24   Does hooking the switch permanently in any way

25   compromise the operation of the machine?

1          A. No.

2          Q. Soldering the hooks, is that an

3     expensive proposition?

4          A. No.

5          Q. Is it time consuming?

6          A. No.

7          Q. Why wasn't that done prior to the

8     accident?

9          A. I don't know.

10          Q. Have you learned from any source that

11     that was discussed or contemplated prior to the

12     accident?

13          A. No.

14          Q. Do you know of any other Infranor boards

15     that are soldered or have -- strike that.  Do you

16     know of any other switch on any other Infranor

17     board that was soldered prior to the accident?

18          A. No.

19          Q. It's my understanding that one of the

20     switches was found to be soldered at the time of

21     your investigation; is that correct?

22          A. I don't remember that if it was.  It's

23     possible, but I don't remember that.

24          Q. Let me show you a document which has

25     been marked as Deposition Exhibit Number 4 in

1    Mr. Sereno's deposition.  Have you ever seen that

2    document?

3        A. No.

4        Q. And you have no memory as you sit here

5    today of finding one of the switches soldered at

6    the time of your investigation?

7        A. I don't remember that, no.

8        Q. Well, if you don't remember it, then

9    you're not going to know if you did it, so I

10   guess I don't need to keep looking.

11            So you're not familiar in general with

12   any of the switches on the daughter cards being

13   soldered prior to March of 2002?

14       A. Not that I know of.

15       Q. Do other customers use or purchase

16   Infranor drive boards from Atlas/Valmet/Bobst

17   that have the daughter card with the switch on

18   it, as well?

19       A. Yes.

20       Q. And have any changes been made to those

21   daughter cards since the date of Mr. Pucillo's

22   accident?

23            MR. KELLEHER:  Objection.

24       A. I don't know.

25       Q. Getting back to your report there, the

1    third paragraph that starts out, "The arrangement

2    and configuration of the rewind drive system," is

3    that what you were describing earlier?

4         A. Right, torque control with speed limit.

5         Q. Are those findings significant as they

6    pertain to the cause of this accident?

7         A. I don't understand.

8         Q. I think that my noneducated reading of

9    this report, I didn't understand how that

10   particular information regarding torque control

11   with speed limit pertained to your investigation

12   as to the cause of this accident.

13        A. That paragraph is more of an explanation

14   of how the machine works than relates directly to

15   the accident.

16        Q. Because you would agree that the

17   paragraph that starts, "After my arrival," when

18   you were talking about the tests to the different

19   drive boards, that pertains directly to the cause

20   of this accident, correct?

21        A. Correct.

22        Q. So the next paragraph is simply a basic

23   informational paragraph with respect to the

24   operation of the machine?

25        A. Yeah.

1          Q. And then the next paragraph indicates

2    the PLC program was verified to be outputting

3    correct values for torque and speed, correct?

4          A. Correct.

5          Q. By that, did you eliminate that as a

6    cause of this accident?

7          A. Yes.

8          Q. The bottom paragraph indicates the

9    armature voltage feedback daughter board, and

10    then it talks about the different daughter

11    boards, correct?

12          A. Correct.

13          Q. And this is where there's the

14    distinction between the M55 and the M59, correct?

15          A. Correct.

16          Q. Does the distinction between the M55 and

17    the M59 have anything to do with the cause of

18    this accident?

19          A. No.

20          Q. And then on the first full paragraph, on

21    your second page, it indicates:  Standard

22    operating procedures would dictate that when

23    replacing any electronic component, the

24    authorized technician should check all switches,

25    jumpers, and links for correct position, correct?

1       A. Correct.

2       Q. Are there any other switches other than

3   the switch on the daughter card at the Proma

4   facility?

5       A. I think so, but I can't say for sure.  I

6   think the drive itself has another switch that is

7   very similar to this one.

8       Q. The Infranor drive board?

9       A. The big board, yes.

10      Q. And that's not the torque or speed

11  control switch?

12      A. No.

13      Q. What are jumpers?

14      A. Well, in other types of electronics,

15  electronic components sometimes will have like

16  little wire jumpers, they look almost like a

17  staple, that you configure the board for whatever

18  it is, for addressing, or for whatever reason,

19  with these little jumpers.

20      Q. And are there jumpers on the Infranor

21  drive boards that were in the Atlas slitter as of

22  March of 2002?

23      A. Not that I know of.

24      Q. And what about links, what are links?

25      A. Same as jumpers.

1        Q. Oh, okay.

2        A. US, we call them jumpers.  UK calls them

3    links.

4        Q. So when you say standard operating

5    procedures is to check the switches, jumpers, and

6    links, that doesn't mean particularly to this

7    Infranor drive board, correct?

8        A. No, this is a general, for anything

9    electronic.

10        Q. And the standard operating procedures,

11    is that a written procedure?

12        A. No.

13        Q. You indicated earlier that the arms

14    lifted up prior to the core being ejected,

15    correct?

16        A. Correct.

17        Q. Were you able to determine the cause of

18    the arms lifting up?

19        A. No.

20        Q. If the speed control switch had been set

21    correctly, would the arms have lifted up?

22        A. No, the two are not related at all.

23        Q. If the speed control switch had been set

24    properly, though, would the core have been

25    ejected?

1          A. No.

2          Q. Because I'm correct that the core was

3   ejected because the speed control switch was set

4   inappropriately or incorrectly, correct?

5          A. That, and the combination of the arms

6   lifting off the winding drum.

7          Q. But I'm just trying to decide, the arms

8   lifting off the winding drum, were you ever able

9   to figure out the cause of that?

10         A. No, we never saw it again, couldn't make

11  it happen again.

12         Q. And if the speed control switch had been

13  set correctly, the fact that the arms lifted up

14  would not have caused the core to eject, correct?

15         A. Correct.

16         Q. Were you able to verify that the machine

17  had reset from the job prior to Mr. Pucillo's

18  job?

19         A. When I got there, it appeared that

20  everything had reset to be ready for the next

21  order.

22         Q. So were you able to eliminate that as a

23  cause of this accident?

24         A. Right.

25         Q. Were you able to determine the precise