```
                                    Volume I
                                    Pages 1 to 110
                                    Exhibits (None)

            UNITED STATES DISTRICT COURT

              DISTRICT OF MASSACHUSETTS


  ------------------------
  CIRIACO PUCILLO,
             Plaintiff(s),

        v.                          Civil Action
                                    No. 03-CV-12359 MLW
  METSO PAPER INC. AND
  VALMET CONVERTING, INC.,
             Defendant(s).

  ------------------------


      DEPOSITION OF HAROLD ISHERWOOD, a witness called

  by counsel for the Plaintiff, taken pursuant to the

  applicable rules, before Diane L. McElwee, Registered

  Merit Reporter and Notary Public in and for the

  Commonwealth of Massachusetts, at the Offices of

  Proma Technologies, 24 Forge Park, Franklin,

  Massachusetts, on Friday, February 4, 2005,

  commencing at 10:05 AM.



                  _____
              JAMES GIBBONS & ASSOCIATES
                   617-428-0402
```

1   A   Correct.
2   Q   Do you know whether anyone from Atlas or
3   Valmet trained anyone at the Proma facility or
4   Van Leer with respect to the switches on the daughter
5   card?
6   A   To the best of my knowledge, no.
7   Q   Was it your understanding that the boards as
8   delivered to Proma or Van Leer were ready for
9   installation?
10  A   Correct.  Absolutely.
11  Q   Does Proma or Van Leer buy more than one
12  type of board from Atlas or Valmet?
13  A   I am sure we do.  To answer your question, I
14  don't know.
15  Q   You therefore wouldn't know the model
16  numbers of those boards, correct?
17  A   No.
18  Q   In 2002 who was responsible for the
19  maintenance of that machine?
20  A   Our maintenance department.
21  Q   For how long had Proma been responsible and
22  prior to that Van Leer been responsible for the
23  maintenance?
24  A   Can you back up?