UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CIRIACO PUCILLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | CASE NO. 03-CV-12359 MLW |
| | ) | |
| METSO PAPER, INC., and | ) | |
| VALMET CONVERTING, INC., | ) | |
| | ) | COPY |
| Defendants. | ) | |
| | ) | |

**DEPOSITION**

**OF**

**RICKY K. HOWE**

Taken by Plaintiff
Charlotte, North Carolina
February 8, 2005

Reported by:  Colleen J. Cain, CSR

*Cain & Crane Court Reporters, LLC*
*Post Office Box 23833*
*Charlotte, North Carolina  28227*
*Phone (704) 545-3510 * Fax (704) 545-3950*

1        Q. Correct.

2        A. Work on the Atlas slitter?

3        Q. Correct.

4        A. No.

5        Q. And what is your current position with

6    Bobst Group?

7        A. Customer service manager.

8        Q. For how long have you been customer

9    service manager?

10        A. With the Bobst Group?

11        Q. Well, no, because I know you've only

12    been -- strike that.  Have you been the customer

13    service manager with the Bobst Group since

14    February 1, 2004?

15        A. I would say that really the position was

16    defined better in March, about a month after they

17    took us over.

18        Q. Is that when possibly your title

19    changed?

20        A. Yeah.

21        Q. What was your title prior to customer

22    service manager?

23        A. I was more or less the customer service

24    manager over just the Atlas, Titan, general

25    vacuum machines.

1          Q. How does that differ from what you are

2     now?

3          A. I'm now over the Italian lines too.

4     There's two Italian lines that we sell spare

5     parts and service for.

6          Q. So you added additional

7     responsibilities?

8          A. They did, yeah.

9          Q. Throughout the period of time that the

10    company was known as Valmet, were you a customer

11    service manager?

12         A. Not for the entire period.  I really

13    didn't think about this until now.  But when it

14    actually -- one of the things, I was always over

15    spare parts.  Eventually it drifted to where I

16    was over the Titan service technicians.  Then

17    eventually, I became over all the technicians.  I

18    couldn't tell you a time frame.  It just kind of

19    went along.

20         Q. Have you always been in the customer

21    service department?

22         A. Not since 1989, no.  We used to build

23    equipment here.  And as we were building

24    equipment, they hired me to handle all the

25    machine shop buys and purchases of mechanical

1    parts and that sort of thing.  Eventually they

2    stopped manufacturing equipment.  When they did

3    that, they retained me to run the spare parts

4    side of it.  I did that for several years until

5    eventually things changed to where I became over

6    the technicians too.

7        Q.  When did they stop manufacturing

8    equipment?

9        A.  I think we built machines for about

10    three years.

11        Q.  After 1989?

12        A.  That's rough.  That's not exact, because

13    again, I wasn't really prepared to be exact on

14    any of that.

15        Q.  That's okay.  When you said for three

16    years, I wasn't sure if you meant for three years

17    that Atlas was in operation or for your first

18    three years of employment at Atlas.

19        A.  Right.

20        Q.  And you meant the latter, your first

21    three years, approximately?

22        A.  Yeah, I came on board and we built

23    machines for about three years.

24        Q.  Was the Atlas slitter one of the

25    machines you built?

CAIN & CRANE COURT REPORTERS
704/545-3510

1          A. Yes.

2          Q. Do you know whether the Atlas slitter

3    which is in the Proma facility, currently in

4    Franklin, Massachusetts, was built in the United

5    States?

6          A. No, it was built in England.

7          Q. So that particular model was not built

8    here?

9          A. Right. We didn't build machines over

10   about three years. Those machines are larger.

11         Q. I can eliminate that whole group of

12   questions --

13         A. I'm trying to help you.

14         Q. Now, once you stopped manufacturing

15   equipment in the United States, it's my

16   understanding that you then went into more of a

17   customer service position?

18         A. That's correct.

19         Q. And you oversaw spare parts?

20         A. That's correct.

21         Q. What do you mean when you say you

22   oversaw spare parts?

23         A. Well, you can imagine a company in

24   England trying to do business in the United

25   States. We needed to be able to manufacture

1 parts and find local parts to be able to sell

2 to -- just to respond quicker to the customers.

3 That was the job they created to keep me, more or

4 less.

5   Q. So customers who would have Atlas

6 slitters in the United States that would need

7 replacement parts would get those through you?

8   A. Yeah.

9   Q. When I say "you," I mean in general,

10 Atlas.

11   A. Right.

12   Q. But specifically that would be part of

13 your job responsibility?

