```
                                    Volume I
                                    Pages 1 to 121
                                    Exhibits (1)

            UNITED STATES DISTRICT COURT

              DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - -
CIRIACO PUCILLO,
          Plaintiff(s),

     v.                             Civil Action
                                    No. 03-CV-12359MLW
METSO PAPER, INC. AND
VALMET CONVERTING, INC.,
          Defendant(s).

- - - - - - - - - - - - - - - - -
```

   DEPOSITION OF JOHN M. ORLOWSKI, a witness called by counsel for the Defendant Valmet Paper Converting, Inc., taken pursuant to the applicable rules, before Diane L. McElwee, Registered Merit Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Law Offices of Mark Petersen, 490 Shrewsbury Street, Worcester, Massachusetts, on Friday, January 27, 2006, commencing at 9:50 AM.

```
1      A    Yes.
2      Q    You took one day?
3      A    One day.
4      Q    Because you met the prerequisites by your
5  license?
6      A    Correct.
7      Q    You are also a Board Certified Forensic
8  Examiner.  Tell me what that is.
9      A    That's someone that has demonstrated that
10 they have achieved a high level of forensic
11 examination capabilities based on their skill,
12 knowledge, experience, education, and training.
13     Q    Now are there subject matters within these
14 board certified certifications?
15     A    The Certified Safety Professional does have
16 various disciplines.  They have one that is heavily
17 weighted towards engineering, which is the
18 examination that I took.  There are others which may
19 be weighted more towards management.  Others may be
20 weighted more towards construction.  There is several
21 disciplines in the certification.
22     Q    How about the Forensic Examiner?
23     A    That's just a general subject matter.
24     Q    Let's briefly go through your employment
```

```
 1  background starting with the first job
 2  chronologically where you worked for Gifford,
 3  G I F F O R D, Wood Company in Hudson, New York.
 4      A    Correct.
 5      Q    What I would like to try to do is to get an
 6  understanding of what it is you did in each of these
 7  jobs.
 8           So from 1963 to 1972 you worked for
 9  Gifford Wood, correct?
10      A    Correct.
11      Q    It says that you were initially hired in a
12  design draftsman capacity.
13      A    Correct.
14      Q    Then eventually became chief product
15  engineer.
16      A    Correct.
17      Q    How long were you an engineer for Gifford
18  Wood?
19      A    I don't recall when I was designated chief
20  product engineer specifically, but in essence what I
21  did was designed machinery.
22      Q    For the entire six-year period or just as
23  the engineer?
24      A    I don't recall when they designated me an
```

1   engineer.  After I began designing machinery or
2   before, I probably designed machinery or at least
3   some machine components prior to being designated an
4   engineer.  Again there is an overlap between drafting
5   a machine part and designing a machine part.
6       Q    What did Gifford Wood Company do?
7       A    Gifford Wood Company had two principal
8   product lines.  The first product line was
9   essentially materials handling equipment, conveyers,
10  elevators, industrial elevators, not passenger
11  elevators.
12           They had a secondary product line,
13  which is the one that I was principally involved in,
14  called the chemical processing equipment line that
15  involved mixing equipment, blenders, high speed
16  homogenizers, in-line mixers, et cetera.  I was in
17  charge of the chemical processing equipment line,
18  which involved customer contact, estimating,
19  generating brochures, and then if and when the order
20  came in based on a proposal I submitted, I would then
21  be in charge of designing the machine to meet the
22  customer's requirements.  I was also in charge of
23  quality control and approving the testing of the
24  machine prior to being shipped.

```
 1      Q    So am I correct in understanding Gifford
 2  Wood was an original equipment manufacturer, an
 3  O.E.M.?
 4      A    That is correct.
 5      Q    For certain product lines, one of which was
 6  materials handling?
 7      A    Correct.
 8      Q    One of which was chemical processing?
 9      A    Correct.
10      Q    And customers would place an order for a
11  particular machine and then Gifford Wood would make
12  the machine to order?  Is that how it would work, or
13  were they made in advance, and the customer would
14  purchase them off the shelf?
15      A    No, they wouldn't purchase them off the
16  shelf.  There were certain standard components within
17  the product line, and there was an occasion when a
18  customer would purchase that machine off the shelf so
19  to speak.
20      Q    When you talk about components, are you
21  talking about a conveyor system?
22      A    I am referring now to the chemical
23  processing equipment now.  There were small, for
24  example, standard mixers that somebody could order
```

