# Valmet
### a member of Metso Corporation
## Valmet Converting, Inc.

**INVOICE**
08/31/2000

No 522/SID/92200371    1

| Seller | Our reference | Customer number |
|---|---|---|
| John Brook | 522/820254 | 156505 |

| Invoice Address VAT | Customer VAT |
|---|---|
| Proma Technologies, Inc.<br><br>P. O. # 6341<br>24 Forge Park<br><br>FRANKLIN, MA 02038 | Proma Technologies, Inc.<br><br>P. O. # 6341<br>24 Forge Park<br><br>FRANKLIN, MA 02038 |

| Delivery address VAT | Technical responsible |
|---|---|
| Proma Technologies, Inc.<br><br>24 Forge Park<br><br>FRANKLIN, MA 02038 | John Brook |

**Way of delivery**

**Terms of delivery**
FOB CHARLOTTE, NC
Prepaid and Add

**Your reference**
P.O. # 6341;
Machine 92036 Serv

**Other terms**

**Forwarder**

**Terms of payment**
Net 30 Days from Invoice Date

**Overdue interest %**
12.00

| Position and item | Quantity and unit | | Unit price and discount | Line total |
|---|---|---|---|---|
| Service Aug 2 - 4, 2000 | | | | |
| 1   CON0000003<br>     TECHNICAL SERVICE - ALTAS<br>     Delivery Date: 08/30/2000<br>     Project: 620015 | 3 | DAY | 900.00 | 2700.00 |
| 2   CON0000001<br>     EXPENSES<br>     Delivery Date: 08/30/2000<br>     Project: 620015 | 1 | PCE | 1674.58 | 1674.58 |
| Total | | USD | | 4374.58 |

Please state with your payment: 522/SID/92200371

OK TO PAY
B Snively

/3910

Remit To: Valmet Inc.
Charlotte Division
P.O. Box 751344
Charlotte, NC 28275-1344

RECEIVED
SEP 0 5 2000
PROMA

Original Attached

1/5345

PLAINTIFF'S
EXHIBIT
3
Purcell

Valmet Inc.
Valmet Converting, Inc.
12933 Sam Neely Rd. (28273)
PO Box 7467
Charlotte, NC 28241

Telephone +1 704 588 5530
Telefax 704 587 2360

Wachovia Bank of North Carolina
ACCT#: 0453002823

VAT number

Trade reg. data:
Trade reg. No. 56-1508400
Domicile CHARLOTTE, NC 28273
Corporate Head Office address
12933 Sam Neely Road
PO Box 7467
CHARLOTTE, NC 28273

# PURCHASE REQUISITION

No. 42020

PINK COPY OF TYPED P.O. TO:

| NAME | FROM DEPT. | BLDG. | SEC. | FLOOR | P.O. NUMBER |
|---|---|---|---|---|---|
| P. LANGLEY | ENG. | | | | 6084 |

VENDOR: 3910 VALMET
ATTN: JOHN BROOKS

SHIP TO:
ATTN: G. HAGOPIAN

ACCOUNT NUMBER: 7320.0015031
PAYMENT TERMS: N/45
F.O.B.: SP
DATE(S) NEEDED: 9/20/00

SHIP VIA: SERVICE
SALES TAX: NO (X)

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 1 | EA. | SERVICE CALL - TO TROUBLESHOOT AND CALIBRATE DRIVE SYSTEM ON ATLAS SLITTER. | $3,000 EST. | |

ESTIMATED TOTAL VALUE: $3,000.00 EST.

REQUEST INITIATED BY (PRINT): G. HAGOPIAN  DATE: 9/20/00

AUTHORIZED BY (FULL NAME, NO INITIALS, PLEASE): [signature] 9/20/00

# Valmet Converting, Inc.

## INVOICE

| Seller | Our reference | Customer number |
|---|---|---|
| John Brook | 522/820339 | 156505 |

| Invoice Address    VAT | Customer    VAT |
|---|---|
| Proma Technologies, Inc. | Proma Technologies, Inc. |
| | 6684. |
| 24 Forge Park | 24 Forge Park |
| FRANKLIN, MA 02038 | FRANKLIN, MA 02038 |

| Delivery address    VAT | Technical responsible |
|---|---|
| Proma Technologies, Inc. | Claudio Francescangeli |
| | Way of delivery |
| 24 Forge Park | |
| FRANKLIN, MA 02038 | Terms of delivery |
| | FOB CHARLOTTE, NC |
| | Destination |
| Your reference | Other terms |
| PO # 6684; | |
| | Terms of payment |
| | Net 30 Days from Invoice Date |
| Forwarder | Overdue interest % |
| | 12.00 |

*Paul has copy looking into* (handwritten)

| Position and item | Quantity and unit | Unit price and discount | Line total |
|---|---|---|---|
| Service intervention Rates as per usual agreement: | | | |
| Service as agreed $900/day   Duration 4 days | | | |
| Expenses to be charged at cost.   Machine:92036 | | | |
| 1  CON0000003 | 4  DAY | 900.00 | 3600.00 |
|    TECHNICAL SERVICE - ALTAS | | | |
|    Delivery Date: 10/10/2000 | | | |
|    Project: 620027 | | | |
| 2  CON0000006 | 1  PCE | 1898.97 | 1898.97 |
|    ATLAS EXPENSES | | | |
|    Expenses include: Airfare, Hotel, Car Rental, etc | | | |
|    Delivery Date: 10/10/2000 | | | |
|    Project: 620027 | | | |
| Total | USD | | 5498.97 |

*Sept 18-21st — New date from John Brooks* (handwritten)

Please state with your payment: 522/SID/92200672

*Rick Howe — Service* (handwritten)
*Demo Fault Fax 904-587-2851*
*587-2296*

Remit To: Valmet Inc.
Charlotte Division
P.O. Box 751344
Charlotte, NC 28275-1344

**PLEASE REMIT PAST DUE** (stamp)

PLAINTIFF'S EXHIBIT 5 Purcell

| Valmet Inc. | Telephone +1 704 588 5530 | Wachovia Bank of North Carolina ACCT#: 0453002823 | VAT number | Trade reg. data: |
|---|---|---|---|---|
| Valmet Converting, Inc. | | | | Trade reg. No. 56-1508400 |
| 12933 Sam Neely Rd. (28273) | Telefax 704 587 2360 | | | Domicile CHARLOTTE, NC 28273 |
| PO Box 7467 | | | | Corporate Head Office address |
| Charlotte, NC | | | | 12933 Sam Neely Road |
| 28241 | | | | PO Box 7467 |
| | | | | CHARLOTTE, NC 28273 |

TOTAL P.02

PUC 0594