# ATLAS SERVICE ENGINEER VISIT 1/4&5/2000
Objectives
1. Make overall check of machine-make recommendations
2. Advise on winding 80" *42" rolls, arms and IDP capability
3. Finalize computer spare quote *Dombd. 4hp?*
4. Resolve date problem on computer printouts.
5. Evaluate unwind roll diameter sensing device and how to improve
6. How can we improve rewind OD control?
7. Best method to get length counter accuracy — *slippage*
8. How to resolve 24 DC unregulated power supply *adjusted on last visit ok?*
9. Best current method of safety devices at rewind area *light curtain active above certain sp*
10. Advice on acceleration levels on 3" cores large rolls, best methods for changes
11. What are possibilities of changing Siemens PLC for Allen Bradley? *ok Newer PLC*
12. Options to eliminate web wander on acceleration and deceleration

*Handwritten annotations:*
- Problems: → all to HIM
- HD arms
- tape backs → B/P drive
- E/P → cabinet
- 5000 lbs — 40" Diam
  - cons slip
  - Lift arms
- max sensor 37" (3700 l)
- SIEMENS
- → speed vs Diam.

Harold Isherwood    Page 1 01/04/00





A315

**Valmet**
A member of Metso Corporation

**Valmet Converting, Inc.**

INVOICE
09/20/2000

No   522/SID/92200453   1

| Seller | Our reference | Customer number |
|---|---|---|
| John Brook | 522/820284 | 156505 |

| Invoice Address                VAT | Customer                VAT |
|---|---|
| Proma Technologies, Inc. | Proma Technologies, Inc. |
|  | P. O. 3026 |
| 24 Forge Park | 24 Forge Park |
| FRANKLIN, MA 02038 | FRANKLIN, MA 02038 |

| Delivery address            VAT | Technical responsible |
|---|---|
| Proma Technologies, Inc. | John Brook |
|  | Way of delivery |
| 24 Forge Park |  |
|  | Terms of delivery |
| FRANKLIN, MA 02038 | FOB CHARLOTTE, NC |
|  | Prepaid and Add |

| Your reference | Other terms |
|---|---|
| P. O. 3026; |  |
| Machine 92036 | Terms of payment |
|  | Net 30 Days from Invoice Date |
| Forwarder | Overdue interest % |
|  | 12.00 |

| Position and item | Quantity and unit | | Unit price and discount | Line total |
|---|---|---|---|---|
| 1   CON0000003 | 2 | DAY | 900.00 | 1800.00 |
|      TECHNICAL SERVICE - ALTAS | | | | |
|      Delivery Date: 09/12/2000 | | | | |
|      Project: 620024 | | | | |
| 2   CON0000001 | 1 | PCE | 1367.69 | 1367.69 |
|      GENERAL EXPENSES | | | | |
|      Service Machine 92036 January 4 - 5, 2000 | | | | |
|      Delivery Date: 09/12/2000 | | | | |
|      Project: 620024 | | | | |
| Total | | USD | | 3167.69 |

Please state with your payment: 522/SID/92200453

OK TO PAY
[signature]



RECEIVED
OCT 0 2 2000
PROMA

Remit To: Valmet Inc.
Charlotte Division
P.O. Box 751344
Charlotte, NC 28275-1344

| Valmet Inc. | Telephone +1 704 588 5530 | Wachovia Bank of North Carolina | VAT number | Trade reg. data: |
|---|---|---|---|---|
| Valmet Converting, Inc. | | ACCT#: 0453002823 | | Trade reg. No. 56-1508400 |
| 12933 Sam Neely Rd. (28273) | Telefax 704 587 2360 | | | Domicile CHARLOTTE, NC 28273 |
| PO Box 7467 | | | | Corporate Head Office address |
| Charlotte, NC | | | | 12933 Sam Neely Road |
| 28241 | | | | PO Box 7467 |
| | | | | CHARLOTTE, NC 28273 |

PUC 0600