# ATTACHMENT 1

```
                                          Volume I
                                          Pages 1 to 103
                                          Exhibits 1 to 3

              UNITED STATES DISTRICT COURT

              DISTRICT OF MASSACHUSETTS

    - - - - - - - - - - - - - - - - -
    CIRIACO PUCILLO,
            Plaintiff(s),

        v.                            Civil Action
                                      No. 03-CV-12359 MLW
    METSO PAPER INC. AND
    VALMET CONVERTING, INC.,
            Defendant(s).

    - - - - - - - - - - - - - - - - -


       DEPOSITION OF DAVID G. PEAVEY, a witness called

    by counsel for the Plaintiff, taken pursuant to the

    applicable rules, before Diane L. McElwee, Registered

    Merit Reporter and Notary Public in and for the

    Commonwealth of Massachusetts, at the Offices of

    Vacumet, 24 Forge Park, Franklin, Massachusetts, on

    Tuesday, April 26, 2005, commencing at 10:00 AM.




                    JAMES GIBBONS & ASSOCIATES
                         617-428-0402
```

```
                                        Volume I
                                        Pages 1 to 69
                                        Exhibits 1 to 6

              UNITED STATES DISTRICT COURT

               DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -
CIRIACO PUCILLO,
          Plaintiff(s),

     v.                          Civil Action
                                 No. 03-CV-12359 MLW
METSO PAPER INC., AND
VALMET CONVERTING, INC.,
          Defendant(s).

- - - - - - - - - - - - - - - -


    DEPOSITION OF GREG HAGOPIAN, a witness called by

counsel for the Plaintiff, taken pursuant to the

applicable rules, before Diane L. McElwee, Registered

Merit Reporter and Notary Public in and for the

Commonwealth of Massachusetts, at the Offices of

Proma Technologies, 24 Forge Park, Franklin,

Massachusetts, on Friday, February 4, 2005,

commencing at 1:10 PM.




              JAMES GIBBONS & ASSOCIATES
                   617-428-0402
```

```
                                    Volume I
                                    Pages 1 to 45
                                    Exhibits 1 to 3

              UNITED STATES DISTRICT COURT

                DISTRICT OF MASSACHUSETTS


- - - - - - - - - - - - - - - - -
CIRIACO PUCILLO,
              Plaintiff(s),

      v.                            Civil Action
                                    No. 03-CV-12359 MLW
METSO PAPER INC. AND
VALMET CONVERTING, INC.,
              Defendant(s).

- - - - - - - - - - - - - - - - -


      DEPOSITION OF ALAN W. PETZOLD, a witness called

by counsel for the Plaintiff, taken pursuant to the

applicable rules, before Diane L. McElwee, Registered

Merit Reporter and Notary Public in and for the

Commonwealth of Massachusetts, at the Offices of

Vacumet, 24 Forge Park, Franklin, Massachusetts, on

Tuesday, April 26, 2005, commencing at 12:57 PM.




                    ―――――――

               JAMES GIBBONS & ASSOCIATES
                     617-428-0402
```

```
                                        Volume I
                                        Pages 1 to 70
                                        Exhibits (1)

              UNITED STATES DISTRICT COURT

              DISTRICT OF MASSACHUSETTS


    - - - - - - - - - - - - - - - - -
    CIRIACO PUCILLO,
                Plaintiff(s),

         v.                             Civil Action
                                        No. 03-CV-12359 MLW
    METSO PAPER INC. AND
    VALMET CONVERTING, INC.,
                Defendant(s).

    - - - - - - - - - - - - - - - - -


         DEPOSITION OF CIRIACO PUCILLO, a witness called

    by counsel for the Defendants, taken pursuant to the

    applicable rules, before Diane L. McElwee, Registered

    Merit Reporter and Notary Public in and for the

    Commonwealth of Massachusetts, at 19 Wesson Street,

    Ashland, Massachusetts, on Tuesday, May 3, 2005,

    commencing at 2:02 PM.




                      JAMES GIBBONS & ASSOCIATES
                            617-428-0402
```