# ATTACHMENT 3

```
 1      A    I believe there is just one.
 2      Q    And the arms each have the current control
 3   drive, correct?
 4      A    Right.
 5      Q    Do each of the current control drives have
 6   the daughter card?
 7      A    Yes.
 8      Q    Do they come with the daughter card on them?
 9              MR. KELLEHER:  Objection.
10      A    The ones in our cabinet right now I
11   believe -- well, I believe they are on them, but I
12   can't say that they all come with them.
13      Q    Are there any occasions that you would order
14   a daughter card without the drive?
15      A    I would personally never order the drives or
16   the daughter boards, so I really can't answer that.
17      Q    That's nothing within your job
18   responsibility?
19      A    Right, right.
20      Q    The speed control drive and the current
21   control drives are both Infranor drives, correct?
22      A    Yes.
23      Q    Do you know the serial numbers for either of
24   those two drives?
```

```
 1  back plane there is a slot to accept the pins that
 2  are etched onto the cards themselves.  All you have
 3  to do is unscrew it and pull it out and pop in a new
 4  drive or drive from, say, the arm beside it if you
 5  wanted to check that to see if you know you had one
 6  that's running good.  If you wanted to see if it
 7  makes a difference over here, you could just swap
 8  them.
 9       Q    Have you ever done that?
10       A    I believe so.
11       Q    Can you describe for me the physical
12  appearance though of the drive as far as, you know,
13  what are the dimensions of it?
14       A    Probably I am going to say 12 to 15 inches
15  long and maybe 12 inches high and with the face plate
16  on it it's probably three inches wide.
17       Q    Approximately how much do they weigh?
18       A    Maybe five pounds, maybe three pounds.
19       Q    It doesn't require two people to change
20  them, correct?
21       A    No.
22       Q    Who does the ordering of the drive boards?
23       A    Would be Paul Langley.
24       Q    How is that information or the need to order
```

```
 1   a drive board communicated to Mr. Langley?
 2        A    From what I have seen in the past usually
 3   the people that would change it would leave the old
 4   board that they have taken out on Paul's desk, and
 5   Paul would then know he had to get another one or
 6   send that one out to be repaired.
 7        Q    Who would these people be that change the
 8   drive boards?
 9        A    People from the electrical shop, maintenance
10   department.
11        Q    Who would those individuals be in 2002?
12        A    Could have been Matt Costello or Al
13   Imperato.
14        Q    What is their job that that would be part of
15   their responsibility?
16        A    I think it's not a matter of responsibility.
17   It's a matter of who ends up being there at the time
18   and what decisions those people make and what the
19   problem might be.
20        Q    Other than Matt Costello and Al Imperato,
21   have you ever seen anyone else change those boards?
22                 MR. KELLEHER:  Objection.
23        A    Again I personally have never been with
24   anybody who has changed a board, so I can't answer
```

1  that.  I know we had people that had worked here.
2  Whether or not they did change any boards, I don't
3  know.
4      Q    It was a poor question.  I apologize.  My
5  question really is are the operators of the machine
6  allowed to change the boards?
7      A    No.
8      Q    Are those boards locked?
9      A    The cabinets are electrical interlocked, so
10 if you open a cabinet up, you will shut the machine
11 down.  Our policy is operators are not allowed into
12 the electrical cabinets.
13     Q    Who have keys to the electrical cabinets?
14     A    All of the electrical people here, and there
15 is a key in Paul's office, too.
16     Q    But the operators of the machine would not
17 have a key?
18     A    No.
19     Q    Getting back to that daughter card, what is
20 the function of the daughter card?
21              MR. KELLEHER:  Objection.
22     A    The exact function I can't tell you.  I know
23 that that's needed to accomplish that current
24 control, but what it actually does, I don't know.