ATTACHMENT 4

1    whatever drive they ask for. But as commonplace,

2    we don't use the Infranor drives anymore.

3         Q. What about with customers that have

4    older pieces of equipment that have been using

5    the Infranor drives; are they still continuing to

6    use the Infranor drives?

7         A. Yes, replacement drives.

8         Q. For example, Proma, we know have the

9    Infranor drives, correct?

10        A. Right.

11        Q. And if they were to call you and say, "I

12   need a new drive," that would be an Infranor

13   drive, correct?

14        A. Well, you have to be specific on your

15   machine model and serial number. The records are

16   kept in the UK on all of that. So we would take

17   that and go back and tell England, this is what

18   we're looking for.

19        Q. Let's focus in on the recordkeeping on

20   the serial numbers. What recordkeeping is kept

21   with respect to each order of a replacement

22   drive?

23        A. A copy of the sales order, a copy of the

24   purchase order to the UK, any sort of fax,

25   correspondence, quotations, anything like that,

1    every arm, that sort of thing.

2        Q. Do you know how many arms there are on

3    that particular model?

4        A. No.  It could be a lot.  A customer

5    tells you what he wants for the machine, if he

6    wants four pairs of arms, six pair of arms.  It

7    depends on what he's going to do with the

8    equipment.

9        Q. And are the drive boards modified in

10   order to accommodate the need of the customer?

11       A. I wouldn't know about that particular

12   drive.

13       Q. Do you know whether there were any

14   modifications made to the Infranor drive boards

15   specifically for Proma's application?

16       A. No.

17       Q. That's not something you would be

18   involved with?

19       A. No.

20       Q. If Proma were to call you and say, "We

21   need a new drive," is that something you would

22   handle?

23       A. Sure.

24       Q. And what would you do in order to get

25   them the new drive?

1    with Infranor the modifications that need to be

2    made to the board?

3         A. I don't know that, no.

4         Q. But at some point, modifications are

5    made to the board that are unique to that

6    particular serial number, correct?

7         A. I don't know that for certain.

8         Q. Let's assume hypothetically that that

9    particular serial number does have modifications

10   required for that particular serial number. Do

11   you know whether the Proma serial number, the

12   92036, does that have any indication that

13   modifications are going to be made to those

14   boards?

15        MR. KELLEHER: Objection.

16        You can answer the question, if you can.

17        A. I don't know that, no.

18        Q. So if somebody from Proma calls you, you

19   get the serial number, you call Atlas UK, and you

20   say: I need an Infranor drive board for that

21   serial number, correct?

22        A. That's correct.

23        Q. You don't say anything about

24   modifications, correct?

25        A. To England?

1      Q. To England.

2      A. No.

3      Q. So somewhere in England then, Atlas UK

4  sends you back a board, correct?

5      A. Sure.

6      Q. Do you assume that that board that has

7  come to you has any modifications done to it that

8  needed to be done to it?

9      MR. KELLEHER:  Objection.

10     A. I don't have to assume anything at that

11  point in time.  There wouldn't be a reason to

12  assume anything.  I have done what we've

13  portrayed needed to be done correctly.  So

14  there's not an assumption one way or the other.

15  That's the reason I went to England to buy it in

16  the first place.  I don't assume the drive is

17  modified.  I don't assume anything.  I go there

18  and buy that drive because it's the place to go

19  and get it.  If any modifications have to be

20  made, or whatever, they would do it there.

21     Q. That's what I'm saying.  It's your

22  understanding that any modifications that need to

23  be made are done there, correct?

24     MR. KELLEHER:  Objection.

25     A. Right.

1          MR. KELLEHER:  Objection.

2          A. Well, if you had a piece of equipment

3    like a big Atlas slitter and something as

4    important as a driver, if I was the customer, I

5    would want to buy it from the manufacturer.

6          Q. But isn't the manufacturer Infranor?

7          A. I'm talking about the machine

8    manufacturer.  I would want to come to the

9    factory to buy something like that.  I would.

10         Q. Can a customer call Infranor directly

11   and give them the serial number and get the same

12   board?

13         A. They could.

14         MR. KELLEHER:  Objection.

15         BY MS. COUNIHAN:

16         Q. So Infranor, to the best of your

17   knowledge, has the information relative to that

18   particular serial number's modifications, if any?

19         A. Not to Atlas.  You wouldn't call up and

20   say:  I want to buy an Infranor board for my

21   Atlas slitter from Infranor.  You would want to

22   call up and say:  I want a -- you would look on

23   it and get the number right off the end of the

24   drive and see if you can buy it direct from

25   Infranor.

1          Q. Could you call Atlas UK and give them

2      your serial number from your Atlas slitter and

3      get the drive board?

4          MR. KELLEHER:  Objection.

5          A. If you were a customer?

6          Q. Yes.

7          A. Sure.

8          Q. I'm just trying to understand where the

9      pieces all kind of fit together on buying a new

10     drive.  So Proma isn't required to call you to

11     get a drive?

12         A. No.

13         Q. They could call Atlas UK, correct?

14         A. If they desire to, yeah.

15         Q. Do you know whether anyone from Proma

16     ever inquired as to whether or not they could buy

17     the boards directly from either Atlas UK or

18     Infranor?

19         A. Not to me.

20         Q. When you said that the customer would

21     call and give you the serial number, and that

22     would be sent over to Atlas UK, is there a piece

23     of paper that's generated as a result of that?

24         A. Nowadays about everything is done on

25     e-mail.  Back then, it could have been done