UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CIRIACO PUCILLO**                                                          CIVIL  CASE NO. 03-12359-MLW

v.

**VALMET CONVERTING, INC.**

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

The **SUMMARY JUDGMENT MOTION HEARING** scheduled for **September 21, 2006** at **3:00 P.M.**, has been CANCELLED.

                                        SARAH A. THORNTON
                                        CLERK OF COURT

**August 29, 2006**                    By:    /s/ Dennis O'Leary
Date                                           Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                                                [ntchrgcnf.]