UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
**CIRIACO PUCILLO,**                )
                    Plaintiff,      )
                                    )
        v.                          )     Case No. 03-CV-12359 MLW
                                    )
**METSO PAPER, INC. AND**           )
**VALMET CONVERTING, INC.**         )
                    Defendants.     )
_____)

## NOTICE OF LAW FIRM NAME CHANGE

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective December 1, 2006, the law firm of Thelen Reid & Priest LLP, counsel for Defendant Valmet Converting, Inc. in the above-entitled action, will change its name to Thelen Reid Brown Raysman & Steiner LLP. The firm's address and telephone and fax numbers will remain the same.

Date: November 30, 2006                    Respectfully submitted,

                                           /s/ David L. Kelleher_____
                                           David L. Kelleher, Esq. (B.B.O. #543912)
                                           Thelen Reid & Priest, LLP
                                           701 Eighth Street, N.W., Suite 800
                                           Washington, DC 20004
                                           (202) 508-4000

                                           Mark Petersen, Esq. (B.B.O. #396840)
                                           Michelle Hansen, Esq. (B.B.O. #561477)
                                           Law Offices of Mark Petersen
                                           490 Shrewsbury Street
                                           Worcester, MA  01604
                                           (508) 791-0300

                                           *Attorneys for Defendant Valmet Converting, Inc.*

                                                                    DC #254912 v1