UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**CIRIACO PUCILLO**</u>
                                                    CIVIL ACTION
V                                                   NO. <u> 03-12359-MLW</u>

<u>**VALMET CONVERTING**</u>


<u>**NOTICE**</u>

**WOLF, D.J.**

  PLEASE TAKE NOTICE that the above-entitled case has been set for a <u>**MOTION HEARING**</u> on all pending Motions on <u>**JANUARY 12, 2007**</u> at <u>**3:00**</u> P.M. before Judge<u> **WOLF**</u> in Courtroom # <u>**10**</u> on the <u>**5th**</u> floor.


                                          SARAH THORNTON, CLERK


<u>December 15, 2006</u>              By:    <u>/s/ Dennis O'Leary  </u>
Date                                     Deputy Clerk


**Notice mailed to:**
(notice.frm - 10/96)                                      [ntchrgcnf.]