UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIRIACO PUCILLO, | ) |
| | ) |
| v. | ) C.A. No. 03-12359-MLW |
| | ) |
| VALMET COVERING, INC., | ) |

ORDER

WOLF, D.J.                                                          January 11, 2007

   The court has been advised by plaintiff's counsel that the parties have participated in mediation and have reached a settlement in principle, pending the resolution of a worker's compensation lien. Plaintiff's counsel has requested that the case be stayed and the motion hearing scheduled for January 12, 2007 be postponed pending settlement. Accordingly it is hereby ordered that:

   1. The hearing on the pending motions scheduled for January 12, 2007 at 3:00 PM is cancelled.

   2. The parties shall, by January 26, 2007, file a status report regarding settlement. If the case is not settled then the parties shall indicate whether they seek more time to reach an agreement or whether the stay should be lifted and the motion hearing rescheduled.

   3. This case is otherwise stayed.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE