UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CIRIACO PUCILLO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METSO PAPER, INC. AND )<br>VALMET CONVERTING, INC. )<br>)<br>Defendants. )<br>) | Case No. 03-CV-12359 MLW |

## JOINT STATUS REPORT

Plaintiff Ciriaco Pucillo and Defendant Valmet Converting, Inc., by their respective undersigned counsel and pursuant to the Court's Order dated January 11, 2006, advise the Court as follows:

On January 10, 2007, a confidential private mediation was conducted involving, among others, the parties to this Action. In the mediation, the parties to this Action agreed to a resolution of all disputes underlying this Action. However, the resolution of this Action is complicated by the existence of an ongoing workers' compensation claim. In the mediation, the Plaintiff and the workers' compensation carrier were able to resolve that claim subject to receipt of Plaintiff's employer's consent as mandated by M. G. L. A. c.152, §48. Following receipt of the employer's consent, the workers' compensation settlement must be approved by an Administrative Law Judge at the Massachusetts Department of Industrial Accidents. This Administrative Law Judge also will be asked to approve the resolution reached between Plaintiff and the Defendant pursuant to M .G. L. A. c. 152, §15. The approval process generally takes

from three to six weeks to obtain and the mediated resolution is contingent upon and will become final by the approval.

Accordingly, Plaintiff and Defendant jointly request that the Court stay this case in its entirety for a period of sixty days, during which time the Plaintiff will seek the necessary approvals. The parties will jointly report to the Court at that time the status of this matter.

Date: January ___, 2007                              Respectfully submitted,

*/s/ Maureen Counihan*_____          */s/ David L. Kelleher*_____
Maureen Counihan, Esq. (B.B.O. #549098)            Mark Petersen, Esq. (B.B.O. #396840)
Law Offices of Maureen Counihan, P.C.              Michelle Hansen, Esq. (B.B.O. #561477)
67 South Bedford Street                            Law Offices of Mark Petersen
Suite 400 West                                     490 Shrewsbury Street
Burlington, MA  01803                              Worcester, MA  01604
(781) 229-5884                                     (508) 791-0300

*Attorney for Plaintiff Ciriaco Pucillo*           and

                                                   David L. Kelleher, Esq. (B.B.O. #543912)
                                                   Thelen Reid & Priest, LLP
                                                   701 Eighth Street, N.W., Suite 800
                                                   Washington, DC 20004
                                                   (202) 508-4000

                                                   *Attorneys for Defendant Valmet Converting, Inc.*

## CERTIFICATE OF SERVICE

I, David L. Kelleher, hereby certify that on this 23rd day of January 2007, I caused a true and accurate copy of the foregoing Joint Status Report to be served on counsel of record by the ECM System.

                                                   */s/ David L. Kelleher*_____
                                                   David L. Kelleher

DC #266968 v1