UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIRIACO PUCILLO,<br><br>               Plaintiff,<br><br>v.<br><br>METSO PAPER, INC. AND<br>VALMET CONVERTING, INC.<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 03-CV-12359 MLW<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Plaintiff Ciriaco Pucillo and Defendant Valmet Converting, Inc., by their respective undersigned counsel and pursuant to the Court's Order dated January 27, 2007, advise the Court as follows:

As indicated in the Joint Status Report filed with this Court on January 23, 2007, a confidential private mediation was conducted on January 10, 2007, involving the parties to this Action and counsel on behalf of the workers' compensation carrier. The underlying action involves a work related accident and the workers' compensation carrier has a statutory lien pursuant to M.G.L.A. c.152, §15.

In the mediation, the parties to this Action agreed to a resolution of all disputes underlying this Action. Further, the Plaintiff and the workers' compensation carrier were able to resolve that claim subject to receipt of Plaintiff's employer's consent as mandated by M.G.L.A. c.152, §48.

The workers' compensation carrier has obtained the Employer's consent to the settlement. All parties have reviewed and are satisfied with the Petition for Approval of Third Party Settlement and Lump Sum Settlement Agreement.

Accordingly, the Petition for Approval of Third Party Settlement and Lump Sum Settlement Agreement have been filed with Massachusetts Department of Industrial Accidents to be heard by an Administrative Law Judge. It is anticipated that the Hearing will be scheduled within the next thirty days. The mediated resolution of the workers' compensation claim and this Action is contingent upon and will become final by the approval.

Accordingly, Plaintiff and Defendant jointly request that the Court stay this case in its entirety for an additional thirty days to allow the Hearing to be conducted. The parties will jointly report to the Court at that time the status of this matter.

Date: March ___, 2007                                   Respectfully submitted,

*/s/ Maureen Counihan*_____         */s/ David L. Kelleher*_____
Maureen Counihan, Esq. (B.B.O. #549098)         Mark Petersen, Esq. (B.B.O. #396840)
Law Offices of Maureen Counihan, P.C.           Michelle Hansen, Esq. (B.B.O. #561477)
67 South Bedford Street                         Law Offices of Mark Petersen
Suite 400 West                                  490 Shrewsbury Street
Burlington, MA  01803                           Worcester, MA  01604
(781) 229-5884                                  (508) 791-0300

*Attorney for Plaintiff Ciriaco Pucillo*        and

                                                David L. Kelleher, Esq. (B.B.O. #543912)
                                                Thelen Reid & Priest, LLP
                                                701 Eighth Street, N.W., Suite 800
                                                Washington, DC 20004
                                                (202) 508-4000

                                                *Attorneys for Defendant Valmet Converting, Inc.*