# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| **CIRIACO PUCILLO**<br>    **Plaintiff**<br><br>v.<br><br>**METSO PAPER INC. AND**<br>**VALMET CONVERTING, INC.**<br>    **Defendants** | )<br>)<br>)<br>)  C.A. NO. 03-CV-12359 MLW<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

The Plaintiff, Ciriaco Pucillo, and the Defendant, Valmet Converting, Inc., hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action should be dismissed with prejudice and without costs.

Date: May 1, 2007                                            Respectfully submitted,

*/s/ Maureen Counihan*                                       */s/ David L. Kelleher*
Maureen Counihan, Esq. (B.B.O. #549098)                      Mark Petersen, Esq. (B.B.O. #396840)
Law Offices of Maureen Counihan, P.C.                        Michelle Hansen, Esq. (B.B.O. #561477)
67 South Bedford Street                                      Law Offices of Mark Petersen
Suite 400 West                                               490 Shrewsbury Street
Burlington, MA  01803                                        Worcester, MA  01604
(781) 229-5884                                               (508) 791-0300

*Attorney for Plaintiff Ciriaco Pucillo*                     and

                                                             David L. Kelleher, Esq. (B.B.O. #543912)
                                                             Thelen Reid & Priest, LLP
                                                             701 Eighth Street, N.W., Suite 800
                                                             Washington, DC 20004
                                                             (202) 508-4000

                                                             *Attorneys for Defendant Valmet Converting, Inc.*