14   A. Yes.

15   Q. And what would you do to obtain the part

16 that they needed?

17   A. Well, it just depended. If it was a

18 mechanical part, you looked at the drawings. If

19 it was something that was capable of being

20 manufactured here without a lot of trouble, we

21 manufactured the parts here. Parts that I

22 thought were a little risky to manufacture here,

23 I would just have them built in the UK.

24   Q. The parts that were manufactured here,

25 are they still being manufactured here?

1    sales manager, but at the same time, he was more

2    or less the manager for the Atlas machines.

3    Again, these time frames, I'm trying to remember.

4         Q. That's okay.

5         A. I'm doing my best with it.  I didn't do

6    a lot of study for this.

7         Q. I understand.  It's my understanding

8    that Bobst Group is now a sales and service

9    facility?

10        A. Yes.

11        Q. And that they have a physical office in

12   Charlotte; is that correct?

13        A. Yes.

14        Q. And that there is no more manufacturing

15   involved or storage of equipment; is that

16   correct?

17        A. Right.  We're office only.

18        Q. And prior to that, Valmet had had some

19   plant facility; is that correct?

20        A. We had a warehouse and a small workshop,

21   but we didn't manufacture any equipment.

22        Q. Did you keep an inventory of spare

23   parts?

24        A. Sure.

25        Q. Do you recall whether Valmet had an

1    inventory of the Infranor drive boards?

2         A. We didn't inventory new drive boards --

3    I'm trying to think -- there was a time period in

4    the early goings when we may have kept a board.

5    But eventually customers, more or less, they

6    bought one or two drives, and they just didn't

7    have to have them right away anymore.  They

8    generally had a supply on hand.  They may be

9    replacing a drive that had failed.  We drive

10   these arms.  Typically they had several on a

11   machine.  So if one was to go bad, they could

12   just take a drive and run that arm.  It wasn't

13   going to stop the equipment.  The way we tried to

14   manage the business was to try to have parts on

15   hand that the machine would stop if we couldn't

16   produce a part real quick.

17        Q. Am I correct that Bobst services several

18   different Atlas slitter models?

19        A. Sure.

20        Q. Are you familiar with the Atlas slitter

21   model that was involved in this particular

22   incident?

23        A. Basically, yes.

24        Q. If I were to suggest to you the model

25   CSE1250R, does that sound correct?

1       A. Sounds reasonable, yeah.

2       Q. Were you involved at all with the

3  purchase of that machine for the facility in

4  Massachusetts?

5       A. No.

6       Q. You weren't one of the people that would

7  have gone up to Massachusetts to determine the

8  needs for the Van Leer Metallized Products?

9       A. No.

10      Q. Some of these questions I just have to

11  ask to make sure you don't know.

12      A. I'm fine.

13      Q. Do you know presently how many of this

14  particular model slitter rewinder there are in

15  the United States?

16      A. I don't know how many, no.

17      Q. Do you know if it's more than five?

18      A. I wouldn't think there was more than

19  five of them.

20      Q. Is the servicing of those models that

21  are out there in the United States done through

22  your office?

23      A. When you say servicing, do you mean the

24  actual work, or do they call us to set up the

25  service work?

1        Q. If the owners of one of the other Atlas

2    slitter rewinders out there in the United States

3    has a problem with their machine, do they call

4    you or do they call Bobst?

5        A. Call us and ask for a technician, yes.

6        Q. And if they need a replacement part,

7    does that go through you as well?

8        A. Yes.

9        Q. I'm just going to skim through some

10    questions here to make sure I don't need to ask

11    you these questions so I can make this a little

12    bit quicker.

13        A. Sure.

14        Q. Are you familiar with how the Atlas

15    slitter rewinder works?

16        A. A little bit.

17        Q. Is that something that's within your job

18    responsibility, to be familiar with the actual

19    workings of the machine?

20        A. Not to where I come to work every day

21    and my responsibility is to know how that machine

22    works. But for what I do every day and having

23    been around it so much, I know something about

24    them, yes.

25        Q. Let me just say, we have already deposed

1   Mr. Purcell, as you probably know.

2          A.  Yes.

3          Q.  And he gave us a description of the

4   working of that machine.  Do you think that you

5   would have better information or more complete

6   information than him?

7          A.  I see what you're asking.  No.

8          Q.  So I can rely on his description of

9   the --

10         A.  He's the technical expert on that

11  machine.