1    directly from a catalogue.  Most of my involvement
2    was in maintaining and developing that standard
3    product line but specifically to design the custom
4    machines based on customers' requirements.
5        Q    And did Gifford Wood also sell spare parts
6    and component parts to its customers?
7        A    Yes, they did.
8        Q    Did Gifford Wood also service these
9    machines?
10       A    Yes, they did.
11       Q    Are you involved at all with servicing the
12   equipment in the field at a customer's location?
13       A    I might have been involved or I was involved
14   to a limited degree in meeting with a customer if
15   there was a machine that wasn't functioning properly
16   and making an evaluation of what the problem or
17   potential problems of the machine might have been.  I
18   didn't actually service the machine.
19       Q    When you say you may have been involved in
20   meeting with the customers, would that have been at
21   the customer's facility or at your facility?
22       A    At the customer's facility or both.
23       Q    But you were not a service technician or
24   field technician that would do the work?

1  A    I wouldn't do the work, no.
2  Q    Did Gifford Wood do the work, or did only
3  the customers do the work?
4  A    Gifford Wood had service technicians, yes.
5  Q    Then you joined W.B. McGuire, Inc.?
6  A    Correct.
7  Q    Tell me what W.B. McGuire, Inc., did.
8  A    W.B. McGuire, Inc., designed truck dock
9  leveler, which is a machine that is installed in a
10 truck dock that automatically extends and elevates to
11 form a bridge between the truck bed and the dock.
12      There were two types of dock levelers.
13 One was a mechanical spring-operated dock leveler,
14 and another one was a hydraulically-operated dock
15 leveler.
16 Q    Did you work with both?
17 A    I worked with both, yes.
18 Q    You were there for six months?
19 A    I was there for six months.
20 Q    Again was that a situation where customers
21 would contact your company, W.B. McGuire, and ask for
22 a dock leveler?
23 A    Correct.
24 Q    And you would design it to order?

1      A    Yes, yes, in effect.

2           My task at W.B. McGuire when I became
3 employed was essentially research and development.
4 In other words, they didn't have a hydraulic dock
5 leveler. My task was to develop one and design one.
6 Once that was designed, then there is really very
7 little to do with a hydraulic dock leveler. One
8 could be made shorter or wider, but the modifications
9 are relatively elementary.

10     Q    Essentially they have to be fitted to the
11 dock?

12     A    They have to be fitted to the dock.

13     Q    But it's the same basic design?

14     A    It's the same basic design.

15     Q    Now did W.B. McGuire also service dock
16 levelers?

17     A    Yes.

18     Q    And did they sell spare parts for dock
19 levelers?

20     A    Yes.

21     Q    After six months at W.B. McGuire you went to
22 V & O Press Company.

23     A    Correct.

24     Q    You were there for four years; is that

1   correct?
2       A   Four or five years, yes.
3       Q   What did you do with V & O?
4       A   I performed mechanical and electromechanical
5   design for essentially mechanical punch presses.  I
6   was involved in the design, research, and development
7   of punch presses, new punch presses that had not been
8   part of the general equipment line, for example, a
9   high-speed punch press.  I designed a 150-, 200-ton
10  straight side mechanical punch press.  I was involved
11  in a 500-ton hydraulic -- what's called a swedging
12  machine for an arsenal that pushed a tungsten carbide
13  bullet through a gun barrel to remove scale and work
14  hardening surfaces.  I also was involved in making
15  modifications to existing machines to satisfy
16  customers' requirements.
17      Q   When you say "making modifications," you
18  were rebuilding their existing equipment?
19      A   No, rebuilding our standard line.  In other
20  words, we had certain standard presses, and somebody
21  would order a press, but they maybe wanted it a
22  little higher or wider, or they wanted to operate it
23  at different speeds.  Those are the modifications
24  that are typically made to a mechanical punch press.