12         Q.  Are you familiar in general, though,

13  that the Atlas slitter has rewind arms that hold

14  a core?

15         A.  Yes, ma'am.

16         Q.  And each of those rewind arms is

17  controlled by a drive, correct?

18         A.  Yes.

19         Q.  And those are the Infranor drive boards?

20         A.  On that machine.

21         Q.  Unless I say otherwise, I'm going to be

22  specifically referring to the machine at the

23  Proma facility in Massachusetts, which as we've

24  said, is model CSE1250R.  And my understanding is

25  the Atlas contract number is actually the serial

1    number; is that correct?

2        A. That's correct.

3        Q. So this serial number, 92036, is unique

4    to that piece of equipment, correct?

5        A. That's correct.

6        Q. Are you familiar with the operating

7    guide?

8        A. No.

9        Q. It's my understanding that the assembly

10   of the two arms and the core constitutes a

11   winding station, correct?

12       A. That's right.

13       Q. And those winding stations on this

14   particular machine are numbered?

15       A. Right.

16       Q. If at any time I ask you questions

17   that's not within your realm --

18       A. I won't answer it.

19       Q. Okay.  I just want to know what you

20   know.  It's my understanding that the arms are

21   identified as left and right, correct?

22       A. Correct.

23       Q. And are the drive boards that pertain to

24   the left arm the same as the drive boards that

25   pertain to the right?

1          A. I don't know.

2          Q. So you don't know whether if you have a

3   drive board pertaining to a left arm that needs

4   to be repaired or replaced, is it the same as the

5   one that would go to the right?

6          A. I don't know.

7          Q. Do you know from your experience with

8   people ordering spare parts whether or not there

9   is a distinction in the Infranor drive boards

10  that would be ordered for the Atlas slitter?

11         A. Again?

12         Q. What I'm trying to understand is, the

13  Atlas slitter, the model that's up in the Proma

14  facility, has a number of drives that control the

15  rewind arms, correct?

16         A. That's correct.

17         Q. And those are what are referred to as

18  the Infranor drive boards, correct?

19         A. Correct.

20         Q. And putting aside that there may be

21  other drives in that piece of equipment,

22  specifically with respect to the Infranor drive

23  boards that control the rewind arms, is there

24  more than one model?

25         A. There were a different series of the

1   drives.

2           Q. Is that the M55's and the M59's?

3           A. That's correct.

4           Q. And do you know when the switch went

5   from M55 to M59?

6           A. No.

7           Q. Is it fair to say that within the last

8   couple years it's been consistently the M59's?

9           A. Toward the end, all were M59's, because

10  that was the replacement model.

11          Q. When you say "toward the end," can you

12  give me any idea how long "toward the end" has

13  been?

14          A. Well, I couldn't tell you exactly.  See,

15  we don't really use Infranor drives anymore.  We

16  have a different drive.  That's been for the last

17  couple of years really.  I can't sit here and

18  tell you what was the last machine that came out

19  with Infranor drives.

20          Q. And my understanding is that now you

21  don't use the Infranor drives anymore, correct?

22          A. Well, we have a different drive that we

23  prefer to use.  But if a customer came along and

24  said:  I want you to use this drive or that

25  drive, we want to sell the machine, we'll put

1    whatever drive they ask for.  But as commonplace,

2    we don't use the Infranor drives anymore.

3          Q. What about with customers that have

4    older pieces of equipment that have been using

5    the Infranor drives; are they still continuing to

6    use the Infranor drives?

7          A. Yes, replacement drives.

8          Q. For example, Proma, we know have the

9    Infranor drives, correct?

10         A. Right.

11         Q. And if they were to call you and say, "I

12   need a new drive," that would be an Infranor

13   drive, correct?

14         A. Well, you have to be specific on your

15   machine model and serial number.  The records are

16   kept in the UK on all of that.  So we would take

17   that and go back and tell England, this is what

18   we're looking for.

19         Q. Let's focus in on the recordkeeping on

20   the serial numbers.  What recordkeeping is kept

21   with respect to each order of a replacement

22   drive?

23         A. A copy of the sales order, a copy of the

24   purchase order to the UK, any sort of fax,

25   correspondence, quotations, anything like that,

1    we'd keep as a hard copy for later reference.

2          Q. When you say "we keep," is that Bobst

3    Group keeps or Atlas UK keeps?

4          A. Metso had a different computer system.

5    I stressed in the department to keep hard copies

6    of the purchase orders and sales orders all

7    together as recordkeeping.  Bobst doesn't stress

8    that.  But we haven't been Bobst long enough to

9    where that's affecting anything yet.