1  Q    Again V & O made these presses after a
2  customer ordered them, correct?  They were made to
3  order?
4  A    They were made to order.
5  Q    As a project engineer does that mean you
6  received an assignment; a company wanted a particular
7  press, and then you were the lead engineer to develop
8  that press and to sell that press?
9  A    Correct.
10 Q    Did you have other engineers who worked with
11 you?
12 A    Yes.
13 Q    Were there areas of the press that you had
14 particular responsibility for as a project engineer,
15 or were you more administratively in charge of the
16 product as a project engineer?
17 A    I actually did the design work on the press.
18 I may have had others working with me.  I may have
19 had draftsmen generating production drawings from
20 engineer layouts that I might have made, but I was in
21 charge of the entire operation, including the
22 ordering of the motors and the electrical schematics
23 as well.
24 Q    You would have ordered the motors and

1  schematics.  What does that mean?  You would have
2  ordered them?
3      A    There are many purchase components on a
4  press.  There are motor, electrical components.  We
5  would order those from a manufacturer in accordance
6  with certain specifications.
7      Q    There would be a control system on the
8  press, correct?
9      A    There would be a control system on the
10 press.
11     Q    Probably before the days of the program
12 Logic?
13     A    Yes.
14     Q    Was the control design part of your work?
15     A    In some cases it was.  Many of these
16 companies that are listed on my C.V. are basically
17 small companies, and in a small company somebody in
18 my capacity gets to wear many hats.  The control
19 design to some degree was my responsibility as well.
20     Q    In the 1970s would the control have been
21 carried out through relays?
22     A    Would be relays, yes.
23     Q    Did you design the relay system?
24     A    I would design the electrical schematic.  I

1   don't recall my specific involvement in ordering the
2   relays.  There were electrical engineers.  At least
3   there was one electrical engineer that may have been
4   involved in that to some degree, but I did have some
5   involvement with the relay design, yes.
6       Q    When you say you designed the electrical
7   schematics, what does that mean?
8       A    I designed the drawings to show the
9   electricians how to wire the machine.
10      Q    So would you actually put pencil to paper
11  and draw the design schematic?
12      A    Yes, I would.  Those were the days before
13  the CAD systems came into effect.
14      Q    The CAD systems outdated itself, hasn't it?
15      A    Pretty much, yes.
16      Q    After V & O Press you went to the Lenox
17  Machine Company?
18      A    Correct.
19      Q    You were there for just less than a year,
20  correct?
21      A    That is correct.
22      Q    What did you do at the Lenox Machine
23  Company?
24      A    I designed machinery, web handling

Case 1:03-cv-12359-MLW    Document 68    Filed 07/31/2006    Page 13 of 19

22

1  machinery, such as slitters and winders, also
2  designed some conveyor systems for handling paper
3  rolls.  It's a pretty specialized business focused
4  pretty much on paper, paper handling.  It was the dry
5  end of the paper machine.
6      Q    When you say you designed, for example,
7  winders for the paper handling systems --
8      A    Correct.
9      Q    -- does that mean you designed the
10 mechanical as well as the electrical?
11     A    At Lenox Machine Company I believe my focus
12 was pretty much on the mechanical design.
13     Q    The mechanical design for a winder -- for
14 example, you would have a customer, Georgia Pacific,
15 that asked for a winder, and you would take your
16 basic design at Lenox Machine and adapt it to their
17 size paper; is that correct?
18     A    If there was a basic design or if there was
19 a previous design that was similar, yes, we would try
20 to use as much as we could of a previous or existing
21 design, certainly.
22     Q    In 1977 you became chief engineer at Nichols
23 Machine Tool Group.
24     A    Correct.

1    A    Yes, I do.

2    Q    The switch was not properly set?

3    A    Correct.

4    Q    Figure 7, with the arrow pointing to that
5  switch, is that switch the switch that controls the
6  functions that caused Mr. Pucillo's accident?

7    A    I don't believe so, no.

8    Q    So I am not asking you is this the drive
9  board involved, but is this the switch on the drive
10 board?

11   A    No.

12   Q    Am I correct that the switch involved in
13 Mr. Pucillo's accident made an election between
14 receiving speed information from a tachometer or from
15 an Armature voltage feedback device?

16   A    Yes.  The switch that was involved in
17 Mr. Pucillo's accident was involved in the speed
18 loop, such that if the torque was reduced, had the
19 switch been properly set, it would have prevented an
20 overspeed of the motors.