10          Q. How about when it was Valmet; what kind

11    of recordkeeping did you keep?

12          A. Actually, when I say Metso, I mean

13    Valmet.

14          Q. What is the relationship between Metso

15    and Valmet?

16          A. It's screwy.  To be honest with you,

17    Valmet was Valmet when they bought us.  It was a

18    finished company.  And somewhere they merged with

19    another company and made Metso.  And I can only

20    tell you what I know as a layman, because that

21    wasn't my job, and I had plenty to do.

22          So they came along and named it another

23    company.  But we kept the Valmet name because we

24    had just changed into Valmet, and we thought the

25    customers could be confused.  That was the reason

1          A. Serial number.  Generally we'd --

2     because of the records we kept in England, it

3     would tell if there was any sort of special setup

4     on anything on any of the drives.

5          Q. The serial number that you're referring

6     to is a serial number for the Atlas slitter,

7     correct, not the Infranor drive board?

8          A. That's right.

9          Q. So that would be your first level of

10    inquire, would be, what is the serial number of

11    the machine that this is going into; is that

12    correct?

13         A. We'd start there, right.

14         Q. And you would communicate with Atlas UK

15    in England, and they would be able to tell you

16    particular to that serial number what

17    modifications need to be made to the board?

18         A. Right.

19         Q. And am I correct that they then purchase

20    the board from Infranor?

21         A. Yes.

22         Q. Are you involved with the process by

23    which Infranor provides Atlas UK with the board?

24         A. No.

25         Q. Do you know whether Atlas communicates

1    with Infranor the modifications that need to be

2    made to the board?

3              A. I don't know that, no.

4              Q. But at some point, modifications are

5    made to the board that are unique to that

6    particular serial number, correct?

7              A. I don't know that for certain.

8              Q. Let's assume hypothetically that that

9    particular serial number does have modifications

10   required for that particular serial number. Do

11   you know whether the Proma serial number, the

12   92036, does that have any indication that

13   modifications are going to be made to those

14   boards?

15             MR. KELLEHER: Objection.

16             You can answer the question, if you can.

17        A. I don't know that, no.

18             Q. So if somebody from Proma calls you, you

19   get the serial number, you call Atlas UK, and you

20   say: I need an Infranor drive board for that

21   serial number, correct?

22        A. That's correct.

23             Q. You don't say anything about

24   modifications, correct?

25             A. To England?

1        Q. To England.

2        A. No.

3        Q. So somewhere in England then, Atlas UK

4    sends you back a board, correct?

5        A. Sure.

6        Q. Do you assume that that board that has

7    come to you has any modifications done to it that

8    needed to be done to it?

9            MR. KELLEHER:  Objection.

10       A. I don't have to assume anything at that

11   point in time.  There wouldn't be a reason to

12   assume anything.  I have done what we've

13   portrayed needed to be done correctly.  So

14   there's not an assumption one way or the other.

15   That's the reason I went to England to buy it in

16   the first place.  I don't assume the drive is

17   modified.  I don't assume anything.  I go there

18   and buy that drive because it's the place to go

19   and get it.  If any modifications have to be

20   made, or whatever, they would do it there.

21       Q. That's what I'm saying.  It's your

22   understanding that any modifications that need to

23   be made are done there, correct?

24           MR. KELLEHER:  Objection.

25       A. Right.

1    that would come back from Atlas UK for you to

2    send to Proma, did you record the serial number

3    of that drive?

4         A. For repairs?

5         Q. No, for new.

6         A. No.

7         Q. And you indicated that once the board

8    came back from the UK, you didn't perform any

9    modifications to those boards before they went to

10   Proma, right?

11        A. No, we didn't perform any modifications.

12        Q. Did anyone from Atlas/Valmet/Bobst do

13   any modifications or set any switch on the

14   daughter cards prior to them being sent to Proma?

15        MR. KELLEHER:  Objection.

16        A. Who did?

17        Q. That's probably jumping way ahead.  Are

18   you familiar with the Infranor drive board and

19   the daughter card?

20        A. Yes.

21        Q. And are the daughter boards attached to

22   the Infranor drive boards by someone at

23   Atlas/Valmet/Bobst or is it Atlas UK?

24        A. Atlas UK.

25        Q. So you're not involved with that step?

1          A. That's correct.

2          Q. And if there was to be a setting done on

3    a switch on the daughter board, would that have

4    been done before it gets to you?