21   Q    To use your words, the switch is involved in
22 the speed loop, is that what you said?

23   A    Speed limiting device.

24   Q    Speed limiting device.  Is that arrow

1    Q    Do you have any independent knowledge of the
2    function of the switch?
3    A    Other than my investigation in this case?
4    Q    Other than what you have learned from
5    looking at documents in this case.
6    A    I don't, no.
7    Q    Is it fair to say that your knowledge of the
8    function of this switch is limited to the deposition
9    testimony and written reports created by others in
10   connection with this case?
11   A    It's based on reports by the representatives
12   of the manufacturers of the machine, reports in this
13   case, deposition testimony in this case. I have
14   conducted no independent tests, if that is the
15   question.
16   Q    Really I am trying to find out whether you
17   know how this switch works or whether someone told
18   you. It sounds like someone told you.
19   A    I know now the switch works by reviewing the
20   documents in this case.
21   Q    You know how it works because Mr. Purcell --
22   A    Purcell, yes.
23   Q    -- went to the facility, investigated what
24   he believed to be the cause and wrote a report, and

```
 1   you have accepted that as being correct?
 2       A    I have accepted that as being correct.  He
 3   is a representative of the manufacturer, certainly.
 4       Q    You read a report from TM Seger Claims
 5   Service, and it discussed the switch, correct?
 6       A    Yes.
 7       Q    And you have accepted that as being correct?
 8       A    And I met with people from Proma.
 9       Q    TMS as being correct?
10       A    Yes.
11       Q    The person from TMS, what was his or her
12   qualifications?
13       A    I believe they were simply reporting from
14   what Purcell had found.
15       Q    They have no independent knowledge as to
16   your knowledge?
17       A    Correct.
18       Q    You met with people from Proma?
19       A    Yes.
20       Q    Nancy Johnson was one?
21       A    Nancy Johnson.
22       Q    Did she tell you how the switch worked?
23       A    Steve Bagley reported to me what was found.
24       Q    Steve Bagley was the safety officer for
```

1   Proma Technologies?

2       A   Correct.

3       Q   Did he show you the switch?

4       A   I was shown the mother board.

5       Q   Did he explain to you how the switch works
6   in the machine?

7       A   No, he did not.

8       Q   So what did you learn from Mr. Bagley with
9   regard to how the switch operates?

10      A   I don't think I discussed specifically with
11  Mr. Bagley the operation of the switch.

12      Q   Other than Mr. Purcell's report then, what
13  is your knowledge of how the switch operates?

14      A   By reviewing the other documents.  The
15  reference to Mr. Purcell's findings is in several
16  deposition transcripts.  Mr. Purcell put the switch
17  in the correct position according to him.  He started
18  the switch in the correct position, and the problem
19  was corrected.  That's evidence to me that the switch
20  was in the incorrect position.

21      Q   My question to you is the operation and
22  function of the switch.  My question is how you know
23  how this switch functions.

24      A   It's been described by Purcell.  It's been

1  if there is any possibility of it coming loose,
2  coming unlatched, it should be secured, yes.
3      Q   So I said that would no longer be a switch,
4  and you said, right, that would be a circuit?
5      A   Right.
6      Q   So now we have changed the switch to a
7  circuit.  I am asking you the basis for your opinion
8  that it's improper to use a switch.
9      A   If the supplier cannot ensure that the
10 switch remains in its proper position, then it
11 shouldn't be a switch.  The only reason it's a switch
12 is to save money.
13     Q   I understand your testimony.  Now I want to
14 know the basis for it.
15     A   The basis for it?
16     Q   Yes.
17     A   My years of experience in designing
18 machinery and components.
19     Q   Are there standards in the electrical
20 industry, electronics industry that prohibit the use
21 of a switch?
22     A   I don't think you would find a standard that
23 would be that specific, no.
24     Q   Are there standards that say when a switch

```
 1      A    Yes.
 2      Q    You told me that Atlas U.S. sold replacement
 3   parts for it.
 4      A    Correct.
 5      Q    So who is the machine manufacturer?
 6      A    Well, Atlas U.K. is the machine
 7   manufacturer, but Atlas/Valmet supplied the boards.
 8      Q    So Atlas/Valmet or Atlas U.S. is not the
 9   machine manufacturer?
10      A    Not the machine manufacturer, but they are
11   the supplier of the boards which should have been
12   supplied correctly.
13      Q    What standard, what industry standard or
14   governmental regulation are you relying upon for your
15   opinion that the seller of a component part has an
16   obligation to preset those parts before they are sold
17   and delivered?
18      A    I am relying on my experience in the
19   industry.
20      Q    No standard?
21      A    There may be a standard, but that's such an
22   obvious apparent truth that I wouldn't expect
23   something like that to even be in a standard.
24      Q    So you are not aware of a standard?
```