5          A. Sure.

6          Q. And you don't keep any records or have

7    any records that would indicate what settings

8    that switch should be at?

9          A. No.

10          Q. When a board comes in for repair, is

11    that something that you're involved with?

12          A. Yes.

13          Q. That's completely different than

14    somebody calling and ordering a new board,

15    correct?

16          A. Correct.

17          Q. Is it fair to say that if Proma, for

18    example, has a problem with their machine and

19    they can't figure out whether the board has

20    degraded to the point that it's no longer

21    working, they can send it to you for diagnostics?

22          A. Not for diagnostics.

23          Q. What would they send it to you for?

24          A. Not for diagnostics at our facility.

25    They would send it to us, and the intention was

1    to return it to the UK.

2          Q. So you don't perform the repairs on the

3    boards in the United States?

4          A. No.

5          Q. Do you keep records of what boards are

6    sent to the UK for repair?

7          A. Off and on we did.

8          Q. Let me show you some documents and ask

9    you, can you identify those two documents?

10         A. These are -- this is just printed off of

11   one of our computer screens.

12         Q. That being the first page, correct?

13         A. Right.  The second one is a document

14   from Van Leer that would have come with the board

15   when it came in.

16         Q. The documents that would come in from

17   Van Leer, would you keep a copy of those in your

18   facility, or would that be sent on to Atlas UK

19   with the board?

20         A. It was done differently through the

21   years.  But typically the UK would get a copy of

22   this.  At one period of time, we would have kept

23   a copy of this stapled to a repair order, and

24   that changed in and out through the years.

25              MS. COUNIHAN:  Can we mark this, please.

1      Before we mark that, can we just mark, so that

2      they go in some order --

3                  BY MS. COUNIHAN:

4           Q. I'm going to completely digress to the

5      very beginning of the deposition.  The document

6      in front of you, have you had an opportunity to

7      look at that?

8           A. Yes.

9           Q. Is this the notice of taking your

10     deposition for today?

11          A. Yes.

12                 MS. COUNIHAN:  Let's mark that one

13     first, and then this one.

14                 (Plaintiff's Exhibit Numbers 1 and 2

15     were marked for identification.)

16                 MS. COUNIHAN:  For the record, Exhibit

17     Number 2 is PUC 0433 and 0641.

18                 BY MS. COUNIHAN:

19          Q. Am I correct on the first page there

20     that it indicates a customer part number SN8532?

21          A. That's right.

22          Q. And is that the serial number of the

23     particular Infranor drive board?

24          A. It is in this case.

25          Q. Are there occasions where the customer

CAIN & CRANE COURT REPORTERS
704/545-3510

1    part number would not be the serial number of the

2    board?

3          A.  There are occasions when the customer

4    part number is really a customer part number to

5    get it into their warehouse.  But you're talking

6    about Van Leer.  In this particular time, I would

7    say that if we have SN, serial number, and then

8    the four digits after that, we're making a copy

9    or a record to state that this is the serial

10   number of the board that's been repaired.

11         Q.  Is there any way to determine that

12   particular serial number, when it was purchased

13   by Van Leer?

14         A.  Not in our records, no, meaning

15   Charlotte.

16         Q.  Whose records would, if any, have that?

17         A.  The UK.

18         Q.  Are you familiar with their

19   recordkeeping over there?

20         A.  Not to that point, no.

21         Q.  Do you know whether you could call them

22   and say:  Pull up serial number 8532?

23         A.  Never done it.  I couldn't tell you.

24         Q.  But if it were going to be possible to

25   determine when this board was purchased by Proma,

1    you clearly don't have any way to do it with the

2    documents at your facility, correct?

3         A. That's correct.

4         Q. When the boards are sent to Atlas UK for

5    repair, are they returned directly to Proma or do

6    they come back through you again?

7         A. It could have went either way.  It just

8    depends how in dire need the customer was of the

9    drive.  But the usual standard operating

10   procedure would be to bring it in through

11   Charlotte.  There was a reason for that.

12        Q. What was the reason for that?

13        A. We bulk shipped things into Charlotte

14   and broke things down and forwarded them on to

15   various customers.

16        Q. Did you do any inspection of repaired

17   boards when they would arrive in Charlotte?

18        A. No.

19        Q. So they would be sent directly to Proma

20   as you received them?

21        A. Yes.

22        Q. No changes are made to the boards?

23        A. Not in Charlotte.

24        Q. Are any documents provided to you from

25   Atlas with respect to what the repair